IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY GIBSON, JR. and SHAWNA GIBSON, husband and wife, | ) ) ) | CASE NO.:  8:16-cv-296 |
| Plaintiffs, | ) ) | **INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' BRIEF OPPOSING DEFENDANTS' MOTION TO COMPEL MENTAL EXAMINATION AND FOR LEAVE TO ALLOW DEFENDANTS' EXPERT WITNESSES TO SUPPLEMENT THEIR EXPERT WITNESS REPORTS** |
| v. | ) ) ) | |
| BRIESON JENSEN and FARMERS CO-OPERATIVE, | ) ) ) | |
| Defendants. | ) | |

COME NOW, the Plaintiffs, Gary Gibson, Jr. and Shawna Gibson, husband and wife, by and through their undersigned counsel, and pursuant to NECivR 7.1, submit the following Index of Evidence in Support of Plaintiffs' Brief Opposing Defendants' Motion to Compel Mental Examination and for Leave to Allow Defendants' Expert Witnesses to Supplement their Expert Witness Reports:

Exhibit 1:   June 15, 2017 Declaration of Alexander D. Boyd, with the following attachments:

Exhibit A:   February 18, 2014 Report by Dr. David Hopkins; and

Exhibit B:   January 12, 2017 Report of Dr. Thomas Haley.

Exhibit 2:   June 12, 2017 Declaration of Plaintiff Shawna Gibson.

DATED this 15th day of June, 2017.

              GARY GIBSON, JR. and SHAWNA
              GIBSON, husband and wife, Plaintiffs.

BY:   */s/ Alexander D. Boyd*
    David C. Mullin, #21985
    Alexander D. Boyd, #25065
    Fraser Stryker PC LLO
    500 Energy Plaza
    409 South 17th Street
    Omaha, NE 68102-2663
    (402) 341-6000
    dmullin@fraserstryker.com
    aboyd@fraserstryker.com
    ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served by regular United States Mail, postage prepaid, this 15th day of June, 2017, to:

>Randall L. Goyette
>Baylor, Evnen, Curtiss, Grimit & Witt, LLP
>Wells Fargo Center
>1248 "O" Street
>Suite 600
>Lincoln, NE 68508

/s/ Alexander D. Boyd

1696974.01