IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY GIBSON, JR. and SHAWNA GIBSON, husband and wife, | ) ) ) | CASE NO.: 8:16-cv-296 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **DECLARATION OF ALEXANDER D. BOYD** |
| BRIESON JENSEN and FARMERS CO-OPERATIVE, | ) ) ) | |
| Defendants. | ) | |

The undersigned states and declares as follows:

1. I am above the age of 19, am competent to testify, and have personal knowledge of all facts set forth herein.

2. I am one of the attorneys for Plaintiffs in the above-captioned lawsuit.

3. I submit this Declaration in support of Plaintiffs' Brief Opposing Defendants Brieson Jensen and Farmers Co-Operative's Motion for Partial Summary Judgment or, in the Alternative, to Bifurcate.

4. I have reviewed Exhibits "A" through "E" contained within Plaintiffs' Index of Evidence in Support of Plaintiffs' Brief Opposing Defendants Brieson Jensen and Farmers Co-Operative's Motion for Partial Summary Judgment or, in the Alternative, to Bifurcate, and state that said exhibits are true and accurate copies of documents disclosed in the case.

5. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of June, 2017.

/s/ Alexander D. Boyd
Alexander D. Boyd, #25065

1701659.01