IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY GIBSON, JR. and SHAWNA GIBSON, husband and wife, | ) ) ) | CASE NO.: 8:16-cv-296 |
| Plaintiffs, | ) ) | **INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFFS'** ***DAUBERT*** **MOTION TO** |
| v. | ) ) | **EXCLUDE EXPERT OPINION TESTIMONY OF DEFENDANTS'** |
| BRIESON JENSEN and FARMERS CO-OPERATIVE, | ) ) ) | **EXPERTS ARNOLD WHEAT AND DAVID LOHF** |
| Defendants. | ) | |

    COME NOW, the Plaintiffs, Gary Gibson, Jr. and Shawna Gibson, husband and wife, by and through their undersigned counsel, and pursuant to NECivR 7.1, submit the following Index of Evidence in Support of Plaintiffs' Brief and *Daubert* Motion to Exclude Expert Opinion Testimony of Defendants' Experts Arnold Wheat and David Lohf:

    Exhibit 1:    July 14, 2017 Declaration of Alexander D. Boyd, with the following attachments:

        Exhibit A:    Defendants' April 3, 2017 Disclosure of Expert Testimony for Arnold G. Wheat and David Lohf, with attachments; and

        Exhibit B:    Transcript of the June 21, 2017 deposition of Arnold Wheat, including the exhibits marked during the deposition as follows:

            Deposition Exhibit 1:    Arnold Wheat Curriculum Vitae;

            Deposition Exhibit 2:    April 3, 2017 Expert Report of Arnold Wheat and David Lohf;

            Deposition Exhibit 3:    February 1, 2017 Report of Steve F. Sokol; and

            Deposition Exhibit 4:    Chapter 5 of Accident Investigation Training Manual authored by Arnold Wheat.

    Exhibit C:    Transcript of the December 15, 2016 deposition of Defendant Brieson Jensen.

DATED this 14th day of July, 2017.

                      GARY GIBSON, JR. and SHAWNA GIBSON, husband and wife, Plaintiffs.

BY:    */s/ Alexander D. Boyd*
David C. Mullin, #21985
Alexander D. Boyd, #25065
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
(402) 341-6000
dmullin@fraserstryker.com
aboyd@fraserstryker.com
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the District Court of Nebraska using the CM/ECF system this 14th day of July, 2017, which system sent notification of such filing to counsel of record.

                      */s/ Alexander D. Boyd*

1709156.01