IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GARY GIBSON, JR. and SHAWNA GIBSON, husband and wife, | ) ) ) | CASE NO.: 8:16-cv-296 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **DECLARATION OF ALEXANDER D. BOYD** |
| BRIESON JENSEN and FARMERS CO-OPERATIVE, | ) ) ) | |
| Defendants. | ) ) | |

I, Alexander D. Boyd, declare as follows:

1. I am above the age of 21 and am competent to testify. I have personal knowledge of all facts set forth herein.

2. I am one of the attorneys for Plaintiffs Gary Gibson, Jr. and Shawna Gibson.

3. I submit this Declaration in support of Plaintiffs' Brief and *Daubert* Motion to Exclude Expert Opinion Testimony of Defendants' Experts Arnold Wheat and David Lohf.

4. Attached hereto as Exhibit A is a true and accurate copy of Defendants' complete April 3, 2017 Disclosure of Expert Testimony for Arnold G. Wheat and David Lohf, including the April 3, 2017 expert report and the curricula vitae of Mr. Wheat and Mr. Lohf.

5. Attached hereto as Exhibit B is a true and accurate copy of the transcript of the June 21, 2017 deposition of Arnold Wheat, including true and accurate copies of the exhibits marked during the deposition. Mr. Wheat elected to read and sign his deposition transcript; however, as of the deadline for *Daubert* motions, Mr. Wheat's signed copy of the transcript is not yet available. The undersigned counsel is not aware of the need for any material corrections to the transcript.

**EXHIBIT 1**

6. Attached hereto as Exhibit C is a true and accurate copy of the December 15, 2016 deposition of Defendant Brieson Jensen with true and accurate copies of the exhibits marked during the deposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2017.

_____
Alexander D. Boyd

1709157.01