---

**Page 1**

```
11:53:05AM  1            IN THE UNITED STATES DISTRICT COURT
                               FOR THE DISTRICT OF NEBRASKA
            2
               GARY GIBSON, JR. and SHAWNA    )
            3  GIBSON, husband and wife,      ) No. 8:16-cv-296
                                              )
            4              Plaintiffs,         )
                                              )
            5       v.                         )
                                              ) TAKEN IN BEHALF
            6  BRIESON JENSEN and FARMERS     ) OF PLAINTIFFS
               CO-OPERATIVE,                   )
            7                                  )
                           Defendants.         )
            8
            9  APPEARANCES:
           10  MR. ALEXANDER D. BOYD          For Plaintiffs
               Attorney at Law
           11  FRASER, STRYKER, MEUSEY,
               OLSON, BOYER & BLOCH
           12  500 Energy Plaza
               409 South 17th Street
           13  Omaha, Nebraska 68102
           14  MR. RANDALL L. GOYETTE         For Defendants
               Attorney at Law
           15  BAYLOR, EVNEN, CURTISS,
               GRIMIT & WITT
           16  1248 O Street
               Suite 600
           17  Lincoln, Nebraska 68508
           18
           19
           20        DEPOSITION OF BRIESON JENSEN, taken
           21  at 12:23 p.m. on December 15, 2016, by Alvin J.
           22  Thibault, RPR, CSR and General Notary Public in
           23  and for the State of Nebraska, at Fraser Stryker,
           24  500 Energy Plaza, 409 South 17th Street, Omaha,
           25  Nebraska.
```

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

**Page 2**

E X H I B I T   I N D E X

| Ex. No. | Pg. Ref. No. | Description |
|---|---|---|
| 1 | 17 | Application for Employment |
| 2 | 19 | Ignition Interlock Permit and Social Security Card |
| 3 | 30 | Farmers Cooperative Company Policy dated June 14, 2013 |
| 4 | 53 | Handwritten List |
| 5 | 54 | Mix Sheets |
| 6 | 56 | Four Pages of Google Aerial Maps |
| 7 | 86 | Six Pages of Photographs of Accident Site |
| 8 | 87 | Four Pages of Photographs of the Interior of RoGator |
| 9 | 91 | Twitter Pages (Gibson 001798-1821) |
| 10 | 54 | Statute 60-6,111 |

**EXHIBIT C**

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

**Page 3**

BRIESON - DIRECT (Boyd)

```
12:23:12PM  1          MR. GOYETTE:  Reserve all
12:23:13PM  2  objections except form and foundation until the
12:23:15PM  3  time of trial.
12:23:16PM  4          MR. BOYD:  Absolutely.
            5          BRIESON JENSEN
            6       Of lawful age, being first
                     duly cautioned and solemnly
            7        sworn as hereinafter certified,
                     was examined and testified as
            8        follows:
            9          DIRECT EXAMINATION
12:23:29PM 10  BY MR. BOYD:
12:23:25PM 11       Q.   All right.  Before we start, counsel
12:23:30PM 12  and I have agreed that this deposition is taken
12:23:31PM 13  pursuant to the Federal Rules of Civil Procedure,
12:23:34PM 14  all objections will be reserved for trial except
12:23:36PM 15  form and foundation.
12:23:38PM 16       Please state your name for the record.
12:23:39PM 17       A.   Brieson Jensen.
12:23:41PM 18       Q.   Please spell your name for the
12:23:43PM 19  record.
12:23:43PM 20       A.   B R I E S O N, J E N S E N.
12:23:48PM 21       Q.   Mr. Jensen, my name is Alex Boyd, and
12:23:51PM 22  we met just a little while ago.  I'm the attorney
12:23:55PM 23  representing Gary Gibson and Shawna Gibson.  I'm
12:23:58PM 24  here to ask you some questions about the lawsuit
12:24:00PM 25  that they've filed against you and Farmers
```

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

**Page 4**

BRIESON - DIRECT (Boyd)

```
12:24:05PM  1  Co-Operative.  Do you understand that?
12:24:05PM  2       A.   Yes.
12:24:06PM  3       Q.   Okay.  Have you had your deposition
12:24:06PM  4  taken before?
12:24:07PM  5       A.   No, sir.
12:24:08PM  6       Q.   I know you went over some of the
12:24:10PM  7  ground rules with your attorney.  Basically we're
12:24:12PM  8  all under the understanding that we need verbal
12:24:15PM  9  responses, we wait to finish each other's
12:24:18PM 10  questions and answers before we start talking,
12:24:19PM 11  things of that nature, right?
12:24:20PM 12       A.   Yes, sir.
12:24:21PM 13       Q.   All right.  If you have any
12:24:22PM 14  questions, if you don't understand my question,
12:24:24PM 15  let me know and I'll try to rephrase, otherwise
12:24:27PM 16  I'll assume you understood the question.  If you
12:24:29PM 17  need a break, you can have one at any time.  I'd
12:24:32PM 18  just ask that you answer whatever the pending
12:24:34PM 19  question is at that time.  All right?
12:24:37PM 20       A.   Yes, sir.
12:24:37PM 21       Q.   Without telling me anything that you
12:24:43PM 22  discussed with your attorney, how did you
12:24:41PM 23  prepare, if at all, for today's deposition?
12:24:44PM 24       A.   My attorney just kind of gave me the
12:24:47PM 25  ground rules and asked some questions about --
```

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

## BRIESON - DIRECT (Boyd)   5

1  Q.   And I -- I don't want -- that's all
2  privileged.  I just -- you met with your attorney
3  and that's fine.  Did you talk with anyone else
4  besides your attorney to prepare for today's
5  deposition?
6  A.   **No, sir.**
7  Q.   Did you review any documents of any
8  kind?
9  A.   **Yes, sir.**
10  Q.   Okay.  What documents do you recall
11  looking at?
12  A.   **Pictures of the accident and the**
13  **claim, itself.**
14  Q.   The Complaint, like the pleading?
15  Got it.
16  A.   **Yes.**
17  Q.   So some of the legal filings?
18  A.   **Yes.**
19  Q.   No other legal documents that you
20  recall?
21  A.   **No, sir.**
22  Q.   Okay.  What's your date of birth?
23  A.   **12/1/93.**
24  Q.   Where were you born at?
25  A.   **West Point, Nebraska.**

## BRIESON - DIRECT (Boyd)   6

1  Q.   What's your current address?
2  A.   **I believe it is 921 North Twelfth**
3  **Street.  I don't write it down very often.**
4  Q.   Did you recently move?
5  A.   **I've lived there for about six**
6  **months.**
7  Q.   Okay.  What was your address before
8  that?
9  A.   **514 Avenue E, Wisner, Nebraska.**
10  Q.   What prompted the move?
11  A.   **I was living with my parents while**
12  **going to school and no longer went to school,**
13  **so --**
14  Q.   Got it.  How long -- you lived at the
15  514 address for your whole life or when did you
16  move there?
17  A.   **That -- that has been my permanent**
18  **address my whole life.  I lived in Lincoln in an**
19  **apartment for six months, maybe.**
20  Q.   Otherwise you've always lived at home
21  at that address?
22  A.   **Yes, sir.**
23  Q.   Are you married?
24  A.   **No, sir.**
25  Q.   Did you attend high school?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

## BRIESON - DIRECT (Boyd)   7

1  A.   **Yes, sir.**
2  Q.   Where did you go to high school?
3  A.   **Wisner-Pilger.**
4  Q.   Did you graduate?
5  A.   **Yes, sir.**
6  Q.   What year?
7  A.   **2012.**
8  Q.   Have you attended any formal
9  education after high school?
10  A.   **Yes, sir.**
11  Q.   Where at?
12  A.   **I did a semester at UNL for water law**
13  **and policy and then a semester at Northeast**
14  **Community College for agronomy.**
15  Q.   For what?
16  A.   **Agronomy.**
17  Q.   Okay.  Did you receive any degrees?
18  A.   **No, sir.**
19  Q.   Any other formal education other than
20  those two classes?
21  A.   **No, sir.**
22  Q.   Okay.  Ever been a member of the
23  armed forces?
24  A.   **Yes, sir.**
25  Q.   What branch?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

## BRIESON - DIRECT (Boyd)   8

1  A.   **Nebraska National Guard.**
2  Q.   When did you enlist there?
3  A.   **I enlisted in 2011, March 21st, I**
4  **believe.**
5  Q.   Are you still enlisted there?
6  A.   **Yes, sir.**
7  Q.   And your -- what duties do you have
8  as part of that?
9  A.   **I have been a -- an 88 Mike, which is**
10  **a motor transport operator, essentially a truck**
11  **driver, and I also assisted in parachute rigging**
12  **processes for heavy drops, and I'm currently -- I**
13  **just got promoted to sergeant for motor transport**
14  **operator.**
15  Q.   So what kind of time commitment is
16  the National Guard for you?
17  A.   **One weekend a month, two weeks a**
18  **year.**
19  Q.   When you first enlisted, did you have
20  to go through some kind of basic training?
21  A.   **Yes, sir.  Ten weeks in Fort Jackson,**
22  **South Carolina and I believe eight weeks at Fort**
23  **Leonard Wood for job training.**
24  Q.   And so as part of your -- I'll call
25  it truck driving duties, whatever you want to

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    9

12:28:11PM 1  call it, what kind of specific training, if any,
12:28:13PM 2  did you have for that?
12:28:14PM 3       A.   Learn how to properly maintain them,
12:28:18PM 4  then drive them, load and unload cargo and other
12:28:25PM 5  assorted truck driving duties.
12:28:26PM 6       Q.   Okay.  When you say learn how to
12:28:28PM 7  properly drive them, I guess just kind of -- give
12:28:31PM 8  me an overview of what kind of training that was.
12:28:35PM 9       A.   For the advanced individual training,
12:28:38PM 10  I believe there are four different vehicle
12:28:41PM 11  systems.  You're given, like, two days of
12:28:47PM 12  maintenance and preventative stuff and then
12:28:50PM 13  another three days of -- or, no, it was probably
12:28:55PM 14  longer than three days, it was probably a week of
12:29:01PM 15  driving training and then test out.  If you pass
12:29:04PM 16  the test you move on; if you fail the test you
12:29:08PM 17  get recycled.
12:29:11PM 18       Q.   So was that generally what you were
12:29:13PM 19  doing those -- those weekends and two weeks was
12:29:15PM 20  driving those vehicles?
12:29:16PM 21       A.   Yes, sir.
12:29:17PM 22       Q.   Whereabouts did you drive those?  In
12:29:21PM 23  the state or all over?
12:29:22PM 24       A.   I can tell you that was in the state.
12:29:26PM 25       Q.   Okay.  Generally on just public

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    10

12:29:31PM 1  roads?
12:29:31PM 2       A.   Yes, sir.
12:29:31PM 3       Q.   So do you still have those kinds of
12:29:34PM 4  truck driving responsibilities?
12:29:43PM 5       A.   And more.
12:29:44PM 6       Q.   Just generally what did they add onto
12:29:49PM 7  that?
12:29:49PM 8       A.   I -- I --
12:29:50PM 9       Q.   You said rig the parachutes?
12:29:52PM 10       A.   Well, that unit no longer exists, but
12:29:55PM 11  I am now in charge of other truck drivers, so I
12:29:58PM 12  have to plan routes and other safety concerns.
12:29:58PM 13       Q.   Okay.  What kind of safety concerns
12:29:58PM 14  generally are you concerned with?
12:30:11PM 15       A.   Mitigating accidents due to weather
12:30:12PM 16  and inexperience and things like that.  So, okay,
12:30:15PM 17  you're inexperienced, we're going to put you with
12:30:18PM 18  a more experienced driver.
12:30:21PM 19       Q.   Are these multi -- are these vehicles
12:30:25PM 20  driven by more than one person at a time?
12:30:27PM 21       A.   There is -- I believe according to
12:30:30PM 22  Army policies for a military vehicle you have to
12:30:34PM 23  have a driver and then a co-driver, and the
12:30:37PM 24  co-driver's responsibility is to keep an eye on
12:30:41PM 25  the driver and make sure they are applying what

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    11

12:30:47PM 1  they've learned.
12:30:48PM 2       Q.   Did you have to undergo any
12:30:55PM 3  additional training to become kind of a
12:30:59PM 4  supervisory role that you've got now?
12:31:00PM 5       A.   I have to go to school at some point.
12:31:03PM 6  I -- scheduling-wise it's been difficult to find
12:31:07PM 7  the right time to do it.
12:31:08PM 8       Q.   Any other techniques or rules of
12:31:17PM 9  thumb that you use to avoid accidents for
12:31:22PM 10  inexperienced drivers besides putting them with
12:31:23PM 11  an experienced driver?
12:31:24PM 12       A.   Just to make sure they know the
12:31:28PM 13  braking power and to follow the speeds set by the
12:31:33PM 14  convoy and eyes on the road, things like that.
12:31:42PM 15       Q.   Okay.  So let's talk about, other
12:31:45PM 16  than Army National Guard, any -- what was the
12:31:48PM 17  other -- first employment after high school?
12:31:49PM 18       A.   My first employment after high
12:31:53PM 19  school, it would have been, like, two weeks
12:31:55PM 20  helping out at a Pioneer Seed plant in York or
12:32:00PM 21  Seward, and I got a job at the Farmers
12:32:05PM 22  Co-Operative in Pilger.
12:32:06PM 23       Q.   At the seed plant what was your role
12:32:08PM 24  there?
12:32:08PM 25       A.   I was relabeling seed.

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    12

12:32:13PM 1       Q.   Okay.  Any employment during high
12:32:16PM 2  school?
12:32:18PM 3       A.   I worked at a feedlot from the '84
12:32:22PM 4  season through graduation.
12:32:24PM 5       Q.   Kind of miscellaneous labor, whatever
12:32:26PM 6  they needed?
12:32:27PM 7       A.   Yeah.  I started feeding when I was
12:32:31PM 8  16.
12:32:34PM 9       Q.   You were employed by Farmers Co-Op --
12:32:43PM 10  and I may refer to it as the Co-Op, you
12:32:44PM 11  understand what we're talking about, the
12:32:47PM 12  defendant in this case?
12:32:48PM 13       A.   Yes.
12:32:48PM 14       Q.   You were employed for the Co-Op on
12:32:50PM 15  June 26th, 2013; is that right?
12:32:52PM 16       A.   Yes.
12:32:53PM 17       Q.   Are you still employed by the Co-Op?
12:32:54PM 18       A.   No, sir.
12:32:55PM 19       Q.   When did you stop working for the
12:32:57PM 20  Co-Op?
12:32:57PM 21       A.   Sometime in November of 2013.
12:33:00PM 22       Q.   Okay.  Was that the end of the season
12:33:04PM 23  or what prompted the leave?
12:33:06PM 24       A.   I believe so.
12:33:08PM 25       Q.   You voluntarily left?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    13

1   A.   Well, as far as I understand I was
2   hired as a seasonal helper, and since the
3   spraying season was over, my job became
4   redundant, I guess, so I was asked.
5   Q.   They didn't need your help anymore?
6   A.   Yeah.
7   Q.   Did you reapply for the next year?
8   A.   No.
9   Q.   Let's talk about the time right
10  before when you joined the Co-Op.  How did you
11  learn about the Co-Op and them having any
12  positions open?  How did that come about?
13  A.   My father used to be employed by the
14  Co-Op before he moved on to a better position,
15  and he was close with the old general manager,
16  and my dad knew I was interested in agronomy and
17  said I'll talk to him, see if they have a job
18  open.  And then like a week later I was
19  interviewing for the job.
20  Q.   Okay.  Who was the old manager that
21  your dad was close to?
22  A.   Jerry Wyatt.
23  Q.   He's not there anymore?
24  A.   He -- he was the interim general
25  manager at the time of my hiring.

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)                    14

1   Q.   And what was your dad's position with
2   the Co-Op?
3   A.   I believe he was the head of
4   agronomy.
5   Q.   When you say agronomy, I guess give
6   me a definition of what you're referring to.
7   A.   So that would essentially deal with
8   selling fertilizer, seed and pesticides and
9   sometimes going out to the field and making the
10  recommendations them self.
11  Q.   Okay.  So your dad was head of
12  agronomy, he was close to Mr. Wyatt, and he knew
13  you were looking for work?
14  A.   In about -- about, I believe,
15  March 1st I suffered a mental breakdown and
16  that's when I originally moved back with my
17  parents.
18  Q.   And it was March 1st of 2013?
19  A.   Yes.
20  Q.   Okay.  So you moved in with your
21  parents sometime around March 1st?
22  A.   Yes.
23  Q.   And as part of living at home, he
24  wanted you to get a job?
25  A.   Well, it was just something

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)                    15

1   constructive and productive.
2   Q.   And this may be kind of a difficult
3   topic, but I guess, you know, can you give me a
4   little more information about what you mean by a
5   breakdown?  What are you talking about?
6   A.   I was diagnosed with severe
7   depression.
8   Q.   When you were living in -- were you
9   going to school at that time?
10  A.   Yes.
11  Q.   That was down in Lincoln?
12  A.   Yes.
13  Q.   That diagnosis happened when you were
14  in Lincoln, and then after the diagnosis you
15  moved back home?
16  A.   Yes.
17  Q.   Okay.  Did you work for anyone from
18  the time you moved back home in March of 2013
19  until you started with the Co-Op?
20  A.   No.  No, sir.
21  Q.   So you talked to your dad about they
22  had a position open, looking for something
23  constructive, and then you said about a week
24  later you had an interview?
25  A.   Yes, sir.

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)                    16

1   Q.   Did you -- I guess kind of describe
2   the process for me.  What was the timeline for
3   the --
4   A.   I went in, I think, like eight in the
5   morning, talked to Jerry and then I talked to
6   Aaron.
7   Q.   Aaron?
8   A.   Becker.
9   Q.   Okay.
10  A.   And they kind of gave me a rundown of
11  what my responsibilities would be.  I was
12  supposed to, like, mow the lawn, be the yard boy,
13  and somebody needs help here, someone needs help
14  here, that's where I was going to be.  I agreed
15  to those terms, and then I believe I started
16  working, like, the following Monday.
17  Q.   Okay.  Did you fill out -- do you
18  recall filling out any kind of application before
19  for the interview?
20  A.   Yes.
21  Q.   You filled out an application.  Did
22  you give that to your dad or --
23  A.   I gave that to Jerry.
24  Q.   Okay.  And then the same day of the
25  interview?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

12:37:46PM 1    A.    Yes.

12:37:46PM 2          (Deposition Exhibit Number 1 was

12:38:17PM 3    marked for identification.)

12:38:17PM 4    Q.    All right.  Handing you what's been

12:38:19PM 5    marked as Exhibit No. 1, do you recognize Exhibit

12:38:22PM 6    No. 1?

12:38:22PM 7    A.    Yes.

12:38:24PM 8    Q.    Is this the application that you

12:38:25PM 9    filed on the day of your interview with the

12:38:27PM 10   Farmers Co-Op?

12:38:28PM 11   A.    Yes.

12:38:28PM 12   Q.    So this is your handwriting?

12:38:30PM 13   A.    Yes.

12:38:30PM 14   Q.    You weren't currently employed at the

12:38:38PM 15   time, were you?

12:38:38PM 16   A.    No, sir.

12:38:39PM 17   Q.    Is there a reason you didn't mark

12:38:41PM 18   that on there where it's blank?  That's why I

12:38:47PM 19   ask.

12:38:48PM 20   A.    I was -- like, at the time I was

12:38:51PM 21   doing part-time stuff for the Guard, but it

12:38:55PM 22   wasn't -- like, I wasn't fully on orders, but if

12:38:59PM 23   I was able to come in, or if not.

12:39:04PM 24   Q.    So you were working for the National

12:39:06PM 25   Guard at the time but not in a consistent

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

12:39:08PM 1    capacity?

12:39:09PM 2    A.    Yes.

12:39:09PM 3    Q.    So that's how you answered that

12:39:11PM 4    question?

12:39:12PM 5    A.    Exactly, I guess.

12:39:12PM 6    Q.    Okay.  Understood.  You said the date

12:39:15PM 7    you could start was April 10, 2013.  Do you

12:39:19PM 8    recall why that date was important to you?

12:39:20PM 9    A.    No, sir.

12:39:21PM 10   Q.    Probably when you could get things in

12:39:23PM 11   order and start up.  Looks like on the last page

12:39:34PM 12   you put down some references; is that right?

12:39:36PM 13   A.    Yes, sir.

12:39:36PM 14   Q.    I think it's one more page after

12:39:40PM 15   that.  Do you know if the Co-Op had contacted any

12:39:45PM 16   of your references?

12:39:45PM 17   A.    I have no idea.

12:39:52PM 18   Q.    Other than Exhibit No. 1, do you

12:39:55PM 19   recall filling out any other kind of paperwork as

12:39:58PM 20   a part of the interview or application process?

12:40:01PM 21   A.    I do not recall.

12:40:01PM 22         (Deposition Exhibit Number 2 was

12:40:19PM 23   marked for identification.)

12:40:19PM 24   Q.    Showing you what's been marked as

12:40:21PM 25   Exhibit No. 2, do you recognize Exhibit No. 2?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

12:40:25PM 1    A.    Yes, sir.

12:40:25PM 2    Q.    What is Exhibit No. 2?

12:40:29PM 3    A.    Exhibit No. 2 is my ignition

12:40:32PM 4    interlock permit and my Social Security card.

12:40:37PM 5    Q.    So is it your understanding that you

12:40:40PM 6    provided these documents or these cards to the

12:40:42PM 7    Co-Op when you actually started working for the

12:40:44PM 8    Co-Op as part of the intake --

12:40:48PM 9    A.    I believe.

12:40:48PM 10   Q.    -- procedure.  Just looking at the

12:40:49PM 11   date on the license, it says April 19th, 2013.

12:40:53PM 12   That leads me to believe that this was given to

12:40:56PM 13   the Co-Op sometime after you actually applied.

12:40:58PM 14   Does that sound right to you?

12:40:59PM 15   A.    Yes, sir.

12:41:00PM 16   Q.    Okay.  So do you think you gave it to

12:41:06PM 17   someone your first day at the job for the Co-Op?

12:41:10PM 18   A.    No, sir, because I do recall it was

12:41:13PM 19   about a week or so my father was dropping me off

12:41:18PM 20   because I was not legally able to drive.

12:41:21PM 21   Q.    Okay.  So -- so the first day,

12:41:25PM 22   whenever you started for the Co-Op -- and what

12:41:27PM 23   day do you recall actually starting for the

12:41:30PM 24   Co-Op?

12:41:31PM 25   A.    I don't.

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

12:41:31PM 1    Q.    Okay.  But you started sometime in

12:41:33PM 2    April of 2013, does that sound right?

12:41:37PM 3    A.    Yes, sir.

12:41:37PM 4    Q.    So for the first week you were

12:41:39PM 5    working for the Co-Op but you weren't legally

12:41:43PM 6    allowed to drive and so your dad was dropping you

12:41:45PM 7    off?

12:41:45PM 8    A.    Yes, sir.

12:41:46PM 9    Q.    So at some time during that week or

12:41:49PM 10   after that week then you obtained the ignition

12:41:52PM 11   interlock permit?

12:41:53PM 12   A.    Yes, sir.

12:41:54PM 13   Q.    So once you got that permit, you were

12:41:56PM 14   able to drive yourself to work?

12:41:58PM 15   A.    Yes, with an ignition interlock.

12:42:00PM 16   Q.    In your personal vehicle?

12:42:01PM 17   A.    Yes.

12:42:02PM 18   Q.    So once you had that, then you must

12:42:06PM 19   have given that to Co-Op along with your Social

12:42:08PM 20   Security card?

12:42:08PM 21   A.    Yes, sir.

12:42:07PM 22   Q.    Did they ask for that or how did you

12:42:09PM 23   go about giving them a copy of that?

12:42:11PM 24   A.    I believe they asked me about it, and

12:42:13PM 25   I believe every place I've ever been hired, they

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    21

12:42:17PM 1   automatically ask for a driver's license and
12:42:20PM 2   Social Security card.
12:42:23PM 3          Q.   So tell me what -- what led to the
12:42:30PM 4   ignition interlock aspect of your license?
12:42:33PM 5          A.   I received a DUI.
12:42:35PM 6          Q.   Do you recall when that -- when the
12:42:37PM 7   actual DUI was?
12:42:38PM 8          A.   November 11th, 2012.
12:42:40PM 9          Q.   Tell me, after -- what happened after
12:42:52PM 10  the -- after you were arrested for the DUI, what
12:42:56PM 11  was the timeline of events regarding that?
12:42:59PM 12         A.   I had a case -- or I had a trial,
12:43:03PM 13  like, December 20th or something along those
12:43:07PM 14  lines.  I was late for the trial, so I was
12:43:14PM 15  remanded to -- or my bail was revoked.  I had to
12:43:19PM 16  repay that and the trial was rescheduled.  That
12:43:25PM 17  was at the time where I was battling depression,
12:43:28PM 18  so, like, just kind of failed to go the second
12:43:34PM 19  time.  Got an attorney and kind of ironed things
12:43:38PM 20  out, and I think it was April 1st when things
12:43:42PM 21  were settled.
12:43:45PM 22         Q.   So you say "settled."  Did you have a
12:43:47PM 23  trial or did you plead?
12:43:49PM 24         A.   I pled guilty.
12:43:50PM 25         Q.   Did you have to spend any time

                  THIBAULT, SUHR & THIBAULT, INC.
                   Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    22

12:43:54PM 1   incarcerated or in jail between the time of the
12:43:58PM 2   incident and April 1st?
12:43:57PM 3          A.   When my -- the night of the incident
12:44:01PM 4   and then when my bond was revoked.
12:44:06PM 5          Q.   How long did you have to spend
12:44:08PM 6   incarcerated after the bond was revoked?
12:44:11PM 7          A.   Eight hours, maybe.
12:44:16PM 8          Q.   Okay.  So as part of your plea, did
12:44:23PM 9   you have to agree to get an ignition interlock
12:44:23PM 10  permit?
12:44:23PM 11         A.   Yes, I believe so.  It was part of
12:44:25PM 12  the sentencing process.
12:44:23PM 13         Q.   Okay.  At the end of it all, part of
12:44:29PM 14  the requirements was you had to get the ignition
12:44:31PM 15  interlock permit?
12:44:32PM 16         A.   Yes, sir.
12:44:32PM 17         Q.   And so between April 1st and -- was
12:44:36PM 18  your license ever --
12:44:38PM 19         A.   Yes, sir.
12:44:38PM 20         Q.   -- suspended?  And when was it
12:44:41PM 21  suspended?
12:44:41PM 22         A.   It was -- it was suspended almost
12:44:43PM 23  immediately after.  Actually, I think it was --
12:44:45PM 24  it was on the administration suspension or
12:44:50PM 25  whatever it's called for the 15 days, and then it

                  THIBAULT, SUHR & THIBAULT, INC.
                   Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    23

12:44:55PM 1   was suspended from that point until the time of
12:44:59PM 2   the accident -- or the time of the --
12:45:00PM 3          Q.   Okay.  So from the date of the DUI
12:45:03PM 4   until April 1st, you had your license during that
12:45:06PM 5   period of time?
12:45:07PM 6          A.   No, sir.
12:45:07PM 7          Q.   So it was suspended as soon as -- it
12:45:11PM 8   was after the arrest?
12:45:11PM 9          A.   Yes.
12:45:13PM 10         Q.   Okay.  And then you didn't have any
12:45:19PM 11  kind of driving permission until April 19th?
12:45:19PM 12         A.   Yes, sir.
12:45:20PM 13         Q.   I've got to make sure I kind of
12:45:24PM 14  understand the timeline.  Did anyone at -- did
12:45:30PM 15  you talk to anyone at the Co-Op about the fact
12:45:33PM 16  that you had an ignition interlock permit?
12:45:33PM 17         A.   Yes, sir.
12:45:37PM 18         Q.   Who did you talk to?
12:45:37PM 19         A.   I believe everyone at the Co-Op knew
12:45:39PM 20  that I had an ignition interlock permit.
12:45:42PM 21         Q.   And what -- describe to us
12:45:46PM 22  communications or what -- I mean, how do you know
12:45:49PM 23  that everyone knew?
12:45:50PM 24         A.   Well, there were times when they
12:45:53PM 25  needed someone to run out to the field or

                  THIBAULT, SUHR & THIBAULT, INC.
                   Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    24

12:45:55PM 1   something and I had to take my personal vehicle
12:46:01PM 2   because that was the only vehicle I was legally
12:46:04PM 3   allowed to drive.
12:46:06PM 4          Q.   So they knew, since you had to take
12:46:07PM 5   your personal vehicle was because of that
12:46:10PM 6   ignition interlock requirement?
12:46:12PM 7          A.   Yes.
12:46:12PM 8          Q.   Okay.  Did you talk to Mr. Wyatt
12:46:16PM 9   about the ignition interlock requirement?
12:46:19PM 10         A.   Yes.
12:46:19PM 11         Q.   Did he have any concerns about that
12:46:22PM 12  at all?
12:46:22PM 13         A.   No, sir.
12:46:22PM 14         Q.   Any other management that you recall
12:46:25PM 15  talking to them about the ignition interlock
12:46:28PM 16  requirement?
12:46:28PM 17         A.   Aaron.
12:46:29PM 18         Q.   And what do you recall about that
12:46:30PM 19  conversation?
12:46:30PM 20         A.   I told him I had one, and then when I
12:46:35PM 21  got my actual licence back, I let him know that
12:46:39PM 22  also.
12:46:50PM 23         Q.   Other than your personal vehicle, did
12:46:52PM 24  you drive any other vehicles during the time the
12:46:57PM 25  ignition interlock permit was active?

                  THIBAULT, SUHR & THIBAULT, INC.
                   Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)  25

1     **A.**     **An ATV or a golf cart.**

2     **Q.**     Those kind of vehicles didn't have to

3 have ignition interlocks?

4     **A.**     **No, sir.**

5     **Q.**     Did you drive any of the Co-Op's

6 agricultural equipment during the time this

7 ignition interlock permit was active?

8     **A.**     **Not on the road.**

9     **Q.**     Just in the field?

10     **A.**     **Or around the Co-Op's property.**

11     **Q.**     But not on a public road?

12     **A.**     **No, sir.**

13     **Q.**     Okay. So is it -- was it purposeful

14 not to drive it on the road because of their

15 requirements?

16     **A.**     **Yes, sir.**

17     **Q.**     Is it your understanding that you

18 could drive any vehicles as long as it wasn't on

19 the road, or what was your understanding of what

20 the specific requirement was?

21     **A.**     **It was my understanding that the**

22 **vehicles that I was operating did not require a**

23 **driver's license on private property.**

24     **Q.**     Did you have to take any kind of a

25 medical exam as part of your hiring process with

BRIESON - DIRECT (Boyd)  26

1 the Co-Op?

2     **A.**     **I don't remember.**

3     **Q.**     You don't recall having a medical

4 exam?

5     **A.**     **No.**

6     **Q.**     Did you need any kind of a special

7 license to do any of your duties at the Co-Op?

8     **A.**     **No, but I did achieve an applicator**

9 **permit.**

10     **Q.**     Allowing you to commercially apply

11 chemicals?

12     **A.**     **To -- to commercially apply**

13 **restricted use product.**

14     **Q.**     Okay. So you didn't need any kind of

15 special driver's license -- you didn't need a

16 CDL, for example?

17     **A.**     **I was never driving a semi.**

18     **Q.**     And there was no other special

19 driver's licenses you were aware that you would

20 have needed?

21     **A.**     **No.**

22     **Q.**     Tell me about that certification that

23 you referenced.

24     **A.**     **The applicator's permit is**

25 **essentially for people that wish to spray**

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)  27

1 **commercially. It allows them to spray pesticides**

2 **that may be hazardous. Like you have to take, I**

3 **think, like, a 200-question test which is very**

4 **difficult and after that you are certified for, I**

5 **believe, three years, starting April 15th until**

6 **three years from that date.**

7     **Q.**     So it was something that the Co-Op

8 requested that you do?

9     **A.**     **No. I volunteered personally to do**

10 **that.**

11     **Q.**     Why is that?

12     **A.**     **I -- there was talk about after I got**

13 **my license back for I guess giving me more**

14 **responsibility as an applicator versus just a**

15 **yard person.**

16     **Q.**     Did you have to have any kind of a

17 training course in order to prepare you to take

18 that test?

19     **A.**     **I was given a book about two, three**

20 **inches thick and told to study.**

21     **Q.**     Was that book -- do you know, was

22 that a state issued book?

23     **A.**     **I believe so.**

24     **Q.**     Something the State of Nebraska put

25 together as sort of a training guide?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)  28

1     **A.**     **Yes.**

2     **Q.**     Do you recall when you got that

3 certification?

4     **A.**     **Early June -- or mid May to early**

5 **June.**

6     **Q.**     2013?

7     **A.**     **Yes, sir.**

8     **Q.**     Did you -- did Co-Op administer any

9 tests to you as part of your interview or

10 application process? Any driving tests or road

11 tests at all?

12     **A.**     **Not during the application process.**

13     **Q.**     So for the first month or so describe

14 your duties at the Co-Op.

15     **A.**     **I spent a lot of time in the shop and**

16 **picking chemicals for the applicators. I believe**

17 **I spent some time at the 57 spur at their liquid**

18 **plant getting that up and running for the season.**

19     **Q.**     Those were duties that were sort of

20 anticipated when you first applied?

21     **A.**     **And went along, yes.**

22     **Q.**     Okay. Do you know if the Co-Op

23 performed any kind of background check as part of

24 the application process?

25     **A.**     **I do not.**

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)  29

12:51:43PM  1     **Q.**   Do you recall giving them a consent
12:51:46PM  2  to do a background check at all?
12:51:47PM  3     **A.**  **I do not.**
12:51:49PM  4     **Q.**   You just don't recall?
12:51:51PM  5     **A.**  **I --**
12:51:53PM  6     **Q.**   Correct?
12:51:54PM  7     **A.**  **Yes.**
12:51:54PM  8     **Q.**   Okay.  Do you recall receiving any
12:52:01PM  9  written materials from the Co-Op at any time
12:52:05PM 10  after you were hired regarding company policies,
12:52:08PM 11  handbooks, anything like that?
12:52:09PM 12     **A.**  **I do not.**
12:52:22PM 13     (Deposition Exhibit Number 3 was
12:52:22PM 14  marked for identification.)
12:52:22PM 15     **Q.**   I'm handing you what's been marked as
12:52:25PM 16  Exhibit No. 3.  Do you recognize this document at
12:52:27PM 17  all?
12:52:27PM 18     **A.**  **I do.**
12:52:29PM 19     **Q.**   Do you recall receiving a copy of
12:52:31PM 20  this at any point?
12:52:32PM 21     **A.**  **I may have.  I just don't -- it's**
12:52:39PM 22  **been awhile.**
12:52:39PM 23     **Q.**   Sure.  But looking at it now, you
12:52:42PM 24  think that you -- you did probably receive a copy
12:52:44PM 25  of it at some point?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)  30

12:52:45PM  1     **A.**  **Yes.**
12:52:47PM  2     **Q.**   Do you have any recollection as to
12:52:48PM  3  when you would have received that?
12:52:49PM  4     **A.**  **Yes, within my first two weeks of**
12:52:53PM  5  **hire.**
12:52:54PM  6     **Q.**   And looks like -- to me it looks like
12:52:57PM  7  it's dated June 14th, 2013, so you were -- you
12:53:02PM  8  were actually working with them during that time,
12:53:02PM  9  right?
12:53:05PM 10     **A.**  **Yes.**
12:53:05PM 11     **Q.**   So at some point after that you
12:53:07PM 12  believe you received a copy of it?
12:53:08PM 13     **A.**  **Yes.**
12:53:09PM 14     **Q.**   Do you recall if you read through the
12:53:10PM 15  policy at the time?
12:53:13PM 16     **A.**  **I scanned it.**
12:53:14PM 17     **Q.**   Did they make you, like, sign a form
12:53:17PM 18  or anything saying you received this, do you
12:53:19PM 19  recall?
12:53:19PM 20     **A.**  **I do not recall.**
12:53:21PM 21     **Q.**   This policy talks about a manager --
12:53:32PM 22  for example, number 3 says a manager shall at all
12:53:34PM 23  times hire employees.  Do you know who the,
12:53:41PM 24  quote, manager is of the Co-Op as of June 14th,
12:53:43PM 25  2013?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)  31

12:53:43PM  1     **A.**  **That would have been Aaron Becker.**
12:53:49PM  2     **Q.**   And what are his duties, your
12:53:50PM  3  understanding, as the manager?
12:53:51PM  4     **A.**  **He is the general manager of the**
12:53:53PM  5  **Co-Op, so he is in charge of the whole picture.**
12:53:59PM  6     **Q.**   Is there anyone above him?
12:54:01PM  7     **A.**  **The Co-Op board.**
12:54:10PM  8     **Q.**   Okay.  This policy also talks about
12:54:12PM  9  department managers.  Do you know who your
12:54:18PM 10  department managers were at the time you were
12:54:20PM 11  first hired?
12:54:20PM 12     **A.**  **Not for the yard duties, but for the**
12:54:26PM 13  **applicating duties it would have been Rich**
12:54:30PM 14  **Brahmer, and I feel really bad about saying this,**
12:54:36PM 15  **but I didn't get to meet the guy very often, so I**
12:54:37PM 16  **don't recall his name, and he passed away**
12:54:38PM 17  **probably about October of 2013.**
12:54:43PM 18     **Q.**   Another -- someone besides Rich
12:54:45PM 19  Brahmer?
12:54:46PM 20     **A.**  **Rich Brahmer came in as the interim.**
12:54:48PM 21     **Q.**   After the other person passed away?
12:54:50PM 22     **A.**  **He was diagnosed, I believe, with**
12:54:50PM 23  **pancreas cancer and --**
12:54:55PM 24     **Q.**   So -- so when you -- when you first
12:54:57PM 25  started the actual application, who was the

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)  32

12:55:00PM  1  department manager at the time you started the
12:55:02PM  2  application?  Whoever the other guy is?
12:55:04PM  3     **A.**  **Yes.**
12:55:05PM  4     **Q.**   Okay.  And then at some point he fell
12:55:08PM  5  ill and Mr. Brahmer replaced him?
12:55:11PM  6     **A.**  **Yes, sir.**
12:55:13PM  7     **Q.**   Okay.  Do you recall when Mr. Brahmer
12:55:16PM  8  replaced him?  Was it before or after the
12:55:17PM  9  accident?
12:55:17PM 10     **A.**  **It was before.**
12:55:26PM 11     **Q.**   Okay.  This policy talks about random
12:55:28PM 12  drug testing.  Do you recall ever being drug
12:55:31PM 13  tested during your time with the Co-Op?
12:55:33PM 14     **A.**  **No, sir.  After the accident, I was**
12:55:36PM 15  **drug tested at the hospital.**
12:55:37PM 16     **Q.**   Okay.  Other than after the accident?
12:55:40PM 17     **A.**  **No.**
12:55:41PM 18     **Q.**   Had you -- other than Exhibit No. 3,
12:55:53PM 19  any other written policies, handbooks, manuals
12:55:57PM 20  that you recall receiving from the Co-Op during
12:56:00PM 21  your time there?
12:56:00PM 22     **A.**  **No, I do not remember.**
12:56:02PM 23     **Q.**   Number 13 in the policy talks
12:56:14PM 24  about -- well, it says:  It shall be the policy
12:56:15PM 25  of the Co-Op to take part in any employee

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)    33

1  training programs deemed necessary by the
2  manager.
3      Did you receive any employee training during
4  your time at the Co-Op?
5      A.   Yes, sir.
6      Q.   What was the earliest employee
7  training that you can remember ever receiving?
8      A.   **Learning how to operate the lawn**
9  **mower.**
10     Q.   Lawn mower?
11     A.   **Yes.**
12     Q.   Just generally describe what that --
13  what that training process was.
14     A.   **Learning how to start it and then**
15  **lower the blade, and the ditch on the south side**
16  **of the Co-Op property is pretty steep and how to**
17  **navigate the ditch.**
18     Q.   You weren't ever driving the tractor
19  or the lawn mower on the roads?
20     A.   No, sir.
21     Q.   Okay. After learning how to operate
22  the lawn mower, what was the next piece of
23  training you recall receiving from the Co-Op?
24     A.   **How to change oil.**
25     Q.   And what type of vehicle? All of

BRIESON - DIRECT (Boyd)    34

1  them?
2      A.   **Everything from a motorcycle all the**
3  **way up to a sprayer.**
4      Q.   Okay. Okay. After learning about
5  oil changes, what was the bit of employee
6  training that you recall?
7      A.   **How to fix tires.**
8      Q.   Okay. What about after that?
9      A.   **How to operate the liquid plant.**
10     Q.   Describe to me what the liquid plant
11  is.
12     A.   **The liquid plant would be bulk**
13  **product for, like, liquid applications. So water**
14  **emulsifier, 32 nitrogen -- 32 percent nitrogen**
15  **mix, other assorted fertilizer liquids and your**
16  **pesticides that came in bulk.**
17     Q.   So what was your role with regard to
18  the liquid plant?
19     A.   **My task was to hook and unhook hoses.**
20     Q.   So that part of the training was
21  kind of how to -- what it all meant and how to
22  hook up the hoses and those types of things?
23     A.   Yes, sir.
24     Q.   Okay. After liquid plant training,
25  what was the next sort of training that you

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)    35

1  recall after that?
2      A.   **I was trained on how to operate the**
3  **dry spreader.**
4      Q.   The vehicle involved in the accident,
5  was that a dry spreader?
6      A.   Yes, sir.
7      Q.   Okay. Tell me about what type of
8  training -- how to operate a dry spreader was?
9      A.   **I spent about a week riding along in**
10  **the field and to and from the fields, how to get**
11  **in position for loading up, things like that,**
12  **like an understudy, and then spend about a week**
13  **learning how to drive in the -- in the field,**
14  **like actually driving. And then when my license**
15  **was full and eligible, someone rode with me for,**
16  **I think, the first two days and then cut me**
17  **loose.**
18     Q.   Okay. So the first week you were a
19  passenger and kind of observed everything?
20     A.   Yes, sir.
21     Q.   That included operation in the field
22  and getting to and from the field?
23     A.   Yes.
24     Q.   Does that -- did that also include
25  that driver operating it on public roads?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)    36

1      A.   **Yes, sir.**
2      Q.   The next -- you spent one week actual
3  driving the machinery with kind of your --
4      A.   **Now an observer.**
5      Q.   Okay. So this was the same -- same
6  person from the first week?
7      A.   Yes, sir.
8      Q.   So then the second week you were
9  actually operating and they were observing you
10  and teaching you?
11     A.   Yes.
12     Q.   Did that involve operating on public
13  roads?
14     A.   **Not in the second week.**
15     Q.   Was that due to license restrictions?
16     A.   Yes.
17     Q.   After that second week, then you said
18  you spent two days where you were still driving,
19  but since you had your license, I assume you
20  could drive on public roads?
21     A.   Yes, sir.
22     Q.   And you had the same passenger
23  observing you?
24     A.   Yes, sir.
25     Q.   What percent -- what percentage of

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    37

01:00:54PM 1  your time during that two days was spent on
01:00:57PM 2  public roads versus in the field?
01:01:08PM 3       A.   **Kind of -- I believe maybe**
01:01:10PM 4  **20 percent.**
01:01:10PM 5       Q.   Describe for me -- I mean, describe
01:01:14PM 6  to me kind of the time in the field versus on the
01:01:17PM 7  road.
01:01:17PM 8       A.   **It all depends on how -- like what**
01:01:19PM 9  **fields you're supposed to be in that day.  You**
01:01:25PM 10 **could be, I guess, in Wisner in the morning and**
01:01:28PM 11 **then in Stanton in the afternoon, and that's**
01:01:32PM 12 **25 miles difference.  So it just all depends on**
01:01:40PM 13 **location of the fields.**
01:01:41PM 14      Q.   So some days you spent more time on
01:01:44PM 15 the road than others?
01:01:45PM 16      A.   **Yes.**
01:01:45PM 17      Q.   During that two-day period, how much
01:01:48PM 18 time, you know, minutes or hours, do you think
01:01:49PM 19 you actually spent on the road during that
01:01:52PM 20 two-day period?
01:01:52PM 21      A.   **Two or three hours.**
01:02:00PM 22      Q.   Do you recall physically where you
01:02:03PM 23 were going?  Was it that 25-mile stretch?
01:02:06PM 24      A.   **No.**
01:02:06PM 25      Q.   Do you recall where you were going?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    38

01:02:07PM 1       A.   **No.**
01:02:09PM 2       Q.   So your best guess is two or three
01:02:11PM 3  hours --
01:02:12PM 4       A.   **Yes.**
01:02:12PM 5       Q.   -- road time.  Did you receive any
01:02:22PM 6  written materials from your -- from your kind of
01:02:26PM 7  trainer or the Co-Op regarding your training for
01:02:27PM 8  the dry spreader?
01:02:27PM 9       A.   **I do not believe so.**
01:02:30PM 10      Q.   Who was the person that kind of
01:02:32PM 11 trained you?
01:02:32PM 12      A.   **Ryan Krug, I believe.**
01:02:36PM 13      Q.   Do you know how to spell that last
01:02:37PM 14 name?
01:02:38PM 15      A.   **I don't even know if that's his last**
01:02:41PM 16 **name.  Like, I know it starts K R U G and it**
01:02:43PM 17 **might be Krugman, it might be -- I don't know.**
01:02:45PM 18      Q.   Ryan Krug something.  Okay.  Do you
01:02:54PM 19 know how long he'd been with the Co-Op at that
01:02:56PM 20 time?
01:02:56PM 21      A.   **I think a year.**
01:02:57PM 22      Q.   What do you -- I'll call him
01:03:14PM 23 Mr. Krug, your trainer -- what do you recall him
01:03:18PM 24 telling you about how to operate the dry spreader
01:03:22PM 25 on the road?  Did he give you any rules or

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    39

01:03:27PM 1  anything that you recall specifically?
01:03:29PM 2       A.   **No, I do not recall that**
01:03:31PM 3  **specifically.**
01:03:31PM 4       Q.   So you don't recall any specific
01:03:33PM 5  rules or guidelines that your trainer would have
01:03:39PM 6  given you how to properly operate the dry
01:03:42PM 7  spreader like the one involved in the accident on
01:03:45PM 8  a public road?
01:03:46PM 9       A.   **Follow the traffic laws.**
01:03:50PM 10      Q.   Okay.  I understand a lot of this
01:03:53PM 11 kind of is just on the job as things come up, but
01:03:56PM 12 to the extent you remember, anything specific he
01:03:59PM 13 told you?
01:03:59PM 14      A.   **Not that I recall.**
01:04:00PM 15      Q.   Okay.  Other than generally follow
01:04:03PM 16 the traffic laws?  Yes?
01:04:06PM 17      A.   **Oh, yes.  My bad.**
01:04:07PM 18      Q.   No problem.  After those two days of
01:04:17PM 19 you being able to drive on the public roads with
01:04:20PM 20 your trainer, you said they kind of cut you
01:04:22PM 21 loose?
01:04:22PM 22      A.   **Yes.**
01:04:23PM 23      Q.   Meaning you were able to drive the
01:04:26PM 24 dry spreader wherever you needed to go without
01:04:31PM 25 someone supervising you in the cab?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    40

01:04:34PM 1       A.   **Yes, sir.**
01:04:37PM 2       Q.   What time frame -- when do you think
01:04:41PM 3  you started this training?
01:04:42PM 4       A.   **End of May.**
01:04:48PM 5       Q.   Is when you started the training?
01:04:50PM 6       A.   **I believe so.**
01:04:52PM 7       Q.   Okay.  So when -- do you recall when
01:04:55PM 8  you finally got cut loose and you were able to
01:04:58PM 9  drive on your own full time?
01:04:59PM 10      A.   **Early to mid June.**
01:05:01PM 11      Q.   Did you ever receive any follow-up
01:05:12PM 12 training at all after you started driving on your
01:05:15PM 13 own?
01:05:15PM 14      A.   **No, sir.  Wait.  Wait.  Wait.  I did**
01:05:20PM 15 **receive some -- that was for, like, the liquid**
01:05:25PM 16 **application process.  That's slightly different.**
01:05:29PM 17      Q.   Was that sometime after the accident?
01:05:30PM 18      A.   **Yes.**
01:05:31PM 19      Q.   And not related to the vehicle in the
01:05:34PM 20 accident?
01:05:34PM 21      A.   **No.**
01:05:35PM 22      Q.   Okay.  You know more about that
01:05:37PM 23 machinery than I do, so I want to make sure I
01:05:41PM 24 understand what we're talking about.
01:05:48PM 25      There wasn't any kind of a written exam --

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)    41

1 　A.　No.

2 　Q.　-- administered by anyone?

3 　A.　No, sir.

4 　Q.　If you had questions about operating

5 the machinery, did you have someone you could

6 talk to about them?

7 　A.　Yes.

8 　Q.　Who would that have been?

9 　A.　Dan Bruns.

10 　Q.　Who was Dan Bruns?

11 　A.　Dan Bruns is the most experienced

12 applicator at the Pilger location.

13 　Q.　Do you recall ever talking to him

14 about any questions you had?

15 　A.　No.

16 　Q.　But if you did have questions, he

17 would have been the guy you would have asked?

18 　A.　Yes.  And also Bryce Pick, who was

19 the most experienced applicator in the Co-Op.

20 　Q.　So before you started this training

21 in the end of May, you were working on

22 maintenance and mowing lawns and other types of

23 activities?

24 　A.　Yes.

25 　Q.　Once you started spraying in May and

BRIESON - DIRECT (Boyd)    42

1 June, what was your typical work schedule like

2 hours wise?

3 　A.　Can I correct you?

4 　Q.　Yes.  Absolutely.

5 　A.　It wasn't spraying.  It was -- the

6 proper term in this would be applicating, because

7 I'm not spraying.  Like, spraying implies liquid.

8 　Q.　Okay.

9 　A.　Applicating implies either.

10 　Q.　Okay.

11 　A.　I was -- it was probably 40 to

12 45 hours a week.

13 　Q.　Actually applicating or operating the

14 equipment, or would you consider that start of

15 the day to the end of the day?

16 　A.　Start of the day to the end of the

17 day.

18 　Q.　Five days a week?  Seven days a week?

19 　A.　Depended on weather.

20 　Q.　Okay.  So when the weather was good,

21 you got in as much work as you could?

22 　A.　Yes, sir.

23 　Q.　What's the application season?

24 　A.　About a month before the crops come

25 up to mid July for the most part.

BRIESON - DIRECT (Boyd)    43

1 　Q.　So once you were actually

2 applicating, how would you describe what your

3 actual job duties were?

4 　A.　Applicating.

5 　Q.　Yes.

6 　A.　That would be --

7 　Q.　That would be the job duty.

8 　A.　Operating and maintaining the

9 applicator.

10 　Q.　Did you have any performance reviews

11 working for the Co-Op?

12 　A.　I don't believe so.

13 　Q.　Were you ever disciplined during your

14 time with the Co-Op --

15 　A.　No.

16 　Q.　-- for anything?  So describe

17 generally what a normal working day would be for

18 you once you were cut loose and you were

19 operating the applicator.

20 　A.　I would show up at 7 or 7:30, walk

21 into the main office, figure out the fields I

22 needed to go to that day, go start my machine,

23 grease it up, load it up for the first load,

24 drive to the field, apply it, wait for a tender

25 truck driver or drive back to the Co-Op, get

BRIESON - DIRECT (Boyd)    44

1 another load, and then just until my day was

2 done.

3 　Q.　Okay.  You said you did your first

4 load and then you would either wait for someone

5 or go back to the Co-Op to get refilled?

6 　A.　Yes, sir.

7 　Q.　So you could go back to the Co-Op and

8 get it refilled or there are people at the Co-Op

9 that will bring you more product?

10 　A.　Yes, sir.

11 　Q.　How many loads would you typically go

12 through in a day?

13 　A.　Depended on rate and size of field.

14 　Q.　So it would vary quite a bit?

15 　A.　Yes.

16 　Q.　When you first got there at 7:30, did

17 someone physically give you a list of the fields

18 or how did you get your assignments for that day?

19 　A.　I was given a small pile of fields,

20 rate and then a plat map showing, okay, this is

21 the field you need to go to.

22 　Q.　I take it from a plat map you could

23 tell, okay, this is where I need to go and where

24 I'm actually applying for this day?

25 　A.　Yes, sir.

BRIESON - DIRECT (Boyd)                    45

01:10:37PM 1    Q.    How long did you -- did you actually
01:10:49PM 2 work during the day?  Until sundown or how long?
01:10:52PM 3    A.    It all depended on the fields that
01:10:55PM 4 needed to be done.
01:10:56PM 5    Q.    Basically you got through your list
01:10:58PM 6 whenever you got through it?
01:10:58PM 7    A.    At sundown is shutdown, because at
01:11:02PM 8 that point you don't know if you ran out of
01:11:00PM 9 product in the back or not or if you have
01:11:08PM 10 something plugged in there.  So at sundown it's
01:11:12PM 11 done for sure.
01:11:13PM 12    Q.    So you couldn't go any longer than
01:11:17PM 13 that?
01:11:18PM 14    A.    Yes, sir.
01:11:18PM 15    Q.    Okay.  Did you always have the same
01:11:20PM 16 route or did your route vary from day to day?
01:11:24PM 17    A.    It varies from day to day.
01:11:26PM 18    Q.    Did you -- did you have what you
01:11:27PM 19 consider a typical route?
01:11:29PM 20    A.    No, sir.
01:11:29PM 21    Q.    So you didn't have any idea before
01:11:31PM 22 you got there what your route would be for that
01:11:33PM 23 day?
01:11:33PM 24    A.    No, sir.
01:11:34PM 25    Q.    You didn't have a general pattern

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    46

01:11:35PM 1 that these days you would do this route and these
01:11:37PM 2 days you would do that route?
01:11:38PM 3    A.    No.
01:11:39PM 4    Q.    Okay.  Who decided what the route was
01:11:42PM 5 going to be for you?
01:11:43PM 6    A.    The head of the agronomy.
01:11:45PM 7    Q.    And remind me of his name again.
01:11:48PM 8    A.    Rich Brahmer.
01:11:50PM 9    Q.    Did you fill out any kind of
01:12:00PM 10 paperwork as a part of your daily routine?
01:12:03PM 11    A.    I filled out the applicator sheet,
01:12:05PM 12 which is -- I believe the Co-Op should have
01:12:09PM 13 copies of that, and then an acres sheet showing,
01:12:11PM 14 okay, I spread 90 acres in this field, just to
01:12:17PM 15 keep track of for bonuses.
01:12:19PM 16    Q.    So there were two pieces of paper you
01:12:22PM 17 filled out each day?
01:12:23PM 18    A.    Yes, each field.
01:12:25PM 19    Q.    Each field.  So every field you would
01:12:27PM 20 fill out two different pieces of paper describing
01:12:32PM 21 what you did for that field?
01:12:33PM 22    A.    Yes, sir.
01:12:34PM 23    Q.    Okay.  At the end of your day you'd
01:12:39PM 24 have a stack of paper for -- you know, with two
01:12:41PM 25 pieces for each field that you applied on that

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    47

01:12:44PM 1 day?
01:12:44PM 2    A.    No, sir.  The acre sheet was just a
01:12:48PM 3 sheet by itself, and that covered until it was
01:12:51PM 4 full, and then you got a stack of papers for
01:12:56PM 5 fields that you actually completed.
01:12:57PM 6    Q.    You had one piece of paper for each
01:12:59PM 7 field individually and one global piece?
01:13:02PM 8    A.    Yes, sir.
01:13:12PM 9    Q.    Okay.  Did you ever fill out any kind
01:13:13PM 10 of hour logs or did you ever -- did you clock in
01:13:17PM 11 when you got there?
01:13:17PM 12    A.    Yes, sir.
01:13:18PM 13    Q.    And did you clock out when you left?
01:13:20PM 14    A.    Yes, sir.  Can I get a bottle of
01:13:26PM 15 water?
01:13:27PM 16           MR. BOYD:  Absolutely.  We'll take
01:13:28PM 17 a short break.
01:13:53PM 18           (A short recess was taken.)
01:13:53PM 19    Q.    Back on the record.
01:13:58PM 20    Did you use any type of a computer system
01:14:00PM 21 as part of your work for the Co-Op?
01:14:01PM 22    A.    Yes, sir.
01:14:02PM 23    Q.    What kind of system was that?
01:14:04PM 24    A.    It was, I believe, a Raven GPS system
01:14:10PM 25 and it had a mini map on it showing the swath of

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    48

01:14:17PM 1 the applicated product.
01:14:22PM 2    Q.    Does that GPS tell you where to go?
01:14:26PM 3 Describe to me how you -- how you use that.
01:14:26PM 4    A.    When you got to the field, you had to
01:14:32PM 5 set it up for, like, your rate and pounds and
01:14:36PM 6 what product you're using.  And then you made an
01:14:43PM 7 exterior pass to set your boundaries, so you kind
01:14:46PM 8 of didn't overshoot anything or over apply or
01:14:50PM 9 under apply anything, and it then just lit up
01:14:54PM 10 green as you drove up and down the field.
01:14:57PM 11    Q.    Did it physically guide the equipment
01:15:00PM 12 or were you physically driving the equipment?
01:15:04PM 13    A.    It had the ability to physically
01:15:08PM 14 guide the equipment, but after crops come up, it
01:15:11PM 15 is highly advised, unless you were the one that
01:15:13PM 16 planted them with that GPS system, to use the
01:15:16PM 17 steering wheel.
01:15:17PM 18    Q.    Okay.  Did it -- do you know, did it
01:15:21PM 19 store your kind of GPS information in it?
01:15:24PM 20    A.    I -- I believe it had the ability.
01:15:27PM 21    Q.    But you didn't ever have any need to
01:15:29PM 22 go back and look at the GPS data?
01:15:33PM 23    A.    No.
01:15:33PM 24    Q.    When you were driving from one field
01:15:37PM 25 to the another, did the GPS operate during that

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                49

1  time?
2      A.    Yes.  It had, like, a road -- a very
3  undetailed road map.
4      Q.    Any other kind of computer system you
5  used?
6      A.    No, sir.
7      Q.    Okay.
8      A.    Well, my phone and a radio.  Other
9  than that, no.
10     Q.    Okay.  Is that your personal phone?
11     A.    Yes, sir.
12     Q.    Did you have an email address with
13 the Co-Op?
14     A.    No, sir.
15     Q.    Describe to me how you used your
16 phone as another radio.  Was it kind of a
17 walkie-talkie type of a use or to call somebody?
18     A.    No.  Like a Pandora, streaming radio.
19 And if I needed to call somebody, I had it on the
20 console.
21     Q.    So was your phone, like, actively
22 plugged in when you're driving?
23     A.    It was on a -- on a -- an auxiliary
24 cord to the radio.
25     Q.    And it was kind of just on all the

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                50

1  time with open channels?
2      A.    Yes.
3      Q.    And you could press a button and talk
4  into the radio or the phone?
5      A.    I could press a button and call
6  someone, not -- it wasn't like a two-way radio.
7  It was a streaming device that I could make phone
8  calls with.
9      Q.    Okay.  And were members of the Co-Op
10 making announcements on there or what were you
11 listening?
12     A.    I was -- I was listening to Pandora.
13     Q.    Okay.  So just music?
14     A.    Yes.
15     Q.    Okay.  It wasn't really work related
16 as much as it was --
17     A.    A comfort thing.
18     Q.    Got it.  Okay.  I was thinking radio,
19 like communicating back and forth.
20     Okay.  So you were using your cell phone as
21 just a music device and it was playing on some
22 speakers in the RoGator?
23     A.    Yes, sir.
24     Q.    Okay.  Did you use your phone for any
25 other things other than making calls while you

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                51

1  were operating the RoGator?
2      A.    I don't believe so.
3      Q.    Okay.  Let's talk about the date of
4  the accident at issue here, which my
5  understanding was June 26th, 2013; is that right?
6      A.    Yes, sir.
7      Q.    Okay.  We'll get into specifics, but
8  generally it occurred on Highway 57 near what is
9  referred to as 857th Road in Wayne County,
10 Nebraska; is that right?
11     A.    I believe so.
12     Q.    Okay.  You were working for Co-Op
13 that day?
14     A.    Yes, sir.
15     Q.    Let's start in the morning.  What
16 time do you recall getting to work that day?
17     A.    I believe 7:30 -- seven to eight
18 o'clock, somewhere in that time range.
19     Q.    Just your standard time you'd get
20 there in the morning?
21     A.    Yes, sir.
22     Q.    Did you clock in that day, I assume?
23     A.    Yes, sir.
24     Q.    You would have received, we talked
25 about earlier, kind of a stack of different

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                52

1  properties you were going to apply on that day?
2      A.    Yes, sir.
3      Q.    Did you always drive the same
4  applicator, same dry spreader?
5      A.    Yes, sir.
6      Q.    So from the time you were cut loose
7  to the time of the accident, you drove the same
8  spreader every day?
9      A.    Yes, sir.
10     Q.    Do you recall what your route was
11 that day, generally?
12     A.    I showed up in Pilger, they then sent
13 me to --
14     Q.    So Pilger, that's where you start
15 every day; is that right?
16     A.    Yes.
17     Q.    Okay.
18     A.    They then sent me to Winside to help
19 apply up there with my machine.  So I drove my
20 machine up to Winside, received a stack of
21 papers, kind of -- they kind of showed me on the
22 map, on a big series of plat maps the general
23 route to take.
24     Q.    You didn't receive any papers from
25 Pilger, they sent you up to Winside?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                53

1    A.    Yes.
2    Q.    You drove your RoGator from Pilger to
3  Winside?
4    A.    Yes, sir.
5    Q.    They handed you the papers and handed
6  you a plat map, here's where you're going to work
7  for the day?
8    A.    Yes, sir.
9    Q.    Okay.  Was it after -- do you recall
10  just generally what your route was that day?
11    A.    I headed to the west and started
12  working my way north.
13          (Deposition Exhibit Numbers 4 and 5
14  were marked for identification.)
15    Q.    I'm handing you Exhibits No. 4 and 5.
16  Do you recognize either of these documents?
17    A.    I do not recognize 4.  I recognize
18  the general layout of 5.
19    Q.    Okay.  Do you -- is No. 4 -- is that
20  your handwriting?
21    A.    No, sir.
22    Q.    Okay.  So you don't know who wrote
23  No. 4?
24    A.    No, sir.
25    Q.    Does this look like anything you

BRIESON - DIRECT (Boyd)                54

1  would have worked with, this kind of a -- this
2  kind of a list?
3    A.    The list I would have gotten would
4  have been a stack of essentially Exhibit No. 5.
5    Q.    Okay.  Do you recognize in -- and the
6  highlighting is not mine, the highlighting is
7  from whoever gave it to me, the Co-Op, I believe.
8  Do you recognize the locations of those
9  highlighted areas?
10    A.    I believe those were the fields I had
11  applied that morning or that day, I guess, in
12  general.
13    Q.    Okay.  So is it possible that this is
14  a list of the fields you were assigned to apply
15  on the date of the accident?
16    A.    Yes, sir.
17    Q.    Okay.  Does that appear to be what it
18  is from your understanding?
19    A.    I believe so.
20    Q.    Okay.  So at what point -- if you can
21  tell in this list, at what point did the accident
22  happen, between which fields?
23    A.    My guess would be after, like, I
24  believe the 423 A 40-pound nutri -- NutriSphere
25  and then I believe that's when it -- where I was

BRIESON - DIRECT (Boyd)                55

1  going.
2    Q.    Okay.  So you were heading towards
3  the 420 -- looks like 425 to me, maybe, but were
4  you going towards the 425 A at the time of the
5  accident?
6    A.    I believe so, either that one or the
7  next line down.
8    Q.    Okay.  So you had -- you had
9  completed -- your recollection you completed
10  applying the highlighted -- the three highlighted
11  fields?
12    A.    I believe so.
13    Q.    And you were either -- maybe you had
14  completed 425, but you were either heading to
15  425 A or you were heading towards 85 A?
16    A.    Yes.
17    Q.    Describe to me where the -- is it
18  Kevin 80 A, describe to me where that is, if you
19  can?
20    A.    I --
21    Q.    You don't recall --
22    A.    No.
23    Q.    -- exactly where that is.  Okay.  So
24  you don't have an independent recollection of
25  where that field is listed on here?

BRIESON - DIRECT (Boyd)                56

1    A.    No, sir.
2    Q.    Okay.  Do you have any recollection
3  of where 425 A is?
4    A.    No, sir.
5    Q.    What about 85 A?
6    A.    One of those would be the field I was
7  going to.
8    Q.    And --
9    A.    I believe it's -- actually thinking
10  about it now, would be the 85 A.
11    Q.    Okay.  You believe that you were
12  heading towards 85 A at the time of the accident?
13    A.    Yes.
14    Q.    Can you describe to me where 85 A is?
15    A.    I believe that it would be from,
16  like, the intersection where the accident
17  occurred, it would be, I believe, roughly half a
18  mile north on the east side of the highway.
19    Q.    I printed off some maps.  Maybe it
20  would be easier for you.
21          (Deposition Exhibit Number 6 was
22  marked for identification.)
23    Q.    Handing you Exhibit No. 6.  I'll
24  represent to you these are just -- these are
25  maps, aerial shots that I pulled myself.  But

## Page 57

BRIESON - DIRECT (Boyd)    57

01:25:27PM 1 it's my understanding, as you go through the
01:25:29PM 2 pictures, you kind of zoom in where the accident
01:25:33PM 3 happened. Can you look through those and tell me
01:25:35PM 4 if that's correct?
01:25:42PM 5     **A.   Yes, sir.**
01:25:42PM 6     Q.   Okay. Do any of these photos in this
01:25:50PM 7 exhibit show the field that you believe you were
01:25:53PM 8 heading towards?
01:25:54PM 9     **A.   I believe it would be this**
01:25:59PM 10 **southwestern section -- southwestern quarter.**
01:26:04PM 11     Q.   You want to -- do you have any
01:26:07PM 12 problem with him marking on the exhibit?
01:26:10PM 13     Do you want to -- if I hand you a pen, would
01:26:13PM 14 you outline the field you were heading towards at
01:26:15PM 15 the time of the accident?
01:26:19PM 16     **A.   (Witness complies.)**
01:26:27PM 17     Q.   I'm just going to take this and just
01:26:28PM 18 look at it for myself.
01:26:35PM 19     Okay. So the field you've outlined you
01:26:43PM 20 believe was a field you were heading towards when
01:26:45PM 21 the accident occurred?
01:26:46PM 22     **A.   Yes, sir.**
01:26:47PM 23     Q.   Okay. Do you recall which field you
01:26:49PM 24 were coming from?
01:26:56PM 25     **A.   I believe it's somewhere southwest**

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

## Page 58

BRIESON - DIRECT (Boyd)    58

01:27:01PM 1 off the map.
01:27:05PM 2     Q.   Okay. So describe the route you were
01:27:06PM 3 taking from the prior location to get to the
01:27:09PM 4 field that you had -- you had outlined.
01:27:11PM 5     **A.   I had traveled north on a country**
01:27:15PM 6 **road until I got to Highway 98, and at the 57**
01:27:22PM 7 **intersection I headed north and the accident**
01:27:28PM 8 **occurred a mile north of the intersection.**
01:27:51PM 9     Q.   Where were you -- what physical
01:27:54PM 10 location were you traveling towards at the time
01:27:56PM 11 of the accident? What was your -- where were you
01:27:57PM 12 going?
01:27:58PM 13     **A.   I was heading to the minimum**
01:28:00PM 14 **maintenance road in the intersection to the west,**
01:28:04PM 15 **as that was the best location to load for the**
01:28:07PM 16 **field.**
01:28:08PM 17     Q.   Okay. So your first step in order to
01:28:11PM 18 apply on that field was to get loaded up with
01:28:14PM 19 product?
01:28:14PM 20     **A.   Yes.**
01:28:22PM 21     Q.   Were there already people waiting for
01:28:25PM 22 you?
01:28:25PM 23     **A.   No, sir.**
01:28:25PM 24     Q.   To --
01:28:28PM 25     MR. GOYETTE: Excuse me. I'm sorry.

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

## Page 59

BRIESON - DIRECT (Boyd)    59

01:28:30PM 1 I just don't want to make -- I don't want to make
01:28:33PM 2 this difficult for our reporter, so just wait
01:28:34PM 3 until Mr. Boyd finishes.
01:28:35PM 4     Q.   So was it your intent to go to that
01:28:38PM 5 designated spot and wait for them to meet you
01:28:41PM 6 there to load you up?
01:28:42PM 7     **A.   Yes, sir.**
01:28:42PM 8     Q.   So if we -- we'll just mark on there
01:28:51PM 9 again. Can you mark where -- what specific spot
01:28:54PM 10 you were planning on parking in to wait for them?
01:28:54PM 11     **A.   (Witness complies.)**
01:28:57PM 12     Q.   So the rectangle where you've -- you
01:29:10PM 13 printed on the last page of Exhibit 6 is the
01:29:12PM 14 location you were planning on parking and
01:29:14PM 15 waiting --
01:29:15PM 16     **A.   Yes, sir.**
01:29:15PM 17     Q.   -- in order to get loaded up with
01:29:17PM 18 fertilizer?
01:29:18PM 19     **A.   Yes, sir.**
01:29:33PM 20     Q.   Okay. That's helpful to understand
01:29:36PM 21 just the -- the names on Exhibit 4 don't do a lot
01:29:49PM 22 for me, so that helps me understand exactly what
01:29:52PM 23 we're talking about here.
01:29:56PM 24     You were driving that alone, there was
01:30:00PM 25 nobody with you at the time of the accident?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

## Page 60

BRIESON - DIRECT (Boyd)    60

01:30:01PM 1     **A.   Yes, sir.**
01:30:02PM 2     Q.   So the accident happened around 3:37
01:30:16PM 3 in the afternoon?
01:30:17PM 4     **A.   Yes.**
01:30:17PM 5     Q.   Does that sound right?
01:30:18PM 6     **A.   That sounds correct.**
01:30:19PM 7     Q.   Did you stop and have lunch anyplace
01:30:22PM 8 earlier in the day?
01:30:23PM 9     **A.   Probably around noon.**
01:30:25PM 10     Q.   You just bring your lunch with you?
01:30:27PM 11     **A.   Yes.**
01:30:31PM 12     Q.   How long, approximately, would it
01:30:33PM 13 have taken you to go from the field you were
01:30:36PM 14 applying to the field you were trying to get to?
01:30:41PM 15 How long were you actually driving the equipment?
01:30:44PM 16     **A.   20 minutes, I believe.**
01:30:50PM 17     Q.   What kind of speed does the RoGator
01:30:54PM 18 travel on the road?
01:30:54PM 19     **A.   24 miles an hour.**
01:30:56PM 20     Q.   Is that the maximum?
01:30:58PM 21     **A.   Yes, sir.**
01:30:58PM 22     Q.   Would you -- is 24 typically what you
01:31:06PM 23 would set it at as you drive down the road?
01:31:09PM 24     **A.   Yes.**
01:31:09PM 25     Q.   Is there a cruise control or do you

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                61

01:31:11PM  1   just accelerate and it stops you at 24?

01:31:11PM  2       A.    The throttle is all the way forward

01:31:11PM  3   at 24 miles an hour.

01:31:23PM  4       Q.    Okay.  What was the weather like on

01:31:24PM  5   that -- on the day of the accident?

01:31:25PM  6       A.    It was sunny and hot.

01:31:27PM  7       Q.    Are you familiar with the general

01:31:37PM  8   location of the accident?  Had you driven around

01:31:40PM  9   that area before?

01:31:41PM 10       A.    No, sir.

01:31:41PM 11       Q.    Was that the first time you had

01:31:43PM 12   driven that route?

01:31:43PM 13       A.    Yes, sir.

01:31:44PM 14       Q.    Do you recall if that area was flat

01:32:00PM 15   or hilly or anything like that?

01:32:02PM 16       A.    There was a hill to the south of me

01:32:05PM 17   probably 200 yards at the most.

01:32:08PM 18       Q.    Would that hill have blocked your

01:32:23PM 19   vision at all if you were looking behind you?

01:32:25PM 20       A.    Yes, sir.

01:32:27PM 21       Q.    Do you recall that hill blocking your

01:32:30PM 22   vision at any point?

01:32:31PM 23       A.    I recall checking my mirrors, but I

01:32:35PM 24   did not see any vehicles behind me.

01:32:38PM 25       Q.    So you're driving your RoGator north

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                62

01:32:44PM  1   on Highway 57?

01:32:46PM  2       A.    Yes, sir.

01:32:46PM  3       Q.    Right.  And your goal is to go to the

01:32:51PM  4   rectangle box that you had marked on the -- on

01:32:52PM  5   the map?

01:32:52PM  6       A.    Yes, sir.

01:32:53PM  7       Q.    When you're driving on Highway 57

01:32:57PM  8   before you get close to where you're going,

01:33:00PM  9   where -- where in the roadway are you driving the

01:33:02PM 10   RoGator?  Are you driving in the middle?  Were

01:33:04PM 11   you driving on the shoulder?  Were you driving --

01:33:06PM 12   does it vary?

01:33:07PM 13       A.    It kind of depends on how big the

01:33:11PM 14   roadway is.  The -- the spreader had the ability

01:33:15PM 15   to thin out its wheelbase, so when you travel on

01:33:22PM 16   the highway, you thinned it out to where you can

01:33:25PM 17   fit in a lane, and if you met a big vehicle, you

01:33:28PM 18   kind of slide off to the shoulder a little bit.

01:33:30PM 19       Q.    If there was a big -- a vehicle

01:33:32PM 20   coming towards you

01:33:33PM 21       A.    Yes, sir.

01:33:33PM 22       Q.    So you were in what I call a narrow

01:33:38PM 23   stance at the time you were driving the vehicle

01:33:40PM 24   on that day?

01:33:41PM 25       A.    Yes, sir.

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                63

01:33:43PM  1       Q.    So in narrow stance were you able to

01:33:46PM  2   fit within just the normal lane of traffic on

01:33:51PM  3   Highway 57?

01:33:51PM  4       A.    Yes, sir.

01:33:52PM  5       Q.    So do you recall -- is it your

01:34:03PM  6   recollection that you were only driving in the

01:34:08PM  7   main lane of traffic when you were on Highway

01:34:08PM  8   57 --

01:34:08PM  9       A.    Yes, sir.

01:34:08PM 10       Q.    -- leading up to the area of the

01:34:11PM 11   accident?

01:34:11PM 12       A.    Yes, sir.

01:34:12PM 13       Q.    And you believe leading up to the

01:34:24PM 14   accident you had been going about 24 miles an

01:34:29PM 15   hour?

01:34:29PM 16       A.    Yes, sir.

01:34:31PM 17       Q.    Do you recall what gear you would

01:34:32PM 18   have been in?  Are there different gears on the

01:34:35PM 19   RoGator?

01:34:35PM 20       A.    Fourth.

01:34:36PM 21       Q.    Is that kind of the maximum?

01:34:38PM 22       A.    Yes, I believe.  It's been awhile

01:34:44PM 23   since I operated it.

01:34:49PM 24       Q.    But it would have been kind of what

01:34:47PM 25   the top speed was?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                64

01:34:48PM  1       A.    The road gear, yes.

01:34:50PM  2       Q.    Okay.  So as you approach the area

01:34:56PM  3   where Highway 57 and you call a minimum --

01:35:03PM  4       A.    Minimum maintenance road.

01:35:05PM  5       Q.    Minimum maintenance road.  So at the

01:35:11PM  6   area where Highway 57 and the minimum maintenance

01:35:15PM  7   road come together, how did you operate the

01:35:17PM  8   machine?  Tell me what happened.

01:35:18PM  9       A.    I signaled my intent to turn, checked

01:35:22PM 10   my mirror, checked in front of me, started to

01:35:25PM 11   turn.

01:35:26PM 12       Q.    So which mirror are you talking about

01:35:30PM 13   that you say --

01:35:30PM 14       A.    There -- there's a mirror that sets

01:35:34PM 15   probably three feet out at the cab so you can

01:35:37PM 16   actually see past the dry box.

01:35:40PM 17       Q.    Kind of see to your left?

01:35:42PM 18       A.    Yes, sir.

01:35:42PM 19       Q.    So you checked the mirror, kind of

01:35:46PM 20   the side view mirror that is a bit off the

01:35:49PM 21   vehicle.  Any other mirrors that you checked?

01:35:52PM 22       A.    No, sir.

01:35:52PM 23       Q.    Are there other mirrors --

01:35:54PM 24       A.    Yes, sir.

01:35:54PM 25       Q.    -- available?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)  65

1  Except they are under the vehicle, so
2  as you're driving through the field you can see
3  if you're hitting the crop.
4  Q.   Is there -- is there any other
5  mirrors that would allow you to look behind you?
6  A.   I believe there's one on the right
7  side also.
8  Q.   You don't specifically recall looking
9  at the right side mirror at that time?
10  A.   No, sir.
11  Q.   Tell me about the kind of turns these
12  RoGators make.  I mean, is it a tight turn?  Is
13  it a wide turn?  How would you describe the
14  turning radius?
15  A.   I would describe it as kind of
16  medium.
17  Q.   Do you know, like, feet-wise what a
18  turning radius on one of those would be?
19  A.   No, sir.
20  Q.   It's certainly larger than if you
21  were driving a personal vehicle?
22  A.   Yes, but not by much.
23  Q.   Do you have to do anything in order
24  to make a turn in one of these vehicles?  I mean,
25  do you have to make a wider turn or can you just

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)  66

1  make it just turning left or turning right just
2  like you would in any other vehicle?
3  A.   It all depends on speed and, I guess,
4  the surface you're driving on.
5  Q.   So on this day as you were going 24
6  on this road, describe to me how you performed
7  the turn on this road.
8  A.   I slowed down, at most eight miles an
9  hour, probably lower than that.  I signaled my
10  intent to turn and started the turn.
11  Q.   When you start to turn, if you're
12  going straight, do you immediately start turning
13  left or do you make it -- kind of a wide turn and
14  kind of start to the right and make a wide turn?
15  A.   You would immediately start to turn
16  to the left.
17  Q.   Looking at the rectangle you have
18  drawn on the exhibit, how were you planning on
19  parking your RoGator?  What direction were you
20  going to be facing when you were done?
21  A.   I was going to be facing back towards
22  the highway.
23  Q.   Okay.  So you were going -- your
24  intent was to face the RoGator towards --
25  A.   Back --

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)  67

1  Q.   -- Highway 57.  So, your intent was
2  to face the RoGator towards Highway 57 once you
3  were parked?
4  A.   Yes, sir.
5  Q.   Okay.  So I'm just looking at this,
6  it seems like I would call that kind of a
7  three-quarter turn if you were able to complete
8  it.  Would you agree with that?  I mean, your --
9  it's not a 90-degree turn, it's not a 180-degree
10  turn.  It's kind of a three-quarter turn; is that
11  right?
12  A.   I would say as you're reading it,
13  yes, but my intent was to go to a field entrance
14  and then proceed to do a three-quarter turn and
15  come back.
16  Q.   Okay.  So your intent was to turn
17  onto the minimum maintenance road and then go
18  down the minimum maintenance road for how far?
19  A.   I believe there's a field entrance
20  probably another quarter mile at the most --
21  Q.   Okay.
22  A.   -- west, turn in there, back out and
23  head east.
24  Q.   Okay.  And there was no one -- there
25  were no other vehicles in that area making a

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)  68

1  turn?  There were no parked vehicles?
2  A.   No, sir.
3  Q.   Okay.
4  A.   I don't believe so.
5  Q.   You don't recall any?
6  A.   No.
7  Q.   How many times do you recall checking
8  your mirror before you made the turn?
9  A.   Twice.
10  Q.   So would your first step have been to
11  slow down to eight miles an hour or less?  What's
12  the very first thing you do to get ready for the
13  turn?
14  A.   Just signal as I'm slowing down,
15  quick glance forward and then double-check and
16  start the turn.
17  Q.   So would you -- I mean, eight miles
18  an hour would be what you estimate the turn, was
19  that your turning speed or less than eight miles
20  an hour?
21  A.   Less.
22  Q.   Do you have a -- what miles per hour
23  would you estimate the actual turn would be at?
24  A.   Four or five.
25  Q.   Looking at the last page of that

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                69

```
01:41:40PM  1    exhibit, the closest one, would you have started
01:41:44PM  2    slowing down at the -- at the area depicted on
01:41:48PM  3    the map or would you have started slowing down
01:41:50PM  4    earlier than what's depicted on that last page?
01:41:53PM  5         A.   I would have started slowing down
01:41:55PM  6    probably one, two, three -- the third power line
01:42:01PM  7    from the intersection to the south.
01:42:04PM  8         Q.   Okay.  Go ahead and mark an X on the
01:42:10PM  9    power line you're talking about.
01:42:10PM 10         A.   (Witness complies.)
01:42:11PM 11         Q.   So that's how long you would have
01:42:13PM 12    started -- you would have slowed from
01:42:13PM 13    approximately 24 miles an hour to approximately
01:42:15PM 14    8 miles an hour?
01:42:16PM 15         A.   Yes, sir.
01:42:29PM 16         Q.   Okay.  So at what point would you
01:42:32PM 17    have physically started making the turn?  Can you
01:42:37PM 18    describe that on the map?
01:42:39PM 19         A.   I would guess around the seven on the
01:42:44PM 20    map for 557th Avenue.
01:42:48PM 21         Q.   When you say you guess, what -- do
01:42:52PM 22    you specifically recall turning at that point or
01:42:54PM 23    that's just what you assume you would have turned
01:42:56PM 24    at?
01:42:56PM 25         A.   That's where I assumed I would have
```

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                70

```
01:43:00PM  1    turned at.  I don't recall specifically.
01:43:02PM  2         Q.   Do you recall any part of your
01:43:13PM  3    vehicle going over into the right shoulder as you
01:43:16PM  4    started the turn?
01:43:20PM  5         A.   Possibly.
01:43:20PM  6         Q.   And why do you say possibly?
01:43:22PM  7         A.   Because I never had been in the area
01:43:25PM  8    and I wasn't sure for the exact location for a
01:43:28PM  9    load out.  I -- I scanned ahead and saw it was
01:43:32PM 10    going to be difficult, if not impossible, to load
01:43:36PM 11    out at the field entrance.
01:43:39PM 12         Q.   So you were still deciding exactly
01:43:44PM 13    where you were wanting to go as you were
01:43:48PM 14    approaching that area?
01:43:48PM 15         A.   Yes, sir.
01:43:48PM 16         Q.   Do you think -- as you were
01:43:53PM 17    approaching the minimum maintenance road, were
01:43:56PM 18    you looking around and trying to figure out the
01:43:58PM 19    best spot to stop at?
01:44:00PM 20         A.   Yes, sir.
01:44:01PM 21         Q.   Do you think -- I understand you
01:44:15PM 22    hadn't been there before and were trying to
01:44:16PM 23    figure out where you were going.  Do you think
01:44:20PM 24    that may have slowed the -- slowed the turn while
01:44:23PM 25    you were trying to figure out exactly where you
```

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                71

```
01:44:25PM  1    wanted to end up?
01:44:27PM  2         A.   Yes, sir.  Looking at the picture,
01:44:31PM  3    there is very clear evidence of the turn radius
01:44:35PM  4    in the field to the southwest.
01:44:42PM  5         Q.   Okay.  So kind of bottom left corner
01:44:45PM  6    you can see some kind of turn radiuses in the
01:44:48PM  7    field?
01:44:48PM  8         A.   Yes, sir.
01:44:49PM  9         Q.   Do you believe those are made with
01:44:50PM 10    the same equipment or type of equipment that you
01:44:52PM 11    were driving that day?
01:44:52PM 12         A.   I would guess they were.
01:44:55PM 13         Q.   You would estimate that as kind of
01:44:57PM 14    what you think the turning radius would be?
01:45:00PM 15         A.   Yes.
01:45:00PM 16         Q.   Now, there's two -- there's kind of a
01:45:01PM 17    whole circle and there's a half circle.  Does it
01:45:06PM 18    still make a difference which one you're looking
01:45:08PM 19    at?
01:45:08PM 20         A.   Not really.  They appear to be
01:45:12PM 21    roughly the same.
01:45:15PM 22         Q.   Okay.  Do you know if that's --
01:45:17PM 23    that's a field that Co-Op services?
01:45:20PM 24         A.   No.
01:45:21PM 25         Q.   I had asked you if you thought maybe
```

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                72

```
01:45:42PM  1    part of your vehicle might have gone on the right
01:45:44PM  2    shoulder, and you said possibly because you were
01:45:46PM  3    still trying to figure out exactly where you
01:45:48PM  4    wanted to go.  Did you -- did you start to make a
01:45:51PM  5    turn towards the field, towards the right, and
01:45:55PM  6    then you decided to go to the left?
01:45:57PM  7         A.   I may have kind of been half on the
01:48:01PM  8    highway, half off the highway, stopped for a
01:46:06PM  9    brief amount of time and then decided to turn
01:46:11PM 10    onto the minimum maintenance.
01:46:13PM 11         Q.   Okay.  So as you're thinking
01:46:16PM 12    about it, you think you were probably going north
01:46:19PM 13    on Highway 57, you sort of veered to the right,
01:46:24PM 14    you were probably half on the shoulder, half on
01:46:27PM 15    the road as you were kind of looking around where
01:46:29PM 16    to go?
01:46:30PM 17         A.   Yes, sir.
01:46:30PM 18         Q.   So you think you were fully stopped?
01:46:32PM 19         A.   Yes, sir.  Fully stopped or less than
01:46:34PM 20    three miles an hour.
01:46:35PM 21         Q.   Okay.  And then you were either
01:46:39PM 22    stopped or were going three miles an hour and
01:46:42PM 23    then you decided you didn't want to go right, you
01:48:44PM 24    actually wanted to go to the rectangle you have
01:46:47PM 25    drawn?
```

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    73

01:46:47PM 1    A.    I never had any intention to go to
01:46:49PM 2  the right.  I was just trying to figure out do I
01:46:51PM 3  go to the next intersection and wait there or use
01:46:56PM 4  the minimum maintenance.
01:46:57PM 5    Q.    Okay.  So you were kind of stopped
01:47:00PM 6  half on the road, half on the shoulder, deciding
01:47:03PM 7  do I turn left right here or do I turn left at
01:47:06PM 8  the next option?
01:47:07PM 9    A.    Yes, sir.
01:47:08PM 10   Q.    Okay.  How long -- how many seconds
01:47:11PM 11 do you think you were stopped or going two miles
01:47:13PM 12 an hour as you were evaluating that?
01:47:15PM 13   A.    No more than 15.
01:47:17PM 14   Q.    15 seconds?
01:47:18PM 15   A.    Yes, sir.
01:47:19PM 16   Q.    If you were sitting there for 15 --
01:47:30PM 17 you know, we'll say 15 seconds, maybe a little
01:47:35PM 18 less or whatever it was, at what point did you
01:47:38PM 19 then -- had you already looked in your mirrors or
01:47:43PM 20 did you then decide I'm going to turn left
01:47:46PM 21 here and now I'm going to look in my mirror?
01:47:48PM 22   A.    I then decided I'm going to turn
01:47:50PM 23 left, check my mirrors, check in front of me,
01:47:52PM 24 check my mirrors, okay, and started to turn.
01:47:54PM 25   Q.    Okay.  So the -- you put an X kind of

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    74

01:47:58PM 1  where you started to slow down?
01:48:00PM 2    A.    Yes, sir.
01:48:00PM 3    Q.    From the time you slowed down at the
01:48:02PM 4  X, where on the map there do you think you were
01:48:07PM 5  stopped?
01:48:08PM 6    A.    I would guess the A on the South 57th
01:48:12PM 7  (sic) Avenue.
01:48:16PM 8    Q.    Kind of -- would you say it was
01:48:19PM 9  50/50, half on the road, half on the shoulder, or
01:48:22PM 10 how would you describe exactly where your RoGator
01:48:26PM 11 was?
01:48:28PM 12   A.    I would say probably 75 percent on
01:48:29PM 13 the road, 25 percent off the road.
01:48:39PM 14   Q.    And it was from that position that
01:48:41PM 15 you then made the turn?
01:48:44PM 16   A.    Yes.
01:49:05PM 17   Q.    Do you think you made -- you were at
01:49:07PM 18 a constant speed during the turn, you didn't slow
01:49:11PM 19 your -- speed up or slow down?
01:49:12PM 20   A.    During the turn, yes.  Right before
01:49:17PM 21 the collision, I pulled back on the hand throttle
01:49:21PM 22 as hard as I could.
01:49:23PM 23   Q.    To try to stop?
01:49:24PM 24   A.    Yes.
01:49:25PM 25   Q.    Okay.  So just lead me -- lead me

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    75

01:49:27PM 1  through -- you're stopped, looking around.  You
01:49:31PM 2  decide, okay, I'm going to pull over here, you
01:49:34PM 3  start to make the turn.  Lead me through up until
01:49:37PM 4  the accident.
01:49:38PM 5    A.    I was probably 30 to 40 percent
01:49:42PM 6  through the turn, maybe more, I hear an air horn.
01:49:51PM 7  I look over my left shoulder, I see a maroon
01:49:57PM 8  blur.  I realize what's going to happen.  I
01:50:01PM 9  pulled back on the throttle as hard as I could
01:50:04PM 10 and just kind of braced and prayed.
01:50:09PM 11   Q.    When is the first time you recall
01:50:13PM 12 seeing the maroon blur?  You were already
01:50:16PM 13 40 percent or so through the turn when you first
01:50:18PM 14 saw the truck?
01:50:19PM 15   A.    Yes, sir.
01:50:19PM 16   Q.    You said air horn.  You think that
01:50:24PM 17 was, like, the driver was honking at you?
01:50:30PM 18   A.    Yes.
01:50:30PM 19   Q.    Did your vehicle stop prior to the
01:50:32PM 20 impact?  Are you able to stop when you pulled
01:50:35PM 21 back on the throttle?
01:50:36PM 22   A.    I don't believe it had fully stopped
01:50:38PM 23 when the collision happened.
01:50:39PM 24   Q.    It had slowed from four to five miles
01:50:42PM 25 an hour you were driving before?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    76

01:50:43PM 1    A.    Yes.
01:50:45PM 2          MR. GOYETTE:  Well, I'm sorry, I
01:50:46PM 3  thought you said 45.  You said four to five.
01:50:49PM 4          MR. BOYD:  Yes, four to five.
01:50:50PM 5    Q.    So we're talking just -- I mean, it
01:50:52PM 6  was pretty slow?
01:50:54PM 7    A.    Yes.
01:51:00PM 8    Q.    So you slowed your vehicle.  Describe
01:51:03PM 9  the impact for me.  Do you remember the impact?
01:51:07PM 10   A.    I remember being thrown around in the
01:51:10PM 11 cab, hitting my head on one of the support posts,
01:51:14PM 12 and it was all over pretty quick.
01:51:18PM 13   Q.    Did it -- describe how the -- did the
01:51:22PM 14 RoGator move as a result of the impact?
01:51:24PM 15   A.    It -- I was facing north at the end
01:51:26PM 16 of the impact.
01:51:30PM 17   Q.    So kind of a 90-degree turn?  It
01:51:32PM 18 moved -- it moved the vehicle about 90 degrees?
01:51:34PM 19   A.    Yes.
01:51:34PM 20   Q.    Okay.  It's my understanding that the
01:51:41PM 21 truck that was coming north on Highway 57 ended
01:51:46PM 22 up going into kind of the trees past the minimum
01:51:50PM 23 maintenance road; is that right?
01:51:51PM 24   A.    Yes, sir.
01:51:52PM 25   Q.    Describe to me what happened after

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    77

01:51:54PM 1  the impact, after you were thrown around.  What
01:51:51PM 2  happened next?
01:51:51PM 3        A.   I got out of the RoGator, I guess I
01:52:01PM 4  was then walking down to check and see if they
01:52:04PM 5  were okay.  I then heard screaming from the
01:52:08PM 6  inside of the cab, so I picked up my pace
01:52:12PM 7  considerably.  By the time I got down there, the
01:52:15PM 8  driver's side of the cab was essentially a wall
01:52:17PM 9  of flame.  So I went to the passenger side of the
01:52:21PM 10  cab.  That door, I believe, was pinned against a
01:52:26PM 11  tree, so wasn't able to open.  I assisted the
01:52:32PM 12  young man out of the vehicle and then proceeded
01:52:33PM 13  to pull the defendant out -- or whatever out of
01:52:39PM 14  the vehicle.
01:52:39PM 15        Q.   I mean, how did -- if one side is
01:52:43PM 16  pinned to a wall of fire, how did you -- what
01:52:46PM 17  route did you get them out of the vehicle?
01:52:47PM 18        A.   The window.  The passenger door
01:52:50PM 19  window.
01:52:50PM 20        Q.   Okay.  Was he unconscious at the
01:52:52PM 21  time --
01:52:52PM 22        A.   Yes.
01:52:55PM 23        Q.   -- your understanding?
01:52:55PM 24        A.   He -- he was unconscious at the time
01:52:57PM 25  of me climbing into the cab to pull him out, and

BRIESON - DIRECT (Boyd)                    78

01:53:01PM 1  as I pulled him out, he started coming to -- or
01:53:04PM 2  unresponsive I guess would be the proper term.
01:53:08PM 3  I don't know if he was unconscious or not.
01:53:11PM 4        Q.   Sure.  He was -- he was -- okay.  No.
01:53:13PM 5  I understand.
01:53:16PM 6        So it's your opinion the flames started
01:53:21PM 7  pretty immediately upon impact?
01:53:23PM 8        A.   I believe so.
01:53:25PM 9        Q.   So did you pull him somewhere?  What
01:53:28PM 10  happened then?
01:53:28PM 11        A.   Myself and the young man pulled him
01:53:32PM 12  to the highway.  At the time of the accident my
01:53:37PM 13  phone was dead completely, so we then flagged
01:53:39PM 14  down a car, thankfully, that was passing by at
01:53:42PM 15  just the right time, had them call 911.
01:53:46PM 16        Q.   Okay.  Did that person stick around,
01:53:47PM 17  do you recall?
01:53:47PM 18        A.   Yes.  I believe she was a nurse.
01:53:50PM 19        Q.   Okay.  Did she render aid?
01:53:52PM 20        A.   I believe so.
01:53:52PM 21        Q.   What -- what were you doing at that
01:53:56PM 22  time once she had arrived and she was rendering
01:53:59PM 23  aid?
01:53:59PM 24        A.   I was assisting as best I could.  And
01:54:01PM 25  then Larry, the tender truck driver, had arrived

BRIESON - DIRECT (Boyd)                    79

01:54:06PM 1  so I was on the phone with Aaron and Bill.
01:54:11PM 2        Q.   So Larry was -- he was driving the
01:54:13PM 3  truck that was going to -- was supposed to fill
01:54:17PM 4  up your vehicle with -- with a product?
01:54:19PM 5        A.   Yes, sir.
01:54:20PM 6        Q.   Okay.  So the nurse was helping
01:54:28PM 7  Mr. Gibson, the son was there, you were helping.
01:54:31PM 8  Then once Larry arrived, you went over and told
01:54:31PM 9  him what happened --
01:54:32PM 10        A.   Yes, sir.
01:54:32PM 11        Q.   -- and went from there.  Okay.  How
01:54:34PM 12  long before any first responders arrived?
01:54:37PM 13        A.   Ten minutes, maybe.
01:54:40PM 14        Q.   What did you do during that ten
01:54:42PM 15  minutes?  Talk to the --
01:54:42PM 16        A.   Yes.
01:54:45PM 17        Q.   -- Co-Op people?
01:54:46PM 18        A.   Yes, sir.
01:54:51PM 19        Q.   What happened when the first
01:54:51PM 20  responders arrived?
01:54:50PM 21        A.   I told them to check out the two --
01:54:56PM 22  to check out the two people in the semi because
01:55:00PM 23  they seemed to require a lot more than I did.
01:55:00PM 24        Q.   What -- I assume you did sustain some
01:55:09PM 25  injuries?

BRIESON - DIRECT (Boyd)                    80

01:55:10PM 1        A.   Yes, sir.
01:55:10PM 2        Q.   What -- what injuries did you
01:55:11PM 3  sustain?
01:55:11PM 4        A.   I sustained a laceration to my
01:55:15PM 5  forehead.  That was about it.
01:55:21PM 6        Q.   Who was the first -- was -- was it
01:55:22PM 7  an ambulance that arrived on the scene or who
01:55:25PM 8  arrived on the scene first, do you know?
01:55:27PM 9        A.   I believe it was either an ambulance
01:55:31PM 10  or a patrol, maybe.
01:55:33PM 11        Q.   Did you end up talking to any police
01:55:36PM 12  officers?
01:55:36PM 13        A.   I think I gave a statement.
01:55:39PM 14        Q.   A written statement or a verbal
01:55:41PM 15  statement?
01:55:41PM 16        A.   A verbal.
01:55:42PM 17        Q.   What do you recall telling them?
01:55:45PM 18        A.   I was making a left turn.  About half
01:55:49PM 19  way through the left turn, I heard an air horn,
01:55:53PM 20  pulled back on the throttle and braced.
01:55:59PM 21        Q.   Is that the extent of what you recall
01:56:02PM 22  telling them?
01:56:02PM 23        A.   I believe so.
01:56:03PM 24        Q.   Do you recall telling them that you
01:56:04PM 25  were stopped before the turn?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    81

1     A.     I don't believe so.

2     Q.     Did you end up being transported

3  anywhere?

4     A.     Yes, sir.

5     Q.     Where did you go to?

6     A.     To Faith Regional Hospital in

7  Norfolk.

8     Q.     Did you talk to Mr. Gibson or his son

9  at any point before they were transported?

10     A.     Just seeing if they were okay.

11     Q.     Did they -- let's talk about

12  Mr. Gibson, the adult.  Did you -- do you recall

13  any specific statements that he made during that

14  time?

15     A.     No, sir.

16     Q.     What about the younger man, his son,

17  do you recall him making any specific statements

18  at that time?

19     A.     No, sir.

20     Q.     Okay.  Is that RoGator, is that -- is

21  that a two-wheel steer or four-wheel steer?

22     A.     Two-wheel.

23     Q.     Is it only two-wheel or do you have

24  an option?

25     A.     I believe it's only two-wheel.

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    82

1     Q.     Front wheel?

2     A.     Yes, sir.

3     Q.     Do you recall losing consciousness as

4  a result of the accident?

5     A.     No, sir.

6     Q.     As far as you know, was the only

7  people that actually witnessed the accident were

8  you and whoever was in Mr. Gibson's vehicle?

9     A.     Yes, sir.

10     Q.     You're not aware of any other people

11  that actually witnessed it?

12     A.     No, sir.

13         MR. BOYD:  Okay.  Okay.  Let's take

14  a short break.

15         (A short recess was taken.)

16     Q.     Back on the record.

17     Okay.  A couple more follow-up from what we

18  were talking about prior to the accident.

19     So you had mentioned that you were stopped

20  or two miles an hour, partially on the right

21  shoulder, while you were kind of deciding where

22  you wanted to load at?

23     A.     Yes, sir.

24     Q.     Did you notice the hill behind you

25  before you started to make your turn?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    83

1     A.     Yes, sir.

2     Q.     You mentioned earlier that the hill

3  kind obstructed your view?

4     A.     Yes, sir.

5     Q.     Did that concern you when you were

6  trying to decide where you wanted to turn at?

7     A.     A little bit, yes.

8     Q.     Why is that?

9     A.     The fear of the unknown.

10     Q.     Because if you start making your

11  turn, you don't know if there's somebody coming

12  right over that hill?

13     A.     Yes, sir.

14     Q.     Is there a reason that you didn't

15  choose to instead keep going straight to the next

16  exit?

17     A.     Yes.

18     Q.     I understand hindsight is 20/20, but

19  was there any reason?

20     A.     Part of it would have been

21  convenience, and traveling on a road with a load

22  becomes a lot more dangerous because you're top

23  heavy, and the field entrance would have been

24  right north of the tree line, so it would have

25  been considerably closer to come from the south

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    84

1  than from the north.

2     Q.     So if you were in the road and you

3  wanted to -- you wouldn't have very far to travel

4  to where you needed to go?

5     A.     No, sir.

6     Q.     So those considerations sort of

7  justified turning when you may not have otherwise

8  wanted to turn in that location?

9     A.     Yes, sir.

10     Q.     I think you mentioned in your

11  interrogatory answers that you may have taken

12  some medications prior to the accident?

13     A.     I -- I know around that time I cycled

14  off of them.

15     Q.     Okay.  And which medications were

16  those?

17     A.     I believe Abilify and Lexapro.

18     Q.     So you may have taken it around that

19  time, but you don't specifically recall?

20     A.     Yes.

21     Q.     Is it your understanding that you

22  were okay to drive when you were taking those?

23     A.     Yes, sir.

24     Q.     They didn't have any negative effect

25  on your ability to drive, to your understanding?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd) 85

1  A.  No, sir.

2  Q.  Okay.  Did you ever notify the Co-Op

3 that you were taking those medications?

4  A.  I believe so.

5  Q.  Did they ask you or did you

6 voluntarily disclose it?

7  A.  I voluntarily disclosed it.

8  Q.  Any alcohol in the 24 hours before

9 the accident?

10  A.  No.

11  Q.  Any drugs of any kind --

12  A.  No.

13  Q.  -- prior to the accident?  You

14 talked about your cell phone already.  You say it

15 actually wasn't -- wasn't charged, wasn't working

16 at the time of the accident?

17  A.  I believe so.

18  Q.  Was it just not plugged in or what

19 was -- what was the issue?

20  A.  The battery was dead, I believe,

21 because I wanted to call 911 and my phone was

22 just a black screen.

23  Q.  The one time you need it.

24  A.  Yeah.

25  Q.  I remember when I was in an accident

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd) 86

1 and trying to dial 911 after that is the hardest

2 thing.  I dialed 9110, and then you don't know

3 how to delete it, and then you're just -- the one

4 time you need to call someone.

5  You weren't disciplined at all by the Co-Op

6 for anything regarding the accident, right?

7  A.  No, sir.

8  (Deposition Exhibit Number 7 was

9 marked for identification.)

10  Q.  Handing you Exhibit No. 7, these are

11 some photographs.  Do you recognize what these

12 photographs are depicting?

13  A.  It looks like the RoGator I was

14 operating on that day.

15  Q.  And this appears to be photographs

16 taken after the accident, kind of the area around

17 the accident?

18  A.  Yes.

19  Q.  On the very first page I see a piece

20 of equipment on the side of the road.  Is that

21 the piece of equipment that was going to load up

22 your vehicle with product?

23  A.  You're talking on the right side of

24 the road?

25  Q.  Right, yes.

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd) 87

1  A.  Yes, that would be the vehicle that

2 would be loading me.

3  Q.  Okay.  Is that the location of where

4 the vehicle was going to be based on what your

5 understanding was?

6  A.  Yes.

7  Q.  How did you -- how did they know

8 where you were going to be?

9  A.  So, how that would work would be,

10 like as the tender truck driver, they would see

11 myself and get in position or get close enough to

12 position to where I could wiggle underneath.

13  Q.  So they didn't know exactly where you

14 were going to be, they kind of drive down the

15 road and look for you?

16  A.  Yes, sir.

17  Q.  Okay.  Got it.

18  (Deposition Exhibit Number 8 was

19 marked for identification.)

20  Q.  Handing you Exhibit No. 8, these are

21 more photographs that were produced.  Are these

22 photographs from inside that RoGator?

23  A.  Yes, sir.

24  Q.  Okay.  And looks like these aren't

25 from the time of the accident.  Do you know when

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd) 88

1 these pictures were taken?

2  A.  This might not specifically be that

3 RoGator, because I see a boom, so --

4  Q.  Okay.

5  A.  It's either that RoGator at a

6 different time or a very similar design, like,

7 because I think the Co-Op had three RoGators.

8  Q.  Okay.  The piece of equipment in the

9 very first page, that kind of display, what is

10 that piece of equipment?

11  A.  That would be the GPS monitor and

12 mapping system.

13  Q.  Okay.  And that was in the RoGator at

14 the time of the accident or a similar one was?

15  A.  Yes.

16  Q.  What's the second page?  What's that

17 showing us?

18  A.  That would be if you were using the

19 GPS guidance or even not, it will tell you, okay,

20 this is the path you kind of need to go down.

21 There's a green light in the middle and then as

22 you get further out it turns red.

23  Q.  Okay.  How about the third page?  Do

24 you know what that would be?

25  A.  The third page would be -- it looks

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    89

1   like the gearshift and rpms.
2       Q.    So is that 3399 on it?
3       A.    Yes.
4       Q.    Okay.  So explain to me what exactly
5   that is.
6       A.    I believe that is the rpms of the
7   motor.
8       Q.    Oh, okay.  And what about the last
9   page, what are we looking at there?
10      A.    That would be the controlling -- like
11  to control how much product was being applied and
12  then your regular dashboard gauges --
13      Q.    Okay.
14      A.    -- behind there.
15      Q.    Got it.  Once again, you're the
16  expert.  I'm trying to figure out what's going
17  on.
18          It's my understanding that the RoGator has
19  since been destroyed.  Do you have any knowledge
20  of what happened to that RoGator after the
21  accident?
22      A.    I believe they repaired it and then
23  the tornado finished -- took it out again.
24      Q.    In 2014?
25      A.    I believe so.

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)                    90

1       Q.    Did you work for the Co-Op then?
2       A.    No, sir.  Well, I worked for a Co-Op
3   then.
4       Q.    But not -- not the defendant Co-Op?
5       A.    Yes.
6       Q.    Okay.  So it's your understanding the
7   RoGator was basically destroyed in that tornado?
8       A.    Yes, sir.
9       Q.    Okay.  Were you aware of any
10  mechanical problems with the RoGator prior to the
11  accident?
12      A.    No, sir.
13      Q.    You had inspected the RoGator
14  periodically yourself?
15      A.    Yes, sir.
16      Q.    And as far as you knew it was in good
17  working order?
18      A.    Yes.
19      Q.    Do you use any form of social media?
20  Have you used any form of social media -- for
21  example, Facebook, Instagram, Tumbler?
22      A.    Yes.
23      Q.    What type of social media have you
24  used in the past?
25      A.    Twitter, Facebook and Reddit.

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)                    91

1       Q.    Did you use those at the time of the
2   accident or around that time?
3       A.    Yes.  Not Reddit.  Reddit has been
4   within the last year or so.
5       Q.    Okay.  Do you recall posting anything
6   on Facebook regarding the accident?
7       A.    No, sir.
8       Q.    Do you recall posting anything on
9   Twitter about the accident?
10      A.    I -- I do not, but I was shown a
11  picture of a screen shot or tweet I posted about
12  being hit by a semi.
13          (Deposition Exhibit Number 9 was
14  marked for identification.)
15      Q.    Okay.  Handing you Exhibit No. 9, do
16  you recognize Exhibit No. 9?
17      A.    Yes, sir.
18      Q.    What do you recognize that as?
19      A.    My Twitter page.
20      Q.    So your Twitter -- Twitter account
21  handle is BriesonJ?
22      A.    I believe so.
23      Q.    Okay.  When is the last time you
24  posted to your Twitter account?
25      A.    I -- two, three years ago.  I --

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)                    92

1       Q.    Not -- not recently?
2       A.    No, sir.
3       Q.    It looks to me like on the very front
4   page of this, it shows tweets from June 25th,
5   2013, until September 7th, 2013.  Is that what --
6   would you agree with that?
7       A.    Yes, sir.
8       Q.    The -- are these all tweets that you,
9   yourself, made?
10      A.    I would say, yes.
11      Q.    Looks like the second from the bottom
12  states:  Lessons learned this week.  Semis hurt
13  and I may be immortal.  Is that in reference to
14  this accident?
15      A.    I believe so, yes.
16      Q.    What were you referring to when you
17  made that?
18      A.    Being hit by a semi and the fact that
19  in all likelihood the machine probably should
20  have rolled in the collision from what I've
21  heard.
22      Q.    Your RoGator?
23      A.    Yes.
24      Q.    But it didn't?
25      A.    No, thankfully.

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)                    93

02:20:15PM  1    Q.   Are any of the other tweets regarding
02:20:18PM  2  the accident?
02:20:19PM  3    A.   No, sir.
02:20:21PM  4    Q.   They're all tweets you made but
02:20:23PM  5  nothing with regard to the accident?
02:20:26PM  6    A.   I believe so, yes.
02:20:36PM  7    Q.   All right.  Let's talk about legal
02:20:37PM  8  history.  We talked about the DUI before.  Other
02:20:43PM  9  than that DUI, have you ever been guilty or pled
02:20:48PM 10  guilty to any type of a crime?
02:20:50PM 11    A.   Yes, sir.
02:20:50PM 12    Q.   Let's start with the earliest.
02:20:52PM 13  What's the first -- earliest one that you recall?
02:20:54PM 14    A.   I believe failure to stop at a stop
02:20:57PM 15  sign and too many people in the vehicle in the
02:21:01PM 16  first six months of a provisional operator's
02:21:06PM 17  permit.
02:21:10PM 18    Q.   Is that after you turned 16?
02:21:13PM 19    A.   Yes, sir.
02:21:14PM 20    Q.   And those were restrictions on your
02:21:16PM 21  license at that time?
02:21:18PM 22    A.   Yes.
02:21:19PM 23    Q.   How many people could you have in the
02:21:22PM 24  car?
02:21:22PM 25    A.   In the first six months, one person.

BRIESON - DIRECT (Boyd)                    94

02:21:24PM  1  One person outside the immediate family, I
02:21:27PM  2  believe.
02:21:27PM  3    Q.   Hopefully I complied with that.  All
02:21:31PM  4  right.  Okay.  Where was that -- where was that
02:21:34PM  5  at?
02:21:34PM  6    A.   West Point, Nebraska.
02:21:36PM  7    Q.   Did you -- you didn't live in West
02:21:41PM  8  Point, did you?
02:21:42PM  9    A.   I lived 15 miles west of there.
02:21:45PM 10    Q.   Okay.  So failure to stop, too many
02:21:47PM 11  people.  What's the next criminal -- or citation
02:21:53PM 12  that you recall?
02:21:53PM 13    A.   A speeding ticket in June of 2010 or
02:22:00PM 14  '11, maybe.
02:22:01PM 15    Q.   How fast were you speeding, do you
02:22:04PM 16  recall?
02:22:04PM 17    A.   75.
02:22:05PM 18    Q.   And in what zone?
02:22:07PM 19    A.   In a 50.
02:22:10PM 20    Q.   What's the next one you recall?
02:22:13PM 21    A.   I think that would be the DUI.
02:22:20PM 22    Q.   And when was that, again?
02:22:23PM 23    A.   I was charged with November 11,
02:22:28PM 24  2012, and convicted on April 1st, 2013.
02:22:32PM 25    Q.   Okay.  Any other criminal --

BRIESON - DIRECT (Boyd)                    95

02:22:38PM  1    A.   A minor in possession.
02:22:42PM  2    Q.   What date or time?
02:22:43PM  3    A.   I believe I was charged in January
02:22:48PM  4  and then convicted sometime in April -- March or
02:22:52PM  5  April.
02:22:53PM  6    Q.   Of which year?
02:22:54PM  7    A.   Of 2013, both of those.
02:22:58PM  8    Q.   So maybe -- did your DUI plea have--
02:23:01PM  9  kind of also deal with the MIP plea?
02:23:05PM 10    A.   No.
02:23:05PM 11    Q.   They were separate?
02:23:07PM 12    A.   They were separate occasions.
02:23:07PM 13    Q.   And you were sentenced in 2013?
02:23:09PM 14    A.   Yes.
02:23:09PM 15    Q.   April of 2013?
02:23:10PM 16    A.   Yes.
02:23:11PM 17    Q.   Okay.  Okay.  What else?
02:23:19PM 18    A.   Another minor in possession in June
02:23:21PM 19  or July of 2013, and I believe convicted in
02:23:29PM 20  August of 2013.
02:23:31PM 21    Q.   Was there a sentence or penalty
02:23:34PM 22  associated with that?
02:23:35PM 23    A.   I was charged with a third offense
02:23:38PM 24  MIP, and I chose to -- it was my DUI.  Instead of
02:23:49PM 25  paying -- I think it was like a thousand bucks a

BRIESON - DIRECT (Boyd)                    96

02:23:53PM  1  month for an alcohol monitor, I chose the jail
02:23:56PM  2  time.
02:23:58PM  3    Q.   You said it was a third offense.
02:24:00PM  4  Was there -- were there two prior MIPs?
02:24:03PM  5    A.   The judge counted the DUI as a MIP.
02:24:08PM  6    Q.   Got it.  Because you were underage.
02:24:10PM  7  Got it.  How long did you have to serve for that?
02:24:13PM  8    A.   Seven days -- ten days.
02:24:20PM  9    Q.   Okay.  Any other criminal or citation
02:24:25PM 10  matters?
02:24:25PM 11    A.   A speeding ticket in April 2014.
02:24:33PM 12    Q.   Do you recall how fast -- how fast
02:24:35PM 13  the violation was?
02:24:37PM 14    A.   No, sir.  And then a speeding ticket
02:24:43PM 15  in October of 2015.
02:24:45PM 16    Q.   Do you recall how fast that one was?
02:24:48PM 17    A.   77 miles an hour in a 60.
02:24:53PM 18    Q.   Okay.  Anything else you recall?
02:24:55PM 19    A.   No, sir.
02:24:55PM 20    Q.   Were all the incidents that occurred
02:25:11PM 21  before the accident we're talking about, did you
02:25:17PM 22  ever notify the Co-Op of any of these citations
02:25:20PM 23  or criminal matters?
02:25:22PM 24    A.   I notified the Co-Op of the DUI
02:25:25PM 25  because I had to make time for probation and

BRIESON - DIRECT (Boyd)                    97

1    such, and I believe I notified them of my past
2    driving record.
3        Q.    Do you -- how do you recall notifying
4    them of that, verbally or show them something
5    else?
6        A.    I'm 99 percent sure I did it verbally
7    and then 80 percent positive I did it written
8    out.
9        Q.    Do you think the verbal discussion
10   was during an interview?  When do you think that
11   was?
12       A.    Yes, I believe it took place during
13   the interview.
14       Q.    You have a recollection you told the
15   Co-Op about your prior driving history at the
16   time you were interviewing for your first
17   position there?
18       A.    Yes, sir.
19       Q.    Did they ask you about it or did you
20   voluntarily disclose it?
21       A.    I voluntarily disclosed it.
22       Q.    And when you were talking about your
23   prior driving history, do you think you listed
24   all the prior speeding tickets and citations and
25   criminal matters or did you only list some of

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)                    98

1    them?
2        A.    I believe I listed all of them.
3        Q.    You said you are 80 percent sure that
4    you also filled out paperwork that listed
5    citations?
6        A.    Yes, sir.
7        Q.    I haven't -- in my research I saw an
8    October 22nd, 2011, speeding ticket for 11 to
9    15 miles an hour.  Does that ring a bell?
10       A.    Yeah, that sounds --
11       Q.    It probably happened, you just don't
12   recall?
13       A.    It might have been, yeah, that --
14       Q.    Okay.  Maybe it will be easier, I'm
15   going to go down a list of the ones that I've got
16   and let me know if you recall them enough to make
17   sure my records are right.
18            So I've got a March 12th, 2010, citation for
19   violating a stop sign and violating the terms of
20   your driver's license.
21       A.    Yes.
22       Q.    We talked about that one.  And I've
23   got a July 31st, 2010, speeding ticket for 11 to
24   15 miles an hour.
25       A.    Yes, sir.

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)                    99

1        Q.    And then we have the October 22nd,
2    2011, citation for speeding for 11 to 15 miles an
3    hour?
4        A.    Yes, sir.
5        Q.    Sound right?
6        A.    Now that I think about it, yes.
7        Q.    Okay.  And I've got October 13th,
8    2012 --
9        A.    Yeah, I forgot about that one.
10       Q.    I have that for careless driving.
11   What was -- what was the situation there?
12       A.    I was coming back from an event in
13   Oklahoma and I fell asleep behind the wheel.  I
14   ended up rolling my vehicle.  I lost my phone in
15   the rollover.  I was probably 10 or 15 miles from
16   Lincoln.  I tried to drive it towards Lincoln.
17   I -- the vehicle was rendered inoperable in the
18   roll.  It still moved, but not well, and then I
19   placed it off to the shoulder on a gravel road
20   and walked the rest of the distance and the cop
21   charged me with careless driving.
22       Q.    Okay.  Then I have a November 11,
23   2012, DUI.  We've already talked about that.
24       A.    Yes, sir.
25       Q.    I have a January 26, 2013, MIP.  We

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)                    100

1    talked about that.
2        A.    Yes, sir.
3        Q.    Your driver's license was suspended
4    for 60 days as a result of that DUI.  Does that
5    sound right?
6        A.    Yes, sir.  With the ignition
7    interlock gave me the right to drive, only with
8    the interlock, itself.
9        Q.    After that 60-day period?
10       A.    During that 60-day period.
11       Q.    And then I have a June 7th, 2013,
12   MIP.  We talked about that.
13       A.    Yes, sir.
14       Q.    And then I have a June 19th, 2013,
15   stop sign violation.  Do you recall that?
16       A.    Yes.
17       Q.    That was only about one week before
18   this accident; is that right?
19       A.    Yes, sir.
20       Q.    Ever been involved in any other
21   criminal matters or traffic tickets or traffic
22   violations that I didn't list?
23       A.    There was a civil dispute when I was
24   in junior high.
25       Q.    Okay.  And what was that regarding,

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                101

1  kind of generally?

2      **A.  A protection order.**

3      Q.  Did you violate a protection order?

4      **A.  No.**

5      Q.  I guess give me a little bit of

6  background.

7      **A.  Looking back, I view it as a family**

8  **was trying to get money from the school and they**

9  **claimed I was bullying their child.**

10      Q.  I take it that was middle school?

11      **A.  Yeah.**

12      Q.  Any other criminal matters or traffic

13  citations that we haven't discussed?

14      **A.  Not that I believe.**

15      Q.  Okay.  Any motor vehicle accidents

16  other than the June 26, 2013, accident that

17  you've been involved in?

18      **A.  The -- the careless driving evening**

19  **and that was it.**

20      Q.  And that was just a one -- one

21  vehicle accident?

22      **A.  Yes, sir.**

23      Q.  Okay.  Any other civil non-criminal

24  lawsuits you've been in besides this one?

25      **A.  Except for that protection order, no.**

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)                102

1      Q.  Okay.  Are you aware of any

2  obligation when you're in a slow moving vehicle

3  to drive on the shoulder as opposed to in the

4  main lane of traffic?

5      **A.  I am not.**

6        (Deposition Exhibit Number 10 was

7  marked for identification.)

8      Q.  I'm going to mark that for the

9  record.  Just take a second to read -- read over

10  that statute and let me know if you're -- when

11  you're done looking through it.

12      **A.  I've read through it.**

13      Q.  Okay.  So it's your understanding

14  there's no obligation for you to drive a slow

15  moving vehicle or piece of farm equipment on the

16  shoulder as opposed to the main road?

17      MR. GOYETTE:  I'll object to the

18  form of the question.  It asks for a legal

19  conclusion.  You can go ahead and answer if

20  you're able.

21      **A.  The -- the way I understand it is you**

22  **are, I guess, encouraged when you're slowing down**

23  **the flow of traffic to find a place to edge off**

24  **and --**

25      Q.  So what was your normal -- normal

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)                103

1  course of conduct when you were driving the

2  RoGator on the highway?  Did you always drive in

3  the middle of the road?  Did you always drive to

4  the side of the road?  Or how did you decide

5  where to drive?

6      **A.  If there was a vehicle behind me, I**

7  **would then shoulder and slow down and let them**

8  **pass.**

9      Q.  I think you also mentioned earlier if

10  there's a large truck coming towards you, you

11  might veer over to give them room also?

12      **A.  Yes, sir.**

13      Q.  But otherwise, outside of when

14  there's someone directly behind you or someone

15  coming towards you, you're driving in the middle

16  of the road?

17      **A.  Yes, sir.**

18      Q.  Okay.  Are you aware of any minimum

19  speed requirements when you're driving on any

20  road?

21      **A.  There are minimum speed requirements,**

22  **but I don't believe there were any for the roads**

23  **I was operating on.**

24      Q.  And what do you base that on?

25      **A.  That there was no minimum speed limit**

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)                104

1  sign posted below the speed limit sign.

2      Q.  What was the speed limit on that

3  road, do you know?

4      **A.  I think it was 60.**

5      Q.  Do you recall on the RoGator, on the

6  day of the accident, was there a -- like an

7  orange triangle in the back of it?

8      **A.  There may have been.  I know a week**

9  **earlier it had fallen off, and I used baling wire**

10  **to put a new one on.**

11      Q.  Sorry, what did you just say?

12      **A.  A week -- a week earlier it had**

13  **fallen off and I was using ten-gauge wire to hold**

14  **one on.**

15      Q.  Okay.  So it fell off, but you put it

16  back on using some wire?

17      **A.  Yes, sir.**

18      Q.  Do you recall if it was on the

19  RoGator at the time of the accident?

20      **A.  I'm not sure, sir.**

21      Q.  You don't specifically have a

22  recollection one way or the other?

23      **A.  No, sir.**

24      Q.  Okay.  Who's Bill Anderson?  Have we

25  talked about him?

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

BRIESON - DIRECT (Boyd)                    105

1      **A.**    **Bill Anderson would be the manager of**
2  **the Winside location.**
3      **Q.**    And was that the primary location you
4  worked out of?
5      **A.**    **I worked out of the Pilger location.**
6      **Q.**    But on the -- on the day of the
7  accident you were working closer to the Winside
8  location?
9      **A.**    **Yes, sir.**
10     **Q.**    Okay.  Would you consider him kind of
11 your supervisor that day?
12     **A.**    **Yes, sir.**
13     **Q.**    Who's Dave Hansen?
14     **A.**    **Dave Hansen would be -- I believe**
15 **he's kind of like the yard manager, or was.**
16     **Q.**    Larry Ritz -- Ritze.  Was that your
17 trainer?
18     **A.**    **No.**
19     **Q.**    Larry was the guy that was going to
20 load you up?
21     **A.**    **Yes.**
22     **Q.**    Okay.  Ryan Kruger?
23     **A.**    **Kruger, that would be --**
24     **Q.**    That's the trainer?
25     **A.**    **Yes.**

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)                    106

1      MR. BOYD:  Okay.  We'll take --
2  we'll go off the record.
3      MR. GOYETTE:  Sure.
4      MR. BOYD:  Take a break.
5      (A short recess was taken.)
6      MR. BOYD:  We'll go back on the
7  record.
8      **Q.**    Just a couple final questions here.
9  Thinking back to your training at the Co-Op when
10 you were learning how to drive -- kind of drive
11 and operate the RoGator, did they -- did Co-Op or
12 your trainer ever give you any rules or guidance
13 on how to choose where to load up and get your
14 product filled on the vehicle?
15     **A.**    **Not really.**
16     **Q.**    Did they ever give you guidance or
17 training or rules on making turns using the
18 RoGator?
19     **A.**    **Follow the rules of the road.**
20     **Q.**    Other than that, nothing more
21 specific than that that you recall?
22     **A.**    **After the accident I was given advice**
23 **on how to do it better in the future.**
24     **Q.**    What was that advice?
25     **A.**    **For a left-hand turn to -- if no**

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

BRIESON - DIRECT (Boyd)                    107

1  **vehicles are coming, instead of starting from the**
2  **right lane, to shift over to the left lane and**
3  **then do your turn.**
4      **Q.**    And why is that a good idea?
5      **A.**    **It just prevents people from, like,**
6  **coming over a hill and going, oh, crap, and**
7  **hitting you in the process of the turn.**
8      **Q.**    That's a way you can position the
9  vehicle to make a quick turn?
10     **A.**    **Yes.**
11     **Q.**    And that -- and you didn't follow
12 those kind of guidelines in this incident?
13     **A.**    **That -- that advice came after.**
14     **Q.**    Sure.  But looking back, if you could
15 do it over again, you would have kind of moved to
16 the left?
17     **A.**    **Yes, sir.**
18     **Q.**    Any other specific items on operating
19 the RoGator near hills?
20     **A.**    **Not that I recall.**
21     **Q.**    What about the steps to take leading
22 up to a turn, did they give you any specific
23 guidance on that besides follow the rules of the
24 road?
25     **A.**    **No, sir.**

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

108

1      MR. BOYD:  I don't have any other
2  questions.
3      MR. GOYETTE:  Mr. Jensen, I don't
4  have any questions for you today.  Nebraska law
5  provides that you can read your deposition after
6  it's been transcribed and make certain types of
7  changes.  We've been going for a little bit.  I'm
8  going to recommend to you that you exercise your
9  right to read and sign.
10     THE WITNESS:  Okay.
11     (The deposition was concluded at
12 the hour of 2:45 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

109

J U R A T

I, BRIESON JENSEN, do hereby state under oath that I have read the above and foregoing deposition in its entirety and that the same is a full, true, and correct transcription, with my noted corrections, if any, of my testimony so given at said time and place.

_____
(Deponent's signature)

_____
(Date)

STATE OF NEBRASKA   )
                    ) ss.
COUNTY OF CUMING   )

Subscribed and sworn to before me on this _____day of _____, 2016.

_____
GENERAL NOTARY PUBLIC

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

110

- C E R T I F I C A T E -

STATE OF NEBRASKA   )
                    ) ss.
COUNTY OF DOUGLAS   )

I, Alvin J. Thibault, RPR, CSR, and General Notary Public in and for the State of Nebraska, do hereby certify that BRIESON JENSEN was by me duly sworn to testify the truth, the whole truth and nothing but the truth, and that the deposition by him as above set forth was reduced to writing by me.

That the within and foregoing deposition was taken by me at the time and place herein specified and in accordance with the within stipulations, the reading and signing of the witness to his deposition having not been waived.

That I am not counsel, attorney, or relative of either party or otherwise interested in the event of this suit.

IN TESTIMONY WHEREOF, I have placed my hand and notarial seal this 20th day of December, 2016.

_____
GENERAL NOTARY PUBLIC

COST: $ _____

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

111

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

GARY GIBSON, JR., and SHAWNA )
GIBSON, husband and wife,      )  No. 8:16-cv-296
                               )
      Plaintiffs,              )
                               )
      v.                       )
                               )
BRIESON JENSEN and FARMERS     )  CERTIFICATE OF
CO-OPERATIVE,                  )  REPORTER
                               )
      Defendants.             )

I, Alvin J. Thibault, RPR, CSR and General Notary Public, do hereby certify that I served as the Court Reporter at the deposition of BRIESON JENSEN on December 15, 2016 at Fraser Stryker, 500 Energy Plaza, 409 South 17th Street, Omaha, Nebraska in which the costs of reporting and transcribing the deposition were $ _____, and that such costs are to be paid by counsel for the plaintiffs.

I further certify that the original and copies were sent to:  Original and 1 copy to Mr. Alexander D. Boyd, 1 copy to Mr. Randall L. Goyette.

Dated this 20th day of December, 2016.

_____
GENERAL NOTARY PUBLIC
Alvin J. Thibault, RPR
Thibault, Suhr & Thibault, Inc.
6818 Grover Street
Omaha, Nebraska  68106
(402) 331-2500

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

---

112

December 20th, 2016

Brieson Jensen
921 North Twelfth Street
Wisner, Nebraska 68791

Dear Mr. Jensen:

You will recall on December 15, 2016, I took your deposition at Fraser Stryker, 500 Energy Plaza, 409 South 17th Street, Omaha, Nebraska, dealing with the case of GARY GIBSON, JR., and SHAWNA GIBSON, husband and wife v. BRIESON JENSEN and FARMERS CO-OPERATIVE docketed in the United States District Court for the District of Nebraska.  Your signature on the deposition was not waived.

A minuscript, which is an exact copy of the full-sized original transcript, is enclosed for your signature.  I would appreciate it if you would read the minuscript and then sign the attached signature page and errata sheet and return the signature page and the errata sheet to me in the enclosed envelope as soon as possible.  Local practice allows a witness 30 days in which to read and sign the transcript and return same to the reporter.

As you read the minuscript, please note any corrections you might have on the errata sheet enclosed giving the page number, line number, and the reason for the correction to be made as so indicated on the sheet.

After reading and noting any corrections on the errata sheet, please sign the signature page and also the errata sheet.  Please sign both pages in front of a Notary Public and then have the Notary sign on the proper line.  Thank you for your cooperation in this matter.

Yours truly,

Alvin J. Thibault

cc:  Mr. Alexander D. Boyd
     Mr. Randall Goyette

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

1   DEPOSITION CORRECTIONS OF <u>BRIESON JENSEN</u>

2   CASE:  GARY GIBSON, JR., and SHAWNA GIBSON, husband and
      wife v. BRIESON JENSEN and FARMERS CO-OPERATIVE

3         No. 8:16-cv-296

4   PAGE     LINE                      REASON FOR
    <u>NO.</u>      <u>NO.</u>      <u>CORRECTION</u>      <u>CORRECTION</u>

5

6    *        *           *
7    *        *           *
8    *        *           *
9    *        *           *
10   *        *           *
11   *        *           *
12   *        *           *
13   *        *           *
14   *        *           *
15   *        *           *
16   *        *           *
17   *        *           *
18   *        *           *

19

20                SIGNATURE OF WITNESS

21  STATE OF NEBRASKA)
                     ) ss
22  COUNTY OF CUMING )

23       Subscribed and sworn to before me this
    _____day of _____, 2016.

24

25                GENERAL NOTARY PUBLIC

        THIBAULT, SUHR & THIBAULT, INC.
        Omaha, Nebraska (402) 331-2500

'

**'11** [1] - 94:14
**'84** [1] - 12:3

## 0

**001798-1821** [1] - 2:15

## 1

**1** [7] - 2:5, 17:2, 17:5, 17:6, 18:18, 111:14, 111:14
**10** [4] - 2:16, 18:7, 99:15, 102:6
**11** [5] - 94:23, 98:8, 98:23, 99:2, 99:22
**11th** [1] - 21:8
**12/1/93** [1] - 5:23
**1248** [1] - 1:16
**12:23** [1] - 1:21
**12th** [1] - 98:18
**13** [1] - 32:23
**13th** [1] - 99:7
**14** [1] - 2:8
**14th** [2] - 30:7, 30:24
**15** [13] - 1:21, 22:25, 73:13, 73:14, 73:16, 73:17, 94:9, 98:9, 98:24, 99:2, 99:15, 111:10, 112:5
**15th** [1] - 27:5
**16** [2] - 12:8, 93:18
**17** [1] - 2:5
**17th** [4] - 1:12, 1:24, 111:11, 112:5
**180-degree** [1] - 67:9
**19** [1] - 2:6
**19th** [3] - 19:11, 23:11, 100:14
**1st** [8] - 14:15, 14:18, 14:21, 21:20, 22:2, 22:17, 23:4, 94:24

## 2

**2** [6] - 2:6, 18:22, 18:25, 19:2, 19:3
**20** [2] - 37:4, 60:16
**20/20** [1] - 83:18
**200** [1] - 61:17
**200-question** [1] - 27:3
**2010** [3] - 94:13, 98:18, 98:23
**2011** [3] - 8:3, 98:8, 99:2
**2012** [5] - 7:7, 21:8, 94:24, 99:8, 99:23

**2013** [25] - 2:8, 12:15, 12:21, 14:18, 15:18, 18:7, 19:11, 20:2, 28:6, 30:7, 30:25, 31:17, 51:5, 92:5, 94:24, 95:7, 95:13, 95:15, 95:19, 95:20, 99:25, 100:11, 100:14, 101:16
**2014** [2] - 89:24, 96:11
**2015** [1] - 96:15
**2016** [8] - 1:21, 109:17, 110:21, 111:10, 111:16, 112:1, 112:5, 113:23
**20th** [4] - 21:13, 110:20, 111:16, 112:1
**21st** [1] - 8:3
**22nd** [2] - 98:8, 99:1
**24** [8] - 60:19, 60:22, 61:1, 61:3, 63:14, 66:5, 69:13, 85:8
**25** [2] - 37:12, 74:13
**25-mile** [1] - 37:23
**25th** [1] - 92:4
**26** [2] - 99:25, 101:16
**26th** [2] - 12:15, 51:5
**2:45** [1] - 108:12

## 3

**3** [5] - 2:7, 29:13, 29:16, 30:22, 32:18
**30** [3] - 2:7, 75:5, 112:12
**31st** [1] - 98:23
**32** [1] - 34:14
**331-2500** [1] - 111:21
**3399** [1] - 89:2
**3:37** [1] - 60:2

## 4

**4** [7] - 2:9, 53:13, 53:15, 53:17, 53:19, 53:23, 59:21
**40** [3] - 42:11, 75:5, 75:13
**40-pound** [1] - 54:24
**402** [1] - 111:21
**409** [4] - 1:12, 1:24, 111:11, 112:5
**420** [1] - 55:3
**423** [1] - 54:24
**425** [5] - 55:3, 55:4, 55:14, 55:15, 56:3
**45** [2] - 42:12, 76:3

## 5

**5** [5] - 2:10, 53:13, 53:15, 53:18, 54:4
**50** [1] - 94:19
**50/50** [1] - 74:9
**500** [4] - 1:12, 1:24, 111:11, 112:5
**514** [2] - 6:9, 6:15
**53** [1] - 2:9
**54** [2] - 2:10, 2:16
**557th** [1] - 69:20
**56** [1] - 2:11
**57** [13] - 28:17, 51:8, 58:6, 62:1, 62:7, 63:3, 63:8, 64:3, 64:6, 67:1, 67:2, 72:13, 76:21
**57th** [1] - 74:6

## 6

**6** [4] - 2:11, 56:21, 56:23, 59:13
**60** [3] - 96:17, 100:4, 104:4
**60-6,111** [1] - 2:16
**60-day** [2] - 100:9, 100:10
**600** [1] - 1:16
**68102** [1] - 1:13
**68106** [1] - 111:20
**6818** [1] - 111:20
**68508** [1] - 1:17
**68791** [1] - 112:3

## 7

**7** [4] - 2:12, 43:20, 86:8, 86:10
**75** [2] - 74:12, 94:17
**77** [1] - 96:17
**7:30** [3] - 43:20, 44:16, 51:17
**7th** [2] - 92:5, 100:11

## 8

**8** [4] - 2:13, 69:14, 87:18, 87:20
**80** [3] - 55:18, 97:7, 98:3
**85** [5] - 55:15, 56:5, 56:10, 56:12, 56:14
**857th** [1] - 51:9
**86** [1] - 2:12
**87** [1] - 2:13
**88** [1] - 8:9
**8:16-cv-296** [3] - 1:3, 111:3, 113:3

## 9

**9** [4] - 2:15, 91:13, 91:15, 91:16
**90** [2] - 46:14, 76:18
**90-degree** [2] - 67:9, 76:17
**91** [1] - 2:15
**911** [3] - 78:15, 85:21, 86:1
**9110** [1] - 86:2
**921** [2] - 6:2, 112:2
**98** [1] - 58:6
**99** [1] - 97:6

## A

**Aaron** [5] - 16:6, 16:7, 24:17, 31:1, 79:1
**Abilify** [1] - 84:17
**ability** [4] - 48:13, 48:20, 62:14, 84:25
**able** [11] - 17:23, 19:20, 20:14, 39:19, 39:23, 40:8, 63:1, 67:7, 75:20, 77:11, 102:20
**absolutely** [3] - 3:4, 42:4, 47:16
**accelerate** [1] - 61:1
**Accident** [1] - 2:12
**accident** [58] - 5:12, 23:2, 32:9, 32:14, 32:16, 35:4, 39:7, 40:17, 40:20, 51:4, 52:7, 54:15, 54:21, 55:5, 56:12, 56:16, 57:2, 57:15, 57:21, 58:7, 58:11, 59:25, 60:2, 61:5, 61:8, 63:11, 63:14, 75:4, 78:12, 82:4, 82:7, 82:18, 84:12, 85:9, 85:13, 85:16, 85:25, 86:6, 86:16, 86:17, 87:25, 88:14, 89:21, 90:11, 91:2, 91:6, 91:9, 92:14, 93:2, 93:5, 96:21, 100:18, 101:16, 101:21, 104:6, 104:19, 105:7, 106:22
**accidents** [2] - 10:15, 11:9, 101:15
**accordance** [1] - 110:13
**according** [1] - 10:21
**account** [2] - 91:20, 91:24
**achieve** [1] - 26:8

**acre** [1] - 47:2
**acres** [2] - 46:13, 46:14
**active** [2] - 24:25, 25:7
**actively** [1] - 49:21
**activities** [1] - 41:23
**actual** [6] - 21:7, 24:21, 31:25, 36:2, 43:3, 68:23
**add** [1] - 10:6
**additional** [1] - 11:3
**address** [6] - 6:1, 6:7, 6:15, 6:18, 6:21, 49:12
**administer** [1] - 28:8
**administered** [1] - 41:2
**administration** [1] - 22:24
**adult** [1] - 81:12
**advanced** [1] - 9:9
**advice** [3] - 106:22, 106:24, 107:13
**advised** [1] - 48:15
**aerial** [1] - 56:25
**Aerial** [1] - 2:11
**afternoon** [2] - 37:11, 60:3
**age** [1] - 3:6
**ago** [2] - 3:22, 91:25
**agree** [3] - 22:9, 67:8, 92:6
**agreed** [2] - 3:12, 16:14
**agricultural** [1] - 25:6
**agronomy** [7] - 7:14, 7:16, 13:16, 14:4, 14:5, 14:12, 46:6
**ahead** [2] - 69:8, 70:9, 102:19
**aid** [2] - 78:19, 78:23
**air** [3] - 75:6, 75:16, 80:19
**alcohol** [2] - 85:8, 96:1
**Alex** [1] - 3:21
**Alexander** [2] - 111:14, 112:24
**ALEXANDER** [1] - 1:10
**allow** [1] - 65:5
**allowed** [2] - 20:6, 24:3
**allowing** [1] - 26:10
**allows** [2] - 27:1, 112:12
**almost** [1] - 22:22
**alone** [1] - 59:24
**Alvin** [5] - 1:21, 110:4, 111:9, 111:19,

112:22
**ambulance** [2] - 80:7, 80:9
**amount** [1] - 72:9
**Anderson** [2] - 104:24, 105:1
**announcements** [1] - 50:10
**answer** [2] - 4:18, 102:19
**answered** [1] - 18:3
**answers** [2] - 4:10, 84:11
**anticipated** [1] - 28:20
**anyplace** [1] - 60:7
**apartment** [1] - 6:19
**appear** [2] - 54:17, 71:20
**APPEARANCES** [1] - 1:9
**applicated** [1] - 48:1
**applicating** [6] - 31:13, 42:6, 42:9, 42:13, 43:2, 43:4
**Application** [1] - 2:5
**application** [11] - 16:18, 16:21, 17:8, 18:20, 28:10, 28:12, 28:24, 31:25, 32:2, 40:16, 42:23
**applications** [1] - 34:13
**applicator** [8] - 26:8, 27:14, 41:12, 41:19, 43:9, 43:19, 46:11, 52:4
**applicator's** [1] - 26:24
**applicators** [1] - 28:16
**applied** [5] - 19:13, 28:20, 46:25, 54:11, 89:11
**apply** [9] - 26:10, 26:12, 43:24, 48:8, 48:9, 52:1, 52:19, 54:14, 58:18
**applying** [4] - 10:25, 44:24, 55:10, 60:14
**appreciate** [1] - 112:10
**approach** [1] - 64:2
**approaching** [2] - 70:14, 70:17
**April** [14] - 18:7, 19:11, 20:2, 21:20, 22:2, 22:17, 23:4, 23:11, 27:5, 94:24, 95:4, 95:5, 95:15, 96:11
**area** [10] - 61:9, 61:14,

63:10, 64:2, 64:6, 67:25, 69:2, 70:7, 70:14, 86:16
**areas** [1] - 54:9
**armed** [1] - 7:23
**Army** [2] - 10:22, 11:16
**arrest** [1] - 23:8
**arrested** [1] - 21:10
**arrived** [7] - 78:22, 78:25, 79:8, 79:12, 79:20, 80:7, 80:8
**asleep** [1] - 99:13
**aspect** [1] - 21:4
**assigned** [1] - 54:14
**assignments** [1] - 44:18
**assisted** [2] - 8:11, 77:11
**assisting** [1] - 78:24
**associated** [1] - 95:22
**assorted** [2] - 9:5, 34:15
**assume** [5] - 4:16, 36:19, 51:22, 69:23, 79:24
**assumed** [1] - 69:25
**attached** [1] - 112:11
**attend** [1] - 6:25
**attended** [1] - 7:8
**Attorney** [2] - 1:10, 1:14
**attorney** [8] - 3:22, 4:7, 4:22, 4:24, 5:2, 5:4, 21:19, 110:16
**ATV** [1] - 25:1
**August** [1] - 95:20
**automatically** [1] - 21:1
**auxiliary** [1] - 49:23
**available** [1] - 64:25
**Avenue** [2] - 6:9, 69:20, 74:7
**avoid** [1] - 11:9
**aware** [5] - 26:19, 82:10, 90:9, 102:1, 103:18
**awhile** [2] - 29:22, 63:22

## B

**background** [3] - 28:23, 29:2, 101:6
**bad** [2] - 31:14, 39:17
**bail** [1] - 21:15
**baling** [1] - 104:9
**base** [1] - 103:24
**based** [1] - 87:4
**basic** [1] - 8:20

**battery** [1] - 85:20
**battling** [1] - 21:17
**BAYLOR** [1] - 1:15
**became** [1] - 13:3
**Becker** [2] - 16:8, 31:1
**become** [1] - 11:3
**becomes** [1] - 83:22
**BEHALF** [1] - 1:5
**behind** [8] - 61:19, 61:24, 65:5, 82:24, 89:14, 99:13, 103:6, 103:14
**bell** [1] - 98:9
**below** [1] - 104:1
**best** [4] - 38:2, 58:15, 70:19, 78:24
**better** [2] - 13:14, 106:23
**between** [3] - 22:1, 22:17, 54:22
**big** [4] - 52:22, 62:13, 62:17, 62:19
**Bill** [3] - 79:1, 104:24, 105:1
**birth** [1] - 5:22
**bit** [7] - 34:5, 44:14, 62:18, 64:20, 83:7, 101:5, 108:7
**black** [1] - 85:22
**blade** [1] - 33:15
**blank** [1] - 17:18
**BLOCH** [1] - 1:11
**blocked** [1] - 61:18
**blocking** [1] - 61:21
**blur** [2] - 75:8, 75:12
**board** [1] - 31:7
**bond** [2] - 22:4, 22:6
**bonuses** [1] - 46:15
**book** [3] - 27:19, 27:21, 27:22
**boom** [1] - 88:3
**born** [1] - 5:24
**bottle** [1] - 47:14
**bottom** [2] - 71:5, 92:11
**boundaries** [1] - 48:7
**box** [2] - 62:4, 64:16
**boy** [1] - 16:12
**Boyd** [4] - 3:21, 59:3, 111:14, 112:24
**BOYD** [10] - 1:10, 3:4, 3:10, 47:16, 76:4, 82:13, 106:1, 106:4, 106:6, 108:1
**BOYER** [1] - 1:11
**braced** [2] - 75:10, 80:20
**Brahmer** [6] - 31:14, 31:19, 31:20, 32:5,

32:7, 46:8
**braking** [1] - 11:13
**branch** [1] - 7:25
**break** [4] - 4:17, 47:17, 82:14, 106:4
**breakdown** [2] - 14:15, 15:5
**brief** [1] - 72:9
**BRIESON** [10] - 1:6, 1:20, 3:5, 109:3, 110:6, 111:6, 111:10, 112:7, 113:1, 113:2
**Brieson** [2] - 3:17, 112:2
**BriesonJ** [1] - 91:21
**bring** [2] - 44:9, 60:10
**Bruns** [3] - 41:9, 41:10, 41:11
**Bryce** [1] - 41:18
**bucks** [1] - 95:25
**bulk** [2] - 34:12, 34:16
**bullying** [1] - 101:9
**button** [2] - 50:3, 50:5
**BY** [1] - 3:10

## C

**cab** [7] - 39:25, 64:15, 76:11, 77:6, 77:8, 77:10, 77:25
**cancer** [1] - 31:23
**capacity** [1] - 18:1
**car** [2] - 78:14, 93:24
**Card** [1] - 2:6
**card** [3] - 19:4, 20:20, 21:2
**cards** [1] - 19:6
**careless** [3] - 99:10, 99:21, 101:18
**cargo** [1] - 9:4
**Carolina** [1] - 8:22
**cart** [1] - 25:1
**case** [3] - 12:12, 21:12, 112:6
**CASE** [1] - 113:2
**cautioned** [1] - 3:6
**cc** [1] - 112:24
**CDL** [1] - 26:16
**cell** [2] - 50:20, 85:14
**certain** [1] - 108:6
**certainly** [1] - 65:20
**CERTIFICATE** [1] - 111:6
**certification** [2] - 26:22, 28:3
**certified** [2] - 3:7, 27:4
**certify** [3] - 110:6, 111:9, 111:13
**change** [1] - 33:24

**changes** [2] - 34:5, 108:7
**channels** [1] - 50:1
**charge** [2] - 10:11, 31:5
**charged** [5] - 85:15, 94:23, 95:3, 95:23, 99:21
**check** [9] - 28:23, 29:2, 68:15, 73:23, 73:24, 77:4, 79:21, 79:22
**checked** [4] - 64:9, 64:10, 64:19, 64:21
**checking** [2] - 61:23, 68:7
**chemicals** [2] - 26:11, 28:16
**child** [1] - 101:9
**choose** [2] - 83:15, 106:13
**chose** [2] - 95:24, 96:1
**circle** [2] - 71:17
**citation** [4] - 94:11, 96:9, 98:18, 99:2
**citations** [4] - 96:22, 97:24, 98:5, 101:13
**Civil** [1] - 3:13
**civil** [2] - 100:23, 101:23
**claim** [1] - 5:13
**claimed** [1] - 101:9
**classes** [1] - 7:20
**clear** [1] - 71:3
**climbing** [1] - 77:25
**clock** [3] - 47:10, 47:13, 51:22
**close** [5] - 13:15, 13:21, 14:12, 62:8, 87:11
**closer** [2] - 83:25, 105:7
**closest** [1] - 69:1
**co** [2] - 10:23, 10:24
**Co** [70] - 4:1, 11:22, 12:9, 12:10, 12:14, 12:17, 12:20, 13:10, 13:11, 13:14, 14:2, 15:19, 17:10, 18:15, 19:7, 19:8, 19:13, 19:17, 19:22, 19:24, 20:5, 20:19, 23:15, 23:19, 25:5, 25:10, 26:1, 26:7, 27:7, 28:8, 28:14, 28:22, 29:9, 30:24, 31:5, 31:7, 32:13, 32:20, 32:25, 33:4, 33:16, 33:23, 38:7, 38:19, 41:19, 43:11, 43:14,

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

43:25, 44:5, 44:7, 44:8, 46:12, 47:21, 49:13, 50:9, 51:12, 54:7, 71:23, 79:17, 85:2, 86:5, 88:7, 90:1, 90:2, 90:4, 96:22, 96:24, 97:15, 106:9, 106:11
**CO** [4] - 1:6, 111:6, 112:7, 113:2
**co-driver** [1] - 10:23
**co-driver's** [1] - 10:24
**Co-Op** [66] - 12:9, 12:10, 12:14, 12:17, 12:20, 13:10, 13:11, 13:14, 14:2, 15:19, 17:10, 18:15, 19:7, 19:8, 19:13, 19:17, 19:22, 19:24, 20:5, 20:19, 23:15, 23:19, 26:1, 26:7, 27:7, 28:8, 28:14, 28:22, 29:9, 30:24, 31:5, 31:7, 32:13, 32:20, 32:25, 33:4, 33:16, 33:23, 38:7, 38:19, 41:19, 43:11, 43:14, 43:25, 44:5, 44:7, 44:8, 46:12, 47:21, 49:13, 50:9, 51:12, 54:7, 71:23, 79:17, 85:2, 86:5, 88:7, 90:1, 90:2, 90:4, 96:22, 96:24, 97:15, 106:9, 106:11
**Co-Op's** [2] - 25:5, 25:10
**Co-Operative** [2] - 4:1, 11:22
**CO-OPERATIVE** [4] - 1:6, 111:6, 112:7, 113:2
**College** [1] - 7:14
**collision** [3] - 74:21, 75:23, 92:20
**comfort** [1] - 50:17
**coming** [10] - 57:24, 62:20, 76:21, 78:1, 83:11, 99:12, 103:10, 103:15, 107:1, 107:6
**commercially** [3] - 26:10, 26:12, 27:1
**commitment** [1] - 8:15
**communicating** [1] - 50:19
**communications** [1] - 23:22
**Community** [1] - 7:14
**Company** [1] - 2:7

**company** [1] - 29:10
**Complaint** [1] - 5:14
**complete** [1] - 67:7
**completed** [4] - 47:5, 55:9, 55:14
**completely** [1] - 78:13
**complied** [1] - 94:3
**complies** [3] - 57:16, 59:11, 69:10
**computer** [2] - 47:20, 49:4
**concern** [1] - 83:5
**concerned** [1] - 10:14
**concerns** [3] - 10:12, 10:13, 24:11
**concluded** [1] - 108:11
**conclusion** [1] - 102:19
**conduct** [1] - 103:1
**consciousness** [1] - 82:3
**consent** [1] - 29:1
**consider** [3] - 42:14, 45:19, 105:10
**considerably** [2] - 77:7, 83:25
**considerations** [1] - 84:6
**consistent** [1] - 17:25
**console** [1] - 49:20
**constant** [1] - 74:18
**constructive** [2] - 15:1, 15:23
**contacted** [1] - 18:15
**control** [2] - 60:25, 89:11
**controlling** [1] - 89:10
**convenience** [1] - 83:21
**conversation** [1] - 24:19
**convicted** [3] - 94:24, 95:4, 95:19
**convoy** [1] - 11:14
**cooperation** [1] - 112:19
**Cooperative** [1] - 2:7
**cop** [1] - 99:20
**copies** [2] - 46:13, 111:14
**copy** [7] - 20:23, 29:19, 29:24, 30:12, 111:14, 111:14, 112:9
**cord** [1] - 49:24
**corner** [1] - 71:5
**correct** [5] - 29:6, 42:3, 57:4, 60:6, 109:6

**correction** [1] - 112:16
**CORRECTION** [2] - 113:4
**corrections** [3] - 109:7, 112:14, 112:17
**CORRECTIONS** [1] - 113:1
**COST** [1] - 110:24
**costs** [2] - 111:11, 111:12
**counsel** [3] - 3:11, 110:16, 111:12
**counted** [1] - 96:5
**country** [1] - 58:5
**County** [1] - 51:9
**COUNTY** [3] - 109:14, 110:3, 113:22
**couple** [2] - 82:17, 106:8
**course** [2] - 27:17, 103:1
**COURT** [2] - 1:1, 111:1
**Court** [2] - 111:10, 112:7
**covered** [1] - 47:3
**crap** [1] - 107:6
**crime** [1] - 93:10
**criminal** [8] - 94:11, 94:25, 96:9, 96:23, 97:25, 100:21, 101:12, 101:23
**crop** [1] - 65:3
**crops** [2] - 42:24, 48:14
**cruise** [1] - 60:25
**CSR** [1] - 1:22, 110:4, 111:9
**CUMING** [2] - 109:14, 113:22
**current** [1] - 6:1
**CURTISS** [1] - 1:15
**cut** [5] - 35:16, 39:20, 40:8, 43:18, 52:6
**cycled** [1] - 84:13

## D

**dad** [6] - 13:16, 13:21, 14:11, 15:21, 16:22, 20:6
**dad's** [1] - 14:1
**daily** [1] - 46:10
**Dan** [3] - 41:9, 41:10, 41:11
**dangerous** [1] - 83:22
**dashboard** [1] - 89:12
**data** [1] - 48:22

**Date** [1] - 109:12
**date** [9] - 5:22, 18:6, 18:8, 19:11, 23:3, 27:6, 51:3, 54:15, 95:2
**dated** [2] - 2:8, 30:7
**Dated** [1] - 111:16
**Dave** [2] - 105:13, 105:14
**days** [17] - 9:11, 9:13, 9:14, 22:25, 35:16, 36:18, 37:1, 37:14, 39:18, 42:18, 46:1, 46:2, 96:8, 100:4, 112:12
**dead** [2] - 78:13, 85:20
**deal** [2] - 14:7, 95:9
**dealing** [1] - 112:6
**Dear** [1] - 112:4
**December** [7] - 1:21, 21:13, 110:20, 111:10, 111:16, 112:1, 112:5
**decide** [4] - 73:20, 75:2, 83:6, 103:4
**decided** [4] - 46:4, 72:6, 72:9, 72:23, 73:22
**deciding** [3] - 70:12, 73:6, 82:21
**deemed** [1] - 33:1
**defendant** [3] - 12:12, 77:13, 90:4
**Defendants** [3] - 1:7, 1:14, 111:7
**definition** [1] - 14:6
**degrees** [2] - 7:17, 76:18
**delete** [1] - 86:3
**department** [3] - 31:9, 31:10, 32:1
**depended** [3] - 42:19, 44:13, 45:3
**depicted** [2] - 69:2, 69:4
**depicting** [1] - 86:12
**Deponent's** [1] - 109:10
**deposition** [14] - 3:12, 4:3, 4:23, 5:5, 108:5, 108:11, 109:5, 110:9, 110:11, 110:15, 111:10, 111:12, 112:5, 112:8
**Deposition** [9] - 17:2, 18:22, 29:13, 53:13, 56:21, 86:8, 87:18, 91:13, 102:6
**DEPOSITION** [2] - 1:20, 113:1

**depression** [2] - 15:7, 21:17
**describe** [23] - 16:1, 23:21, 28:13, 33:12, 34:10, 37:5, 43:2, 43:16, 48:3, 49:15, 55:17, 55:18, 56:14, 58:2, 65:13, 65:15, 66:6, 69:18, 74:10, 76:8, 76:13, 76:25
**describing** [1] - 46:20
**Description** [1] - 2:3
**design** [1] - 88:6
**designated** [1] - 59:5
**destroyed** [2] - 89:19, 90:7
**device** [2] - 50:7, 50:21
**diagnosed** [2] - 15:6, 31:22
**diagnosis** [2] - 15:13, 15:14
**dial** [1] - 86:1
**dialed** [1] - 86:2
**difference** [2] - 37:12, 71:18
**different** [6] - 9:10, 40:16, 46:20, 51:25, 63:18, 88:6
**difficult** [5] - 11:6, 15:2, 27:4, 59:2, 70:10
**DIRECT** [1] - 3:9
**direction** [1] - 66:19
**directly** [1] - 103:14
**disciplined** [2] - 43:13, 86:5
**disclose** [2] - 85:6, 97:20
**disclosed** [2] - 85:7, 97:21
**discussed** [2] - 4:22, 101:13
**discussion** [1] - 97:9
**display** [1] - 88:9
**dispute** [1] - 100:23
**distance** [1] - 99:20
**DISTRICT** [4] - 1:1, 1:1, 111:1, 111:1
**District** [2] - 112:7, 112:8
**ditch** [2] - 33:15, 33:17
**docketed** [1] - 112:7
**document** [1] - 29:16
**documents** [5] - 5:7, 5:10, 5:19, 19:6, 53:16
**done** [5] - 44:2, 45:4, 45:11, 66:20, 102:11

**door** [2] - 77:10, 77:18
**double** [1] - 68:15
**double-check** [1] - 68:15
**DOUGLAS** [1] - 110:3
**down** [24] - 6:3, 15:11, 18:12, 48:10, 55:7, 60:23, 66:8, 67:18, 68:11, 68:14, 69:2, 69:3, 69:5, 74:1, 74:3, 74:19, 77:4, 77:7, 78:14, 87:14, 88:20, 98:15, 102:22, 103:7
**drawn** [2] - 66:18, 72:25
**drive** [32] - 9:4, 9:7, 9:22, 19:20, 20:6, 20:14, 24:3, 24:24, 25:5, 25:14, 25:18, 35:13, 36:20, 39:19, 39:23, 40:9, 43:24, 43:25, 52:3, 60:23, 84:22, 84:25, 87:14, 99:16, 100:7, 102:3, 102:14, 103:2, 103:3, 103:5, 106:10
**driven** [3] - 10:20, 61:8, 61:12
**driver** [11] - 8:11, 10:18, 10:23, 10:25, 11:11, 35:25, 43:25, 75:17, 78:25, 87:10
**driver's** [8] - 10:24, 21:1, 25:23, 26:15, 26:19, 77:8, 98:20, 100:3
**drivers** [2] - 10:11, 11:10
**driving** [41] - 8:25, 9:5, 9:15, 9:20, 10:4, 23:11, 26:17, 28:10, 33:18, 35:14, 36:3, 36:18, 40:12, 48:12, 48:24, 49:22, 59:24, 60:15, 61:25, 62:7, 62:9, 62:10, 62:11, 62:23, 63:6, 65:2, 65:21, 66:4, 71:11, 75:25, 79:2, 97:2, 97:15, 97:23, 99:10, 99:21, 101:18, 103:1, 103:15, 103:19
**dropping** [2] - 19:19, 20:6
**drops** [1] - 8:12
**drove** [4] - 48:10, 52:7, 52:19, 53:2
**drug** [3] - 32:12, 32:15

**drugs** [1] - 85:11
**dry** [9] - 35:3, 35:5, 35:8, 38:8, 38:24, 39:6, 39:24, 52:4, 64:16
**due** [2] - 10:15, 36:15
**DUI** [13] - 21:5, 21:7, 21:10, 23:3, 93:8, 93:9, 94:21, 95:8, 95:24, 96:5, 96:24, 99:23, 100:4
**duly** [2] - 3:6, 110:7
**during** [23] - 12:1, 20:9, 23:4, 24:24, 25:6, 28:12, 30:8, 32:13, 32:20, 33:3, 37:1, 37:17, 37:19, 43:13, 45:2, 48:25, 74:18, 74:20, 79:14, 81:13, 97:10, 97:12, 100:10
**duties** [10] - 8:7, 8:25, 9:5, 26:7, 28:14, 28:19, 31:2, 31:12, 31:13, 43:3
**duty** [1] - 43:7

## E

**earliest** [3] - 33:6, 93:12, 93:13
**early** [3] - 28:4, 40:10
**easier** [2] - 56:20, 98:14
**east** [2] - 56:18, 67:23
**edge** [1] - 102:23
**education** [2] - 7:9, 7:19
**effect** [1] - 84:24
**eight** [8] - 8:22, 16:4, 22:7, 51:17, 66:8, 68:11, 68:17, 68:19
**either** [10] - 42:9, 44:4, 53:16, 55:6, 55:13, 55:14, 72:21, 80:9, 88:5, 110:17
**eligible** [1] - 35:15
**email** [1] - 49:12
**employed** [5] - 12:9, 12:14, 12:17, 13:13, 17:14
**employee** [4] - 32:25, 33:3, 33:6, 34:5
**employees** [1] - 30:23
**Employment** [1] - 2:5
**employment** [3] - 11:17, 11:18, 12:1
**emulsifier** [1] - 34:14
**enclosed** [3] - 112:10, 112:12, 112:15

**encouraged** [1] - 102:22
**end** [11] - 12:22, 22:13, 40:4, 41:21, 42:15, 42:16, 46:23, 71:1, 76:15, 80:11, 81:2
**ended** [2] - 76:21, 99:14
**Energy** [4] - 1:12, 1:24, 111:11, 112:5
**enlist** [1] - 8:2
**enlisted** [3] - 8:3, 8:5, 8:19
**entirety** [1] - 109:5
**entrance** [4] - 67:13, 67:19, 70:11, 83:23
**envelope** [1] - 112:12
**equipment** [13] - 25:6, 42:14, 48:11, 48:12, 48:14, 60:15, 71:10, 86:20, 86:21, 88:8, 88:10, 102:15
**errata** [5] - 112:11, 112:11, 112:15, 112:17, 112:18
**essentially** [5] - 8:10, 14:7, 26:25, 54:4, 77:8
**estimate** [3] - 68:18, 68:23, 71:13
**evaluating** [1] - 73:12
**evening** [1] - 101:18
**event** [2] - 99:12, 110:18
**events** [1] - 21:11
**evidence** [1] - 71:3
**EVNEN** [1] - 1:15
**Ex** [1] - 2:3
**exact** [2] - 70:8, 112:9
**exactly** [9] - 18:5, 55:23, 59:22, 70:12, 70:25, 72:3, 74:10, 87:13, 89:4
**exam** [3] - 25:25, 26:4, 40:25
**EXAMINATION** [1] - 3:9
**examined** [1] - 3:7
**example** [4] - 26:16, 30:22, 90:21
**except** [4] - 3:2, 3:14, 65:1, 101:25
**excuse** [1] - 58:25
**exercise** [1] - 108:8
**Exhibit** [26] - 17:2, 17:5, 18:18, 18:22, 18:25, 19:2, 19:3, 29:13, 29:16, 32:18, 53:13, 54:4, 56:21,

56:23, 59:13, 59:21, 86:8, 86:10, 87:18, 87:20, 91:13, 91:15, 91:16, 102:6
**exhibit** [4] - 57:7, 57:12, 66:18, 69:1
**Exhibits** [1] - 53:15
**exists** [1] - 10:10
**exit** [1] - 83:16
**experienced** [4] - 10:18, 11:11, 41:11, 41:19
**expert** [1] - 89:16
**explain** [1] - 89:4
**extent** [2] - 39:12, 80:21
**exterior** [1] - 48:7
**eye** [1] - 10:24
**eyes** [1] - 11:14

## F

**face** [2] - 66:24, 67:2
**Facebook** [3] - 90:21, 90:25, 91:6
**facing** [3] - 66:20, 66:21, 76:15
**fact** [2] - 23:15, 92:18
**fail** [1] - 9:16
**failed** [1] - 21:18
**failure** [2] - 93:14, 94:10
**Faith** [1] - 81:6
**fallen** [2] - 104:9, 104:13
**familiar** [1] - 61:7
**family** [2] - 94:1, 101:7
**far** [5] - 13:1, 67:18, 82:6, 84:3, 90:16
**farm** [1] - 102:15
**FARMERS** [4] - 1:6, 111:6, 112:7, 113:2
**Farmers** [5] - 2:7, 3:25, 11:21, 12:9, 17:10
**fast** [4] - 94:15, 96:12, 96:16
**father** [2] - 13:13, 19:19
**fear** [1] - 83:9
**Federal** [1] - 3:13
**feeding** [1] - 12:7
**feedlot** [1] - 12:3
**feet** [2] - 64:15, 65:17
**feet-wise** [1] - 65:17
**fell** [3] - 32:4, 99:13, 104:15
**fertilizer** [3] - 14:8, 34:15, 59:18
**field** [43] - 14:9, 23:25,

25:9, 35:10, 35:13, 35:21, 35:22, 37:2, 37:6, 43:24, 44:13, 44:21, 46:14, 46:18, 46:19, 46:21, 46:25, 47:7, 48:4, 48:10, 48:24, 55:25, 56:6, 57:7, 57:14, 57:19, 57:20, 57:23, 58:4, 58:16, 58:18, 60:13, 60:14, 65:2, 67:13, 67:19, 70:11, 71:4, 71:7, 71:23, 72:5, 83:23
**fields** [12] - 35:10, 37:9, 37:13, 43:21, 44:17, 44:19, 45:3, 47:5, 54:10, 54:14, 54:22, 55:11
**figure** [7] - 43:21, 70:18, 70:23, 70:25, 72:3, 73:2, 89:16
**filed** [2] - 3:25, 17:9
**filings** [1] - 5:17
**fill** [5] - 16:17, 46:9, 46:20, 47:9, 79:3
**filled** [5] - 16:21, 46:11, 46:17, 98:4, 106:14
**filling** [2] - 16:18, 18:19
**final** [1] - 106:8
**finally** [1] - 40:8
**fine** [1] - 5:3
**finish** [1] - 4:9
**finished** [1] - 89:23
**finishes** [1] - 59:3
**fire** [1] - 77:16
**first** [34] - 3:6, 8:19, 11:17, 11:18, 19:17, 19:21, 20:4, 28:13, 28:20, 30:4, 31:11, 31:24, 35:16, 35:18, 36:6, 43:23, 44:3, 44:16, 58:17, 61:11, 68:10, 68:12, 75:11, 75:13, 79:12, 79:19, 80:6, 80:8, 86:19, 88:9, 93:13, 93:16, 93:25, 97:16
**fit** [2] - 62:17, 63:2
**five** [5] - 42:18, 68:24, 75:24, 76:3, 76:4
**fix** [1] - 34:7
**flagged** [1] - 78:13
**flame** [1] - 77:9
**flames** [1] - 78:6
**flat** [1] - 61:14
**flow** [1] - 102:23
**follow** [8] - 11:13,

39:9, 39:15, 40:11, 82:17, 106:19, 107:11, 107:23
**follow-up** [1] - 40:11, 82:17
**following** [1] - 16:16
**follows** [1] - 3:8
**FOR** [3] - 1:1, 111:1, 113:4
**forces** [1] - 7:23
**foregoing** [2] - 109:4, 110:11
**forehead** [1] - 80:5
**forgot** [1] - 99:9
**form** [6] - 3:2, 3:15, 30:17, 90:19, 90:20, 102:18
**formal** [2] - 7:8, 7:19
**Fort** [2] - 8:21, 8:22
**forth** [2] - 50:19, 110:9
**forward** [2] - 61:2, 68:15
**foundation** [2] - 3:2, 3:15
**Four** [2] - 2:11, 2:13
**four** [6] - 9:10, 68:24, 75:24, 76:3, 76:4, 81:21
**four-wheel** [1] - 81:21
**fourth** [1] - 63:20
**frame** [1] - 40:2
**FRASER** [1] - 1:11
**Fraser** [3] - 1:23, 111:10, 112:5
**front** [5] - 64:10, 73:23, 82:1, 92:3, 112:18
**full** [5] - 35:15, 40:9, 47:4, 109:6, 112:9
**full-sized** [1] - 112:9
**fully** [4] - 17:22, 72:18, 72:19, 75:22
**future** [1] - 106:23

### G

**Gary** [1] - 3:23
**GARY** [4] - 1:2, 111:2, 112:6, 113:2
**gauge** [1] - 104:13
**gauges** [1] - 89:12
**gear** [2] - 63:17, 64:1
**gears** [1] - 63:18
**gearshift** [1] - 89:1
**general** [8] - 13:15, 13:24, 31:4, 45:25, 52:22, 53:18, 54:12, 61:7
**GENERAL** [4] - 109:21, 110:23,

111:18, 113:25
**General** [3] - 1:22, 110:5, 111:9
**generally** [11] - 9:18, 9:25, 10:6, 10:14, 33:12, 39:15, 43:17, 51:8, 52:11, 53:10, 101:1
**GIBSON** [8] - 1:2, 1:3, 111:2, 111:3, 112:6, 113:2
**Gibson** [6] - 2:15, 3:23, 79:7, 81:8, 81:12
**Gibson's** [1] - 82:8
**given** [8] - 9:11, 19:12, 20:19, 27:19, 39:6, 44:19, 106:22, 109:7
**glance** [1] - 68:15
**global** [1] - 47:7
**goal** [1] - 62:3
**golf** [1] - 25:1
**Google** [1] - 2:11
**Goyette** [2] - 111:15, 112:24
**GOYETTE** [7] - 1:14, 3:1, 58:25, 76:2, 102:17, 106:3, 108:3
**GPS** [8] - 47:24, 48:2, 48:16, 48:19, 48:22, 48:25, 88:11, 88:19
**graduate** [1] - 7:4
**graduation** [1] - 12:4
**gravel** [1] - 99:19
**grease** [1] - 43:23
**green** [2] - 48:10, 88:21
**GRIMIT** [1] - 1:15
**ground** [2] - 4:7, 4:25
**Grover** [1] - 111:20
**Guard** [5] - 8:1, 8:16, 11:16, 17:21, 17:25
**guess** [20] - 9:7, 13:4, 14:5, 15:3, 16:1, 18:5, 27:13, 37:10, 38:2, 54:11, 54:23, 66:3, 69:19, 69:21, 71:12, 74:6, 77:3, 78:2, 101:5, 102:22
**guidance** [4] - 88:19, 106:12, 106:16, 107:23
**guide** [3] - 27:25, 48:11, 48:14
**guidelines** [2] - 39:5, 107:12
**guilty** [3] - 21:24, 93:9, 93:10
**guy** [4] - 31:15, 32:2, 41:17, 105:19

### H

**half** [11] - 56:17, 71:17, 72:7, 72:8, 72:14, 73:6, 74:9, 80:18
**hand** [4] - 57:13, 74:21, 106:25, 110:20
**handbooks** [2] - 29:11, 32:19
**handed** [2] - 53:5
**handing** [7] - 17:4, 29:15, 53:15, 56:23, 86:10, 87:20, 91:15
**handle** [1] - 91:21
**handwriting** [2] - 17:12, 53:20
**Handwritten** [1] - 2:9
**Hansen** [2] - 105:13, 105:14
**hard** [4] - 74:22, 75:9
**hardest** [1] - 86:1
**hazardous** [1] - 27:2
**head** [5] - 14:3, 14:11, 46:6, 67:23, 76:11
**headed** [2] - 53:11, 58:7
**heading** [4] - 55:2, 55:14, 55:15, 56:12, 57:8, 57:14, 57:20, 58:13
**hear** [1] - 75:6
**heard** [3] - 77:5, 80:19, 92:21
**heavy** [2] - 8:12, 83:23
**help** [4] - 13:5, 16:13, 52:18
**helper** [1] - 13:2
**helpful** [1] - 59:20
**helping** [3] - 11:20, 79:6, 79:7
**helps** [1] - 59:22
**hereby** [3] - 109:3, 110:6, 111:9
**herein** [1] - 110:12
**hereinafter** [1] - 3:7
**high** [7] - 6:25, 7:2, 7:9, 11:17, 11:18, 12:1, 100:24
**highlighted** [1] - 54:9, 55:10
**highlighting** [2] - 54:6
**highly** [1] - 48:15
**Highway** [12] - 5:18, 58:6, 62:1, 62:7, 63:3, 63:7, 64:3, 64:6, 67:1, 67:2, 72:13, 76:21
**highway** [7] - 56:18,

62:16, 66:22, 72:8, 78:12, 103:2
**hill** [7] - 61:16, 61:18, 61:21, 82:24, 83:2, 83:12, 107:6
**hills** [1] - 107:19
**hilly** [1] - 61:15
**hindsight** [1] - 83:18
**hire** [2] - 30:5, 30:23
**hired** [4] - 13:2, 20:25, 29:10, 31:11
**hiring** [2] - 13:25, 25:25
**history** [3] - 93:8, 97:15, 97:23
**hit** [2] - 91:12, 92:18
**hitting** [3] - 65:3, 76:11, 107:7
**hold** [1] - 104:13
**home** [4] - 6:20, 14:23, 15:15, 15:18
**honking** [1] - 75:17
**hook** [2] - 34:19, 34:22
**hopefully** [1] - 94:3
**horn** [3] - 75:6, 75:16, 80:19
**hoses** [2] - 34:19, 34:22
**Hospital** [1] - 81:6
**hospital** [1] - 32:15
**hot** [1] - 61:6
**hour** [21] - 47:10, 60:19, 61:3, 63:15, 66:9, 68:11, 68:18, 68:20, 68:22, 69:13, 69:14, 72:20, 72:22, 73:12, 75:25, 82:20, 96:17, 98:9, 98:24, 99:3, 108:12
**hours** [7] - 22:7, 37:18, 37:21, 38:3, 42:2, 42:12, 85:8
**hurt** [1] - 92:12
**husband** [4] - 1:3, 111:3, 112:6, 113:2

### I

**idea** [3] - 18:17, 45:21, 107:4
**identification** [9] - 17:3, 18:23, 29:14, 53:14, 56:22, 86:9, 87:19, 91:14, 102:7
**Ignition** [1] - 2:6
**ignition** [15] - 19:3, 20:10, 20:15, 21:4, 22:9, 22:14, 23:16, 23:20, 24:6, 24:9,

24:15, 24:25, 25:3, 25:7, 100:6
**ill** [1] - 32:5
**immediate** [1] - 94:1
**immediately** [4] - 22:23, 66:12, 66:15, 78:7
**immortal** [1] - 92:13
**impact** [7] - 75:20, 76:9, 76:14, 76:16, 77:1, 78:7
**implies** [2] - 42:7, 42:9
**important** [1] - 18:8
**impossible** [1] - 70:10
**IN** [4] - 1:1, 1:5, 110:19, 111:1
**Inc** [1] - 111:19
**incarcerated** [2] - 22:1, 22:6
**inches** [1] - 27:20
**incident** [3] - 22:2, 22:3, 107:12
**incidents** [1] - 96:20
**include** [1] - 35:24
**included** [1] - 35:21
**independent** [1] - 55:24
**indicated** [1] - 112:16
**individual** [1] - 9:9
**individually** [1] - 47:7
**inexperience** [1] - 10:16
**inexperienced** [2] - 10:17, 11:10
**information** [2] - 15:4, 48:19
**injuries** [2] - 79:25, 80:2
**inoperable** [1] - 99:17
**inside** [2] - 77:6, 87:22
**inspected** [1] - 90:13
**Instagram** [1] - 90:21
**instead** [2] - 83:15, 95:24, 107:1
**intake** [1] - 19:8
**intent** [7] - 59:4, 64:9, 66:10, 66:24, 67:1, 67:13, 67:16
**intention** [1] - 73:1
**interested** [2] - 13:16, 110:17
**interim** [2] - 13:24, 31:20
**Interior** [1] - 2:14
**interlock** [5] - 19:4, 20:11, 20:15, 21:4, 22:9, 22:15, 23:16, 23:20, 24:6, 24:9, 24:15, 24:25, 25:7, 100:7, 100:8

**Interlock** [1] - 2:6
**interlocks** [1] - 25:3
**interrogatory** [1] - 84:11
**intersection** [6] - 56:16, 58:7, 58:8, 58:14, 69:7, 73:3
**interview** [8] - 15:24, 16:19, 16:25, 17:9, 18:20, 28:9, 97:10, 97:13
**interviewing** [2] - 13:19, 97:16
**involve** [1] - 36:12
**involved** [4] - 35:4, 39:7, 100:20, 101:17
**ironed** [1] - 21:19
**issue** [2] - 51:4, 85:19
**issued** [1] - 27:22
**items** [1] - 107:18
**itself** [3] - 5:13, 47:3, 100:8

**J**

**Jackson** [1] - 8:21
**jail** [2] - 22:1, 96:1
**January** [2] - 95:3, 99:25
**Jensen** [5] - 3:17, 3:21, 108:3, 112:2, 112:4
**JENSEN** [10] - 1:6, 1:20, 3:5, 109:3, 110:6, 111:6, 111:10, 112:7, 113:1, 113:2
**Jerry** [3] - 13:22, 16:5, 16:23
**job** [10] - 8:23, 11:21, 13:3, 13:17, 13:19, 14:24, 19:17, 39:11, 43:3, 43:7
**joined** [1] - 13:10
**JR** [4] - 1:2, 111:2, 112:6, 113:2
**judge** [1] - 96:5
**July** [3] - 42:25, 95:19, 98:23
**June** [15] - 2:8, 12:15, 28:4, 28:5, 30:7, 30:24, 40:10, 42:1, 51:5, 92:4, 94:13, 95:18, 100:11, 100:14, 101:16
**junior** [1] - 100:24
**justified** [1] - 84:7

**K**

**keep** [3] - 10:24, 46:15, 83:15
**Kevin** [1] - 55:18
**kind** [88] - 4:24, 5:8, 8:15, 8:20, 9:1, 9:7, 9:8, 10:13, 11:3, 12:5, 15:2, 16:1, 16:10, 16:18, 18:19, 21:18, 21:19, 23:11, 23:13, 25:2, 25:24, 26:6, 26:14, 27:16, 28:23, 34:21, 35:19, 36:3, 37:3, 37:6, 38:6, 38:10, 39:11, 39:20, 40:25, 46:9, 47:9, 47:23, 48:7, 48:19, 49:4, 49:16, 49:25, 51:25, 52:21, 54:1, 54:2, 57:2, 60:17, 62:13, 62:18, 63:21, 63:24, 64:17, 64:19, 65:11, 65:15, 66:13, 66:14, 67:6, 67:10, 71:5, 71:6, 71:13, 71:16, 72:7, 72:15, 73:5, 73:25, 74:8, 75:10, 76:17, 76:22, 82:21, 83:3, 85:11, 86:16, 87:14, 88:9, 88:20, 95:9, 101:1, 105:10, 105:15, 106:10, 107:12, 107:15
**kinds** [1] - 10:3
**knowledge** [1] - 89:19
**Krug** [3] - 38:12, 38:18, 38:23
**Kruger** [2] - 105:22, 105:23
**Krugman** [1] - 38:17

**L**

**labor** [1] - 12:5
**laceration** [1] - 80:4
**lane** [6] - 62:17, 63:2, 63:7, 102:4, 107:2
**large** [1] - 103:10
**larger** [1] - 65:20
**Larry** [5] - 78:25, 79:2, 79:8, 105:16, 105:19
**last** [9] - 18:11, 38:13, 38:15, 59:13, 68:25, 69:4, 89:8, 91:4, 91:23
**late** [1] - 21:14
**Law** [2] - 1:10, 1:14
**law** [2] - 7:12, 108:4

**lawful** [1] - 3:6
**lawn** [5] - 16:12, 33:8, 33:10, 33:19, 33:22
**lawns** [1] - 41:22
**laws** [2] - 39:9, 39:16
**lawsuit** [1] - 3:24
**lawsuits** [1] - 101:24
**layout** [1] - 53:18
**lead** [3] - 74:25, 75:2
**leading** [3] - 63:10, 63:13, 107:21
**leads** [1] - 19:12
**learn** [3] - 9:3, 9:6, 13:11
**learned** [2] - 11:1, 92:12
**learning** [6] - 33:8, 33:14, 33:21, 34:4, 35:13, 106:10
**leave** [1] - 12:23
**led** [1] - 21:3
**left** [18] - 12:25, 47:13, 64:17, 66:1, 66:13, 66:16, 71:5, 72:6, 73:7, 73:20, 73:23, 75:7, 80:18, 80:19, 106:25, 107:2, 107:16
**left-hand** [1] - 106:25
**legal** [4] - 5:17, 5:19, 93:7, 102:18
**legally** [3] - 19:20, 20:5, 24:2
**Leonard** [1] - 8:23
**less** [5] - 68:11, 68:19, 68:21, 72:19, 73:18
**lessons** [1] - 92:12
**Lexapro** [1] - 84:17
**licence** [1] - 24:21
**license** [15] - 19:11, 21:1, 21:4, 22:18, 23:4, 25:23, 26:7, 26:15, 27:13, 35:14, 36:15, 36:19, 93:21, 98:20, 100:3
**licenses** [1] - 26:19
**life** [2] - 6:15, 6:18
**light** [1] - 88:21
**likelihood** [1] - 92:19
**limit** [3] - 103:25, 104:1, 104:2
**Lincoln** [6] - 1:17, 6:18, 15:11, 15:14, 99:16
**LINE** [1] - 113:4
**line** [6] - 55:7, 69:6, 69:9, 83:24, 112:15, 112:19
**lines** [1] - 21:14
**liquid** [9] - 28:17,

34:9, 34:10, 34:12, 34:13, 34:18, 34:24, 40:15, 42:7
**liquids** [1] - 34:15
**list** [9] - 44:17, 45:5, 54:2, 54:3, 54:14, 54:21, 97:25, 98:15, 100:22
**List** [1] - 2:9
**listed** [4] - 55:25, 97:23, 98:2, 98:4
**listening** [2] - 50:11, 50:12
**lit** [1] - 48:9
**live** [1] - 94:7
**lived** [5] - 6:5, 6:14, 6:18, 6:20, 94:9
**living** [3] - 6:11, 14:23, 15:8
**load** [14] - 9:4, 43:23, 44:1, 44:4, 58:15, 59:6, 70:9, 70:10, 82:22, 83:21, 86:21, 105:20, 106:13
**loaded** [2] - 58:18, 59:17
**loading** [2] - 35:11, 87:2
**loads** [1] - 44:11
**Local** [1] - 112:12
**location** [14] - 37:13, 41:12, 58:3, 58:10, 58:15, 59:14, 61:8, 70:8, 84:8, 87:3, 105:2, 105:3, 105:5, 105:8
**locations** [1] - 54:8
**logs** [1] - 47:10
**look** [8] - 48:22, 53:25, 57:3, 57:18, 65:5, 73:21, 75:7, 87:15
**looked** [1] - 73:19
**looking** [19] - 5:11, 14:13, 15:22, 19:10, 29:23, 61:19, 65:8, 66:17, 67:5, 68:25, 70:18, 71:2, 71:18, 72:15, 75:1, 89:9, 101:7, 102:11, 107:14
**looks** [9] - 18:11, 30:6, 55:3, 86:13, 87:24, 88:25, 92:3, 92:11
**loose** [5] - 35:17, 39:21, 40:8, 43:18, 52:6
**losing** [1] - 82:3
**lost** [1] - 99:14
**lower** [2] - 33:15, 66:9
**lunch** [2] - 60:7, 60:10

**M**

**machine** [5] - 43:22, 52:19, 52:20, 64:8, 92:19
**machinery** [3] - 36:3, 40:23, 41:5
**main** [4] - 43:21, 63:7, 102:4, 102:16
**maintain** [1] - 9:3
**maintaining** [1] - 43:8
**maintenance** [12] - 9:12, 41:22, 58:14, 64:4, 64:5, 64:6, 67:17, 67:18, 70:17, 72:10, 73:4, 76:23
**man** [3] - 77:12, 78:11, 81:16
**management** [1] - 24:14
**manager** [12] - 13:15, 13:20, 13:25, 30:21, 30:22, 30:24, 31:3, 31:4, 32:1, 33:2, 105:1, 105:15
**managers** [2] - 31:9, 31:10
**manuals** [1] - 32:19
**map** [12] - 44:20, 44:22, 47:25, 49:3, 52:22, 53:6, 58:1, 62:5, 69:3, 69:18, 69:20, 74:4
**mapping** [1] - 88:12
**maps** [3] - 52:22, 56:19, 56:25
**Maps** [1] - 2:11
**March** [7] - 8:3, 14:15, 14:18, 14:21, 15:18, 95:4, 98:18
**mark** [5] - 17:17, 59:8, 59:9, 69:8, 102:8
**marked** [13] - 17:3, 17:5, 18:23, 18:24, 29:14, 29:15, 53:14, 56:22, 62:4, 86:9, 87:19, 91:14, 102:7
**marking** [1] - 57:12
**maroon** [2] - 75:7, 75:12
**married** [1] - 6:23
**materials** [2] - 29:9, 38:6
**matter** [1] - 112:19
**matters** [5] - 96:10, 96:23, 97:25, 100:21, 101:12
**maximum** [2] - 60:20, 63:21
**mean** [9] - 15:4, 23:22,

37:5, 65:12, 65:24, 67:8, 68:17, 76:5, 77:15
**meaning** [1] - 39:23
**meant** [1] - 34:21
**mechanical** [1] - 90:10
**media** [3] - 90:19, 90:20, 90:23
**medical** [2] - 25:25, 26:3
**medications** [3] - 84:12, 84:15, 85:3
**medium** [1] - 65:16
**meet** [2] - 31:15, 59:5
**member** [1] - 7:22
**members** [1] - 50:9
**mental** [1] - 14:15
**mentioned** [4] - 82:19, 83:2, 84:10, 103:9
**met** [3] - 3:22, 5:2, 62:17
**MEUSEY** [1] - 1:11
**mid** [3] - 28:4, 40:10, 42:25
**middle** [5] - 62:10, 88:21, 101:10, 103:3, 103:15
**might** [7] - 38:17, 72:1, 88:2, 98:13, 103:11, 112:15
**Mike** [1] - 8:9
**mile** [3] - 56:18, 58:8, 67:20
**miles** [22] - 37:12, 60:19, 61:3, 63:14, 66:8, 68:11, 68:17, 68:19, 68:22, 69:13, 69:14, 72:20, 72:22, 73:11, 75:24, 82:20, 94:9, 96:17, 98:9, 98:24, 99:2, 99:15
**military** [1] - 10:22
**mine** [1] - 54:6
**mini** [1] - 47:25
**minimum** [14] - 58:13, 64:3, 64:4, 64:5, 64:6, 67:17, 67:18, 70:17, 72:10, 73:4, 76:22, 103:18, 103:21, 103:25
**minor** [2] - 95:1, 95:18
**minuscript** [3] - 112:9, 112:10, 112:14
**minutes** [4] - 37:18, 60:16, 79:13, 79:15
**MIP** [5] - 95:9, 95:24, 96:5, 99:25, 100:12
**MIPs** [1] - 96:4
**mirror** [8] - 64:10,

64:12, 64:14, 64:19, 64:20, 65:9, 68:8, 73:21
**mirrors** [7] - 61:23, 64:21, 64:23, 65:5, 73:19, 73:23, 73:24
**miscellaneous** [1] - 12:5
**mitigating** [1] - 10:15
**Mix** [1] - 2:10
**mix** [1] - 34:15
**Monday** [1] - 16:16
**money** [1] - 101:8
**monitor** [2] - 88:11, 96:1
**month** [4] - 8:17, 28:13, 42:24, 96:1
**months** [4] - 6:6, 6:19, 93:16, 93:25
**morning** [5] - 16:5, 37:10, 51:15, 51:20, 54:11
**most** [6] - 41:11, 41:19, 42:25, 61:17, 66:8, 67:20
**motor** [4] - 8:10, 8:13, 89:7, 101:15
**motorcycle** [1] - 34:2
**move** [5] - 6:4, 6:10, 6:16, 9:16, 76:14
**moved** [9] - 13:14, 14:16, 14:20, 15:15, 15:18, 76:18, 99:18, 107:15
**moving** [2] - 102:2, 102:15
**mow** [1] - 16:12
**mower** [4] - 33:9, 33:10, 33:19, 33:22
**mowing** [1] - 41:22
**MR** [17] - 1:10, 1:14, 3:1, 3:4, 3:10, 47:16, 58:25, 76:2, 76:4, 82:13, 102:17, 106:1, 106:3, 106:4, 106:6, 108:1, 108:3
**multi** [1] - 10:19
**music** [2] - 50:13, 50:21
**must** [1] - 20:18

**N**

**name** [7] - 3:16, 3:18, 3:21, 31:16, 38:14, 38:16, 46:7
**names** [1] - 59:21
**narrow** [2] - 62:22, 63:1
**National** [4] - 8:1,

8:16, 11:16, 17:24
**nature** [1] - 4:11
**navigate** [1] - 33:17
**near** [2] - 51:8, 107:19
**NEBRASKA** [5] - 1:1, 109:13, 110:2, 111:1, 113:21
**Nebraska** [17] - 1:13, 1:17, 1:23, 1:25, 5:25, 6:9, 8:1, 27:24, 51:10, 94:6, 108:4, 110:6, 111:11, 111:20, 112:3, 112:6, 112:8
**necessary** [1] - 33:1
**need** [12] - 4:8, 4:17, 13:5, 26:6, 26:14, 26:15, 44:21, 44:23, 48:21, 85:23, 86:4, 88:20
**needed** [8] - 12:6, 23:25, 26:20, 39:24, 43:22, 45:4, 49:19, 84:4
**needs** [2] - 16:13
**negative** [1] - 84:24
**never** [3] - 26:17, 70:7, 73:1
**new** [1] - 104:10
**next** [11] - 13:7, 33:22, 34:25, 36:2, 55:7, 73:3, 73:8, 77:2, 83:15, 94:11, 94:20
**night** [1] - 22:3
**nitrogen** [1] - 34:14
**NO** [2] - 113:4
**nobody** [1] - 59:25
**non** [1] - 101:23
**non-criminal** [1] - 101:23
**noon** [1] - 60:9
**Norfolk** [1] - 81:7
**normal** [4] - 43:17, 63:2, 102:25
**North** [2] - 6:2, 112:2
**north** [11] - 53:12, 56:18, 58:5, 58:7, 58:8, 61:25, 72:12, 76:15, 76:21, 83:24, 84:1
**Northeast** [1] - 7:13
**notarial** [1] - 110:20
**Notary** [5] - 1:22, 110:5, 111:9, 112:18
**NOTARY** [4] - 109:21, 110:23, 111:18, 113:25
**note** [1] - 112:14
**noted** [1] - 109:7
**nothing** [3] - 93:5,

106:20, 110:8
**notice** [1] - 82:24
**notified** [2] - 96:24, 97:1
**notify** [2] - 85:2, 96:22
**notifying** [1] - 97:3
**noting** [1] - 112:17
**November** [4] - 12:21, 21:8, 94:23, 99:22
**number** [4] - 30:22, 32:23, 112:15
**Number** [8] - 17:2, 18:22, 29:13, 56:21, 86:8, 87:18, 91:13, 102:6
**Numbers** [1] - 53:13
**nurse** [2] - 78:18, 79:6
**nutri** [1] - 54:24
**nutriSphere** [1] - 54:24

**O**

**o'clock** [1] - 51:18
**oath** [1] - 109:4
**object** [1] - 102:17
**objections** [2] - 3:2, 3:14
**obligation** [2] - 102:2, 102:14
**observed** [1] - 35:19
**observer** [1] - 36:4
**observing** [2] - 36:9, 36:23
**obstructed** [1] - 83:3
**obtained** [1] - 20:10
**occasions** [1] - 95:12
**occurred** [5] - 51:8, 56:17, 57:21, 58:8, 96:20
**October** [5] - 31:17, 96:15, 98:8, 99:1, 99:7
**OF** [13] - 1:1, 1:6, 1:20, 109:13, 109:14, 110:2, 110:3, 111:1, 111:6, 113:1, 113:20, 113:21, 113:22
**offense** [2] - 95:23, 96:3
**office** [1] - 43:21
**officers** [1] - 80:12
**often** [2] - 6:3, 31:15
**oil** [2] - 33:24, 34:5
**Oklahoma** [1] - 99:13
**old** [2] - 13:15, 13:20
**OLSON** [1] - 1:11
**Omaha** [5] - 1:13, 1:24, 111:11,

111:20, 112:6
**once** [9] - 20:13, 20:18, 41:25, 43:1, 43:18, 67:2, 78:22, 79:8, 89:15
**one** [39] - 4:17, 8:17, 10:20, 18:14, 24:20, 36:2, 39:7, 47:6, 47:7, 48:15, 48:24, 55:6, 56:6, 65:6, 65:18, 65:24, 67:24, 69:1, 69:6, 71:18, 76:11, 77:15, 85:23, 86:3, 88:14, 93:13, 93:25, 94:1, 94:20, 96:16, 98:22, 99:9, 100:17, 101:20, 101:24, 104:10, 104:14, 104:22
**ones** [1] - 98:15
**Op** [66] - 12:9, 12:10, 12:14, 12:17, 12:20, 13:10, 13:11, 13:14, 14:2, 15:19, 17:10, 18:15, 19:7, 19:8, 19:13, 19:17, 19:22, 19:24, 20:5, 20:19, 23:15, 23:19, 26:1, 26:7, 27:7, 28:8, 28:14, 28:22, 29:9, 30:24, 31:5, 31:7, 32:13, 32:20, 32:25, 33:4, 33:16, 33:23, 38:7, 38:19, 41:19, 43:11, 43:14, 43:25, 44:5, 44:7, 44:8, 46:12, 47:21, 49:13, 50:9, 51:12, 54:7, 71:23, 79:17, 85:2, 86:5, 88:7, 90:1, 90:2, 90:4, 96:22, 96:24, 97:15, 106:9, 106:11
**Op's** [2] - 25:5, 25:10
**open** [5] - 13:12, 13:18, 15:22, 50:1, 77:11
**operate** [10] - 33:8, 33:21, 34:9, 35:2, 35:8, 38:24, 39:6, 48:25, 64:7, 106:11
**operated** [1] - 63:23
**operating** [12] - 25:22, 35:25, 36:9, 36:12, 41:4, 42:13, 43:8, 43:19, 51:1, 86:14, 103:23, 107:18
**operation** [1] - 35:21
**Operative** [2] - 4:1, 11:22

**OPERATIVE** [4] - 1:6, 111:6, 112:7, 113:2
**operator** [2] - 8:10, 8:14
**operator's** [1] - 93:16
**opinion** [1] - 78:6
**opposed** [2] - 102:3, 102:16
**option** [2] - 73:8, 81:24
**orange** [1] - 104:7
**order** [9] - 18:11, 27:17, 58:17, 59:17, 65:23, 90:17, 101:2, 101:3, 101:25
**orders** [1] - 17:22
**original** [2] - 111:13, 112:10
**Original** [1] - 111:14
**originally** [1] - 14:16
**otherwise** [5] - 4:15, 6:20, 84:7, 103:13, 110:17
**outline** [1] - 57:14
**outlined** [2] - 57:19, 58:4
**outside** [2] - 94:1, 103:13
**overshoot** [1] - 48:8
**overview** [1] - 9:8
**own** [2] - 40:9, 40:13

## P

**p.m** [2] - 1:21, 108:12
**pace** [1] - 77:6
**PAGE** [1] - 113:4
**page** [17] - 18:11, 18:14, 59:13, 68:25, 69:4, 86:19, 88:9, 88:16, 88:23, 88:25, 89:9, 91:19, 92:4, 112:11, 112:11, 112:15, 112:17
**Pages** [4] - 2:11, 2:12, 2:13, 2:15
**pages** [1] - 112:18
**paid** [1] - 111:12
**pancreas** [1] - 31:23
**Pandora** [2] - 49:18, 50:12
**paper** [4] - 46:16, 46:20, 46:24, 47:6
**papers** [4] - 47:4, 52:21, 52:24, 53:5
**paperwork** [3] - 18:19, 46:10, 98:4
**parachute** [1] - 8:11
**parachutes** [1] - 10:9
**parents** [3] - 6:11,

14:17, 14:21
**parked** [2] - 67:3, 68:1
**parking** [3] - 59:10, 59:14, 66:19
**part** [20] - 8:8, 8:24, 14:23, 17:21, 18:20, 19:8, 22:8, 22:11, 22:13, 25:25, 28:9, 28:23, 32:25, 34:20, 42:25, 46:10, 47:21, 70:2, 72:1, 83:20
**part-time** [1] - 17:21
**partially** [1] - 82:20
**party** [1] - 110:17
**pass** [3] - 9:15, 48:7, 103:8
**passed** [2] - 31:16, 31:21
**passenger** [4] - 35:19, 36:22, 77:9, 77:18
**passing** [1] - 78:14
**past** [4] - 64:16, 76:22, 90:24, 97:1
**path** [1] - 88:20
**patrol** [1] - 80:10
**pattern** [1] - 45:25
**paying** [1] - 95:25
**pen** [1] - 57:13
**penalty** [1] - 95:21
**pending** [1] - 4:18
**people** [11] - 26:25, 44:8, 58:21, 79:17, 79:22, 82:7, 82:10, 93:15, 93:23, 94:11, 107:5
**per** [1] - 68:22
**percent** [10] - 34:14, 36:25, 37:4, 74:12, 74:13, 75:5, 75:13, 97:6, 97:7, 98:3
**percentage** [1] - 36:25
**performance** [1] - 43:10
**performed** [2] - 28:23, 66:6
**period** [5] - 23:5, 37:17, 37:20, 100:9, 100:10
**periodically** [1] - 90:14
**permanent** [1] - 6:17
**permission** [1] - 23:11
**permit** [12] - 19:4, 20:11, 20:13, 22:10, 22:15, 23:16, 23:20, 24:25, 25:7, 26:9, 26:24, 93:17
**Permit** [1] - 2:6
**person** [8] - 10:20, 27:15, 31:21, 36:6,

38:10, 78:16, 93:25, 94:1
**personal** [6] - 20:16, 24:1, 24:5, 24:23, 49:10, 65:21
**personally** [1] - 27:9
**pesticides** [3] - 14:8, 27:1, 34:16
**Pg** [1] - 2:3
**phone** [13] - 49:8, 49:10, 49:16, 49:21, 50:4, 50:7, 50:20, 50:24, 78:13, 79:1, 85:14, 85:21, 99:14
**photographs** [5] - 86:11, 86:12, 86:15, 87:21, 87:22
**Photographs** [2] - 2:12, 2:13
**photos** [1] - 57:6
**physical** [1] - 58:9
**physically** [6] - 37:22, 44:17, 48:11, 48:12, 48:13, 69:17
**Pick** [1] - 41:18
**picked** [1] - 77:6
**picking** [1] - 28:16
**picture** [3] - 31:5, 71:2, 91:11
**pictures** [3] - 5:12, 57:2, 88:1
**piece** [8] - 33:22, 47:6, 47:7, 86:19, 86:21, 88:8, 88:10, 102:15
**pieces** [3] - 46:16, 46:20, 46:25
**pile** [1] - 44:19
**Pilger** [8] - 7:3, 11:22, 41:12, 52:12, 52:14, 52:25, 53:2, 105:5
**pinned** [2] - 77:10, 77:16
**Pioneer** [1] - 11:20
**place** [5] - 20:25, 97:12, 102:23, 109:8, 110:12
**placed** [2] - 99:19, 110:19
**Plaintiffs** [3] - 1:4, 1:10, 111:4
**plaintiffs** [1] - 111:13
**PLAINTIFFS** [1] - 1:6
**plan** [1] - 10:12
**planning** [3] - 59:10, 59:14, 66:18
**plant** [8] - 11:20, 11:23, 28:18, 34:9, 34:10, 34:12, 34:18, 34:24
**planted** [1] - 48:16

**plat** [4] - 44:20, 44:22, 52:22, 53:6
**playing** [1] - 50:21
**Plaza** [4] - 1:12, 1:24, 111:11, 112:5
**plea** [2] - 22:8, 95:8, 95:9
**plead** [1] - 21:23
**pleading** [1] - 5:14
**pled** [2] - 21:24, 93:9
**plugged** [2] - 45:10, 49:22, 85:18
**point** [14] - 11:5, 23:1, 29:20, 29:25, 30:11, 32:4, 45:8, 54:20, 54:21, 61:22, 69:16, 69:22, 73:18, 81:9
**Point** [3] - 5:25, 94:6, 94:8
**police** [1] - 80:11
**policies** [3] - 10:22, 29:10, 32:19
**policy** [7] - 7:13, 30:15, 30:21, 31:8, 32:11, 32:23, 32:24
**Policy** [1] - 2:7
**position** [9] - 13:14, 14:1, 15:22, 35:11, 74:14, 87:11, 87:12, 97:17, 107:8
**positions** [1] - 13:12
**positive** [1] - 97:7
**possession** [2] - 95:1, 95:18
**possible** [2] - 54:13, 112:12
**possibly** [3] - 70:5, 70:6, 72:2
**posted** [3] - 91:11, 91:24, 104:1
**posting** [2] - 91:5, 91:8
**posts** [1] - 76:11
**pounds** [1] - 48:5
**power** [3] - 11:13, 69:6, 69:9
**practice** [1] - 112:12
**prayed** [1] - 75:10
**prepare** [3] - 4:23, 5:4, 27:17
**press** [2] - 50:3, 50:5
**pretty** [4] - 33:16, 76:6, 76:12, 78:7
**preventative** [1] - 9:12
**prevents** [1] - 107:5
**primary** [1] - 105:3
**printed** [2] - 56:19, 59:13
**private** [1] - 25:23
**privileged** [1] - 5:2

**probation** [1] - 96:25
**problem** [2] - 39:18, 57:12
**problems** [1] - 90:10
**Procedure** [1] - 3:13
**procedure** [1] - 19:10
**proceed** [1] - 67:14
**proceeded** [1] - 77:12
**process** [10] - 16:2, 18:20, 22:12, 25:25, 28:10, 28:12, 28:24, 33:13, 40:16, 107:7
**processes** [1] - 8:12
**produced** [1] - 87:21
**product** [11] - 26:13, 34:13, 44:9, 45:9, 48:1, 48:6, 58:19, 79:4, 86:22, 89:11, 106:14
**productive** [1] - 15:1
**programs** [1] - 33:1
**promoted** [1] - 8:13
**prompted** [2] - 6:10, 12:23
**proper** [3] - 42:6, 78:2, 112:19
**properly** [3] - 9:3, 9:7, 39:6
**properties** [1] - 52:1
**property** [3] - 25:10, 25:23, 33:16
**protection** [3] - 101:2, 101:3, 101:25
**provided** [1] - 19:6
**provides** [1] - 108:5
**provisional** [1] - 93:16
**public** [8] - 9:25, 25:11, 35:25, 36:12, 36:20, 37:2, 39:8, 39:19
**Public** [4] - 1:22, 110:5, 111:9, 112:18
**PUBLIC** [4] - 109:21, 110:23, 111:18, 113:25
**pull** [4] - 75:2, 77:13, 77:25, 78:9
**pulled** [7] - 56:25, 74:21, 75:9, 75:20, 78:1, 78:11, 80:20
**purposeful** [1] - 25:13
**pursuant** [1] - 3:13
**put** [6] - 10:17, 18:12, 27:24, 73:25, 104:10, 104:15
**putting** [1] - 11:10

## Q

**quarter** [5] - 57:10,

67:7, 67:10, 67:14, 67:20
**questions** [10] - 3:24, 4:10, 4:14, 4:25, 41:4, 41:14, 41:16, 106:8, 108:2, 108:4
**quick** [3] - 68:15, 76:12, 107:9
**quite** [1] - 44:14
**quote** [1] - 30:24

### R

**radio** [7] - 49:8, 49:16, 49:18, 49:24, 50:4, 50:6, 50:18
**radius** [4] - 65:14, 65:18, 71:3, 71:14
**radiuses** [1] - 71:6
**ran** [1] - 45:8
**Randall** [1] - 111:14, 112:24
**RANDALL** [1] - 1:14
**random** [1] - 32:11
**range** [1] - 51:18
**rate** [3] - 44:13, 44:20, 48:5
**Raven** [1] - 47:24
**read** [10] - 30:14, 102:9, 102:12, 108:5, 108:9, 109:4, 112:10, 112:13, 112:14
**reading** [3] - 67:12, 110:14, 112:17
**ready** [1] - 68:12
**realize** [1] - 75:8
**really** [4] - 31:14, 50:15, 71:20, 106:15
**reapply** [1] - 13:7
**REASON** [1] - 113:4
**reason** [4] - 17:17, 83:14, 83:19, 112:15
**receive** [7] - 7:17, 29:24, 33:3, 38:5, 40:11, 40:15, 52:24
**received** [6] - 21:5, 30:3, 30:12, 30:18, 51:24, 52:20
**receiving** [5] - 29:8, 29:19, 32:20, 33:7, 33:23
**recently** [2] - 6:4, 92:1
**recess** [3] - 47:18, 82:15, 106:5
**recognize** [11] - 17:5, 18:25, 29:16, 53:16, 53:17, 54:5, 54:8, 86:11, 91:16, 91:18
**recollection** [7] - 30:2,

55:9, 55:24, 56:2, 63:6, 97:14, 104:22
**recommend** [1] - 108:8
**recommendations** [1] - 14:10
**record** [8] - 3:16, 3:19, 47:19, 82:16, 97:2, 102:9, 106:2, 106:7
**records** [1] - 98:17
**rectangle** [4] - 59:12, 62:4, 66:17, 72:24
**recycled** [1] - 9:17
**red** [1] - 88:22
**Reddit** [3] - 90:25, 91:3
**reduced** [1] - 110:9
**redundant** [1] - 13:4
**Ref** [1] - 2:3
**refer** [1] - 12:10
**reference** [1] - 92:13
**referenced** [1] - 26:23
**references** [2] - 18:12, 18:16
**referred** [1] - 51:9
**referring** [2] - 14:6, 92:16
**refilled** [2] - 44:5, 44:8
**regard** [2] - 34:17, 93:5
**regarding** [7] - 21:11, 29:10, 38:7, 86:6, 91:6, 93:1, 100:25
**Regional** [1] - 81:6
**regular** [1] - 89:12
**relabeling** [1] - 11:25
**related** [2] - 40:19, 50:15
**relative** [1] - 110:17
**remanded** [1] - 21:15
**remember** [7] - 26:2, 32:22, 33:7, 39:12, 76:9, 76:10, 85:25
**remind** [1] - 46:7
**render** [1] - 78:19
**rendered** [1] - 99:17
**rendering** [1] - 78:22
**repaired** [1] - 89:22
**repay** [1] - 21:16
**rephrase** [1] - 4:15
**replaced** [2] - 32:5, 32:8
**reporter** [2] - 59:2, 112:13
**REPORTER** [1] - 111:6
**Reporter** [1] - 111:10
**reporting** [1] - 111:11
**represent** [1] - 56:24

**representing** [1] - 3:23
**requested** [1] - 27:8
**require** [2] - 25:22, 79:23
**requirement** [4] - 24:6, 24:9, 24:16, 25:20
**requirements** [4] - 22:14, 25:15, 103:19, 103:21
**rescheduled** [1] - 21:16
**research** [1] - 98:7
**reserve** [1] - 3:1
**reserved** [1] - 3:14
**responders** [2] - 79:12, 79:20
**responses** [1] - 4:9
**responsibilities** [2] - 10:4, 16:11
**responsibility** [2] - 10:24, 27:14
**rest** [1] - 99:20
**restricted** [1] - 26:13
**restrictions** [2] - 36:15, 93:20
**result** [3] - 76:14, 82:4, 100:4
**return** [2] - 112:11, 112:13
**review** [1] - 5:7
**reviews** [1] - 43:10
**revoked** [3] - 21:15, 22:4, 22:6
**Rich** [4] - 31:13, 31:18, 31:20, 46:8
**riding** [1] - 35:9
**rig** [1] - 10:9
**rigging** [1] - 8:11
**ring** [1] - 98:9
**Ritz** [1] - 105:16
**Ritze** [1] - 105:16
**road** [47] - 11:14, 25:8, 25:11, 25:14, 25:19, 28:10, 37:7, 37:15, 37:19, 38:5, 38:25, 39:8, 49:2, 49:3, 58:6, 58:14, 60:18, 60:23, 64:1, 64:4, 64:5, 64:7, 66:6, 66:7, 67:17, 67:18, 70:17, 72:15, 73:6, 74:9, 74:13, 76:23, 83:21, 84:2, 86:20, 86:24, 87:15, 99:19, 102:16, 103:3, 103:4, 103:16, 103:20, 104:3, 106:19, 107:24

**Road** [1] - 51:9
**roads** [8] - 10:1, 33:19, 35:25, 36:13, 36:20, 37:2, 39:19, 103:22
**roadway** [2] - 62:9, 62:14
**rode** [1] - 35:15
**RoGator** [32] - 2:14, 50:22, 51:1, 53:2, 60:17, 61:25, 62:10, 63:19, 66:19, 66:24, 67:2, 74:10, 76:14, 77:3, 81:20, 86:13, 87:22, 88:3, 88:5, 88:13, 89:18, 89:20, 90:7, 90:10, 90:13, 92:22, 103:2, 104:5, 104:19, 106:11, 106:18, 107:19
**RoGators** [2] - 65:12, 88:7
**role** [3] - 11:4, 11:23, 34:17
**roll** [1] - 99:18
**rolled** [1] - 92:20
**rolling** [1] - 99:14
**rollover** [1] - 99:15
**room** [1] - 103:11
**roughly** [2] - 56:17, 71:21
**route** [13] - 45:16, 45:19, 45:22, 46:1, 46:2, 46:4, 52:10, 52:23, 53:10, 58:2, 61:12, 77:17
**routes** [1] - 10:12
**routine** [1] - 46:10
**rpms** [2] - 89:1, 89:6
**RPR** [4] - 1:22, 110:4, 111:9, 111:19
**Rules** [1] - 3:13
**rules** [9] - 4:7, 4:25, 11:8, 38:25, 39:5, 106:12, 106:17, 106:19, 107:23
**run** [1] - 23:25
**rundown** [1] - 16:10
**running** [1] - 28:18
**Ryan** [3] - 38:12, 38:18, 105:22

### S

**safety** [2] - 10:12, 10:13
**saw** [3] - 70:9, 75:14, 98:7
**scanned** [2] - 30:16, 70:9

**scene** [2] - 80:7, 80:8
**schedule** [1] - 42:1
**scheduling** [1] - 11:6
**scheduling-wise** [1] - 11:6
**school** [6] - 6:12, 6:25, 7:2, 7:9, 11:5, 11:17, 11:19, 12:2, 15:9, 101:8, 101:10
**screaming** [1] - 77:5
**screen** [2] - 85:22, 91:11
**seal** [1] - 110:20
**season** [5] - 12:4, 12:22, 13:3, 28:18, 42:23
**seasonal** [1] - 13:2
**second** [7] - 21:18, 36:8, 36:14, 36:17, 88:16, 92:11, 102:9
**seconds** [2] - 73:10, 73:14, 73:17
**section** [1] - 57:10
**Security** [4] - 2:6, 19:4, 20:20, 21:2
**see** [11] - 13:17, 61:24, 64:16, 64:17, 65:2, 71:6, 75:7, 77:4, 86:19, 87:10, 88:3
**Seed** [1] - 11:20
**seed** [3] - 11:23, 11:25, 14:8
**seeing** [2] - 75:12, 81:10
**self** [1] - 14:10
**selling** [1] - 14:8
**semester** [2] - 7:12, 7:13
**semi** [4] - 26:17, 79:22, 91:12, 92:18
**semis** [1] - 92:12
**sent** [4] - 52:12, 52:18, 52:25, 111:14
**sentence** [1] - 95:21
**sentenced** [1] - 95:13
**sentencing** [1] - 22:12
**separate** [2] - 95:11, 95:12
**September** [1] - 92:5
**sergeant** [1] - 8:13
**series** [1] - 52:22
**serve** [1] - 96:7
**served** [1] - 111:9
**services** [1] - 71:23
**set** [5] - 11:13, 48:5, 48:7, 60:23, 110:9
**sets** [1] - 64:14
**settled** [2] - 21:21, 21:22

**seven** [4] - 42:18, 51:17, 69:19, 96:8
**severe** [1] - 15:6
**Seward** [1] - 11:21
**shall** [2] - 30:22, 32:24
**SHAWNA** [4] - 1:2, 111:2, 112:6, 113:2
**Shawna** [1] - 3:23
**sheet** [10] - 46:11, 46:13, 47:2, 47:3, 112:11, 112:12, 112:15, 112:16, 112:17, 112:18
**Sheets** [1] - 2:10
**shift** [1] - 107:2
**shop** [1] - 28:15
**short** [5] - 47:17, 47:18, 82:14, 82:15, 106:5
**shot** [1] - 91:11
**shots** [1] - 56:25
**shoulder** [13] - 62:11, 62:18, 70:3, 72:2, 72:14, 73:6, 74:9, 75:7, 82:21, 99:19, 102:3, 102:16, 103:7
**show** [3] - 43:20, 57:7, 97:4
**showed** [2] - 52:12, 52:21
**showing** [5] - 18:24, 44:20, 46:13, 47:25, 88:17
**shown** [1] - 91:10
**shows** [1] - 92:4
**shutdown** [1] - 45:7
**sic** [1] - 74:7
**side** [11] - 33:15, 56:18, 64:20, 65:7, 65:9, 77:8, 77:9, 77:15, 86:20, 86:23, 103:4
**sign** [12] - 30:17, 93:15, 98:19, 100:15, 104:1, 108:9, 112:11, 112:13, 112:17, 112:18, 112:18
**signal** [1] - 68:14
**signaled** [2] - 64:9, 66:9
**signature** [6] - 109:10, 112:8, 112:10, 112:11, 112:11, 112:17
**SIGNATURE** [1] - 113:20
**signing** [1] - 110:14
**similar** [2] - 88:6, 88:14

**Site** [1] - 2:12
**sitting** [1] - 73:16
**situation** [1] - 99:11
**six** [4] - 6:5, 6:19, 93:16, 93:25
**Six** [1] - 22:12
**size** [1] - 44:13
**sized** [1] - 112:9
**slide** [1] - 62:18
**slightly** [1] - 40:16
**slow** [8] - 68:11, 74:1, 74:18, 74:19, 76:6, 102:2, 102:14, 103:7
**slowed** [7] - 66:8, 69:12, 70:24, 74:3, 75:24, 76:8
**slowing** [5] - 68:14, 69:2, 69:3, 69:5, 102:22
**small** [1] - 44:19
**social** [3] - 90:19, 90:20, 90:23
**Social** [4] - 2:6, 19:4, 20:19, 21:2
**solemnly** [1] - 3:6
**someone** [13] - 16:13, 19:17, 23:25, 31:18, 35:15, 39:25, 41:5, 44:4, 44:17, 50:6, 86:4, 103:14
**sometime** [6] - 12:21, 14:21, 19:13, 20:1, 40:17, 95:4
**sometimes** [1] - 14:9
**somewhere** [3] - 51:18, 57:25, 78:9
**son** [3] - 79:7, 81:8, 81:16
**soon** [2] - 23:7, 112:12
**sorry** [3] - 58:25, 76:2, 104:11
**sort** [5] - 27:25, 28:19, 34:25, 72:13, 84:6
**sound** [5] - 19:14, 20:2, 60:5, 99:5, 100:5
**sounds** [2] - 60:6, 98:10
**south** [4] - 33:15, 61:16, 69:7, 83:25
**South** [6] - 1:12, 1:24, 8:22, 74:6, 111:11, 112:6
**southwest** [2] - 57:25, 71:4
**southwestern** [2] - 57:10
**speakers** [1] - 50:22
**special** [3] - 26:6,

26:15, 26:18
**specific** [10] - 9:1, 25:20, 39:4, 39:12, 59:9, 81:13, 81:17, 106:21, 107:18, 107:22
**specifically** [8] - 39:1, 39:3, 65:8, 69:22, 70:1, 84:19, 88:2, 104:21
**specifics** [1] - 51:7
**specified** [1] - 110:13
**speed** [11] - 60:17, 63:25, 66:3, 68:19, 74:18, 74:19, 103:19, 103:21, 103:25, 104:1, 104:2
**speeding** [8] - 94:13, 94:15, 96:11, 96:14, 97:24, 98:8, 98:23, 99:2
**speeds** [1] - 11:13
**spell** [2] - 3:18, 38:13
**spend** [3] - 21:25, 22:5, 35:12
**spent** [8] - 28:15, 28:17, 35:9, 36:2, 36:18, 37:1, 37:14, 37:19
**spot** [3] - 59:5, 59:9, 70:19
**spray** [2] - 26:25, 27:1
**sprayer** [1] - 34:3
**spraying** [5] - 13:3, 41:25, 42:5, 42:7
**spread** [1] - 46:14
**spreader** [9] - 35:3, 35:5, 35:8, 38:8, 38:24, 39:7, 39:24, 52:4, 52:8, 62:14
**spur** [1] - 28:17
**ss** [3] - 109:14, 110:2, 113:21
**stack** [5] - 46:24, 47:4, 51:25, 52:20, 54:4
**stance** [2] - 62:23, 63:1
**standard** [1] - 51:19
**Stanton** [1] - 37:11
**start** [19] - 3:11, 4:10, 18:7, 18:11, 33:14, 42:14, 42:16, 43:22, 51:15, 52:14, 66:11, 66:12, 66:14, 66:15, 68:16, 72:4, 75:3, 83:10, 93:12
**started** [2] - 12:7, 15:19, 16:15, 19:7, 19:22, 20:1, 31:25, 32:1, 40:3, 40:5,

40:12, 41:20, 41:25, 53:11, 64:10, 66:10, 69:1, 69:3, 69:5, 69:12, 69:17, 70:4, 73:24, 74:1, 78:1, 78:6, 82:25
**starting** [3] - 19:23, 27:5, 107:1
**starts** [1] - 38:16
**State** [3] - 1:23, 27:24, 110:5
**STATE** [3] - 109:13, 110:2, 113:21
**state** [5] - 3:16, 9:23, 9:24, 27:22, 109:3
**statement** [3] - 80:13, 80:14, 80:15
**statements** [2] - 81:13, 81:17
**STATES** [2] - 1:1, 111:1
**States** [1] - 112:7
**states** [1] - 92:12
**Statute** [1] - 2:16
**statute** [1] - 102:10
**steep** [1] - 33:16
**steer** [1] - 81:21
**steering** [1] - 48:17
**step** [2] - 58:17, 68:10
**steps** [1] - 107:21
**stick** [1] - 78:16
**still** [8] - 8:5, 10:3, 12:17, 36:18, 70:12, 71:18, 72:3, 99:18
**stipulations** [1] - 110:14
**stop** [11] - 12:19, 60:7, 70:19, 74:23, 75:19, 75:20, 93:14, 94:10, 98:19, 100:15
**stopped** [11] - 72:8, 72:18, 72:19, 72:22, 73:5, 73:11, 74:5, 75:1, 75:22, 80:25, 82:19
**stops** [1] - 61:1
**store** [1] - 48:19
**straight** [2] - 66:12, 83:15
**streaming** [2] - 49:18, 50:7
**Street** [8] - 1:12, 1:16, 1:24, 6:3, 111:11, 111:20, 112:2, 112:6
**stretch** [1] - 37:23
**Stryker** [1] - 1:23, 111:10, 112:5
**STRYKER** [1] - 1:11
**study** [1] - 27:20
**stuff** [2] - 9:12, 17:21

**Subscribed** [2] - 109:16, 113:23
**suffered** [1] - 14:15
**Suhr** [1] - 111:19
**suit** [1] - 110:18
**Suite** [1] - 1:16
**sundown** [3] - 45:2, 45:7, 45:10
**sunny** [1] - 61:6
**supervising** [1] - 39:25
**supervisor** [1] - 105:11
**supervisory** [1] - 11:4
**support** [1] - 76:11
**supposed** [3] - 16:12, 37:9, 79:3
**surface** [1] - 66:4
**suspended** [6] - 22:20, 22:21, 22:22, 23:1, 23:7, 100:3
**suspension** [1] - 22:24
**sustain** [2] - 79:24, 80:3
**sustained** [1] - 80:4
**swath** [1] - 47:25
**sworn** [3] - 3:7, 109:16, 110:7, 113:23
**system** [6] - 47:20, 47:23, 47:24, 48:16, 49:4, 88:12
**systems** [1] - 9:11

---

**T**

**TAKEN** [1] - 1:5
**talkie** [1] - 49:17
**talks** [4] - 30:21, 31:8, 32:11, 32:23
**task** [1] - 34:19
**teaching** [1] - 36:10
**techniques** [1] - 11:8
**ten** [5] - 8:21, 79:13, 79:14, 96:8, 104:13
**ten-gauge** [1] - 104:13
**tender** [3] - 43:24, 78:25, 87:10
**term** [2] - 42:6, 78:2
**terms** [2] - 16:15, 98:19
**test** [4] - 9:15, 9:16, 27:3, 27:18
**tested** [2] - 32:13, 32:15
**testified** [1] - 3:7
**testify** [1] - 110:7
**testimony** [1] - 109:7
**TESTIMONY** [1] -

110:19
**testing** [1] - 32:12
**tests** [3] - 28:9, 28:10, 28:11
**thankfully** [2] - 78:14, 92:25
**THE** [5] - 1:1, 1:1, 108:10, 111:1, 111:1
**they've** [2] - 3:25, 111:1
**Thibault** [7] - 1:22, 110:4, 111:9, 111:19, 111:19, 112:22
**thick** [1] - 27:20
**thin** [1] - 62:15
**thinking** [4] - 50:18, 56:9, 72:11, 106:9
**thinned** [1] - 62:16
**third** [5] - 69:6, 88:23, 88:25, 95:23, 96:3
**thousand** [1] - 95:25
**three** [17] - 9:13, 9:14, 27:5, 27:6, 27:19, 37:21, 38:2, 55:10, 64:15, 67:7, 67:10, 67:14, 69:6, 72:20, 72:22, 88:7, 91:25
**three-quarter** [3] - 67:7, 67:10, 67:14
**throttle** [5] - 61:2, 74:21, 75:9, 75:21, 80:20
**thrown** [2] - 76:10, 77:1
**thumb** [1] - 11:9
**ticket** [5] - 94:13, 96:11, 96:14, 98:8, 98:23
**tickets** [2] - 97:24, 100:21
**tight** [1] - 65:12
**timeline** [3] - 16:2, 21:11, 23:14
**tires** [1] - 34:7
**today** [1] - 108:4
**today's** [2] - 4:23, 5:4
**together** [2] - 27:25, 64:7
**took** [3] - 89:23, 97:12, 112:5
**top** [2] - 63:25, 83:22
**topic** [1] - 15:3
**tornado** [2] - 89:23, 90:7
**towards** [17] - 55:2, 55:4, 55:15, 56:12, 57:8, 57:14, 57:20, 58:10, 62:20, 66:21, 66:24, 67:2, 72:5, 99:16, 103:10,

103:15
**track** [1] - 46:15
**tractor** [1] - 33:18
**traffic** [9] - 39:9, 39:16, 63:2, 63:7, 100:21, 101:12, 102:4, 102:23
**trained** [2] - 35:2, 38:11
**trainer** [7] - 38:7, 38:23, 39:5, 39:20, 105:17, 105:24, 106:12
**training** [26] - 8:20, 8:23, 9:1, 9:8, 9:9, 9:15, 11:3, 27:17, 27:25, 33:1, 33:3, 33:7, 33:13, 33:23, 34:6, 34:20, 34:24, 34:25, 35:8, 38:7, 40:3, 40:5, 40:12, 41:20, 106:9, 106:17
**transcribed** [1] - 108:6
**transcribing** [1] - 111:12
**transcript** [2] - 112:10, 112:13
**transcription** [1] - 109:6
**transport** [2] - 8:10, 8:13
**transported** [2] - 81:2, 81:9
**travel** [3] - 60:18, 62:15, 84:3
**traveled** [1] - 58:5
**traveling** [2] - 58:10, 83:21
**tree** [2] - 77:11, 83:24
**trees** [1] - 76:22
**trial** [6] - 3:3, 3:14, 21:12, 21:14, 21:16, 21:23
**triangle** [1] - 104:7
**tried** [1] - 99:16
**truck** [12] - 8:10, 8:25, 9:5, 10:4, 10:11, 43:25, 75:14, 76:21, 78:25, 79:3, 87:10, 103:10
**true** [1] - 109:6
**truly** [1] - 112:20
**truth** [3] - 110:7, 110:8
**try** [2] - 4:15, 74:23
**trying** [10] - 60:14, 70:18, 70:22, 70:25, 72:3, 73:2, 83:6, 86:1, 89:16, 101:8
**Tumbler** [1] - 90:21

**turn** [57] - 64:9, 64:11, 65:12, 65:13, 65:24, 65:25, 66:7, 66:10, 66:11, 66:13, 66:14, 66:15, 67:7, 67:9, 67:10, 67:14, 67:16, 67:22, 68:1, 68:8, 68:13, 68:16, 68:18, 68:23, 69:17, 70:4, 70:24, 71:3, 71:6, 72:5, 72:9, 73:7, 73:20, 73:22, 73:24, 74:15, 74:18, 74:20, 75:3, 75:6, 75:13, 76:17, 80:18, 80:19, 80:25, 82:25, 83:6, 83:11, 84:8, 106:25, 107:3, 107:7, 107:9, 107:22
**turned** [3] - 69:23, 70:1, 93:18
**turning** [9] - 65:14, 65:18, 66:1, 66:12, 68:19, 69:22, 71:14, 84:7
**turns** [3] - 65:11, 88:22, 106:13
**tweet** [1] - 91:11
**tweets** [4] - 92:4, 92:8, 93:1, 93:4
**Twelfth** [2] - 6:2, 112:2
**twice** [1] - 68:9
**Twitter** [7] - 2:15, 90:25, 91:9, 91:19, 91:20, 91:24
**two** [31] - 7:20, 8:17, 9:11, 9:19, 11:19, 27:19, 30:4, 35:16, 36:18, 37:1, 37:17, 37:20, 37:21, 38:2, 39:18, 46:16, 46:20, 46:24, 50:6, 69:6, 71:16, 73:11, 79:21, 79:22, 81:21, 81:22, 81:23, 81:25, 82:20, 91:25, 96:4
**two-day** [2] - 37:17, 37:20
**two-way** [1] - 50:6
**two-wheel** [4] - 81:21, 81:22, 81:23, 81:25
**type** [7] - 33:25, 35:7, 47:20, 49:17, 71:10, 90:23, 93:10
**types** [3] - 34:22, 41:22, 108:6
**typical** [2] - 42:1, 45:19
**typically** [2] - 44:11,

60:22

**U**

**unconscious** [3] - 77:20, 77:24, 78:3
**under** [4] - 4:8, 48:9, 65:1, 109:3
**underage** [1] - 96:6
**undergo** [1] - 11:2
**underneath** [1] - 87:12
**understood** [2] - 4:16, 18:6
**understudy** [1] - 35:12
**undetailed** [1] - 49:3
**unhook** [1] - 34:19
**unit** [1] - 10:10
**UNITED** [2] - 1:1, 111:1
**United** [1] - 112:7
**unknown** [1] - 83:9
**UNL** [1] - 7:12
**unless** [1] - 48:15
**unload** [1] - 9:4
**unresponsive** [1] - 78:2
**up** [37] - 18:11, 28:18, 34:3, 34:22, 39:11, 40:11, 42:25, 43:20, 43:23, 48:5, 48:9, 48:10, 48:14, 52:12, 52:19, 52:20, 52:25, 58:18, 59:6, 59:17, 63:10, 63:13, 71:1, 74:19, 75:3, 76:22, 77:6, 79:4, 80:11, 81:2, 82:17, 86:21, 99:14, 105:20, 106:13, 107:22

**V**

**varies** [1] - 45:17
**vary** [3] - 44:14, 45:16, 62:12
**veer** [1] - 103:11
**veered** [1] - 72:13
**vehicle** [40] - 9:10, 10:22, 20:16, 24:1, 24:2, 24:5, 24:23, 33:25, 35:4, 40:19, 62:17, 62:19, 62:23, 64:21, 65:1, 65:21, 66:2, 70:3, 72:1, 75:19, 76:8, 76:18, 77:12, 77:14, 77:17, 79:4, 82:8, 86:22, 87:1, 87:4, 93:15, 99:14, 99:17,

101:15, 101:21, 102:2, 102:15, 103:6, 106:14, 107:9
**vehicles** [11] - 9:20, 10:19, 24:24, 25:2, 25:18, 25:22, 61:24, 65:24, 67:25, 68:1, 107:1
**verbal** [4] - 4:8, 80:14, 80:16, 97:9
**verbally** [2] - 97:4, 97:6
**versus** [3] - 27:14, 37:2, 37:6
**view** [3] - 64:20, 83:3, 101:7
**violate** [1] - 101:3
**violating** [2] - 98:19
**violation** [2] - 96:13, 100:15
**violations** [1] - 100:22
**vision** [2] - 61:19, 61:22
**voluntarily** [5] - 12:25, 85:6, 85:7, 97:20, 97:21
**volunteered** [1] - 27:9

**W**

**wait** [10] - 4:9, 40:14, 43:24, 44:4, 59:2, 59:5, 59:10, 73:3
**waiting** [2] - 58:21, 59:15
**waived** [2] - 110:15, 112:8
**walk** [1] - 43:20
**walked** [1] - 99:20
**walkie** [2] - 49:17
**walkie-talkie** [1] - 49:17
**walking** [1] - 77:4
**wall** [2] - 77:8, 77:16
**water** [3] - 7:12, 34:13, 47:15
**Wayne** [1] - 51:9
**weather** [4] - 10:15, 42:19, 42:20, 61:4
**week** [25] - 9:14, 13:18, 15:23, 19:19, 20:4, 20:9, 20:10, 35:9, 35:12, 35:18, 36:2, 36:6, 36:8, 36:14, 36:17, 42:12, 42:18, 92:12, 107:10, 104:8, 104:12
**weekend** [1] - 8:17
**weekends** [1] - 9:19

**weeks** [6] - 8:17, 8:21, 8:22, 9:19, 11:19, 30:4

**West** [2] - 5:25, 94:7

**west** [5] - 53:11, 58:14, 67:22, 94:6, 94:9

**wheel** [8] - 48:17, 81:21, 81:22, 81:23, 81:25, 82:1, 99:13

**wheelbase** [1] - 62:15

**whereabouts** [1] - 9:22

**WHEREOF** [1] - 110:19

**whole** [5] - 6:15, 6:18, 31:5, 71:17, 110:7

**wide** [3] - 65:13, 66:13, 66:14

**wider** [1] - 65:25

**wife** [4] - 1:3, 111:3, 112:7, 113:2

**wiggle** [1] - 87:12

**window** [2] - 77:18, 77:19

**Winside** [6] - 52:18, 52:20, 52:25, 53:3, 105:2, 105:7

**wire** [3] - 104:9, 104:13, 104:16

**wise** [3] - 11:6, 42:2, 65:17

**wish** [1] - 26:25

**Wisner** [4] - 6:9, 7:3, 37:10, 112:3

**Wisner-Pilger** [1] - 7:3

**witness** [2] - 110:15, 112:12

**WITNESS** [2] - 108:10, 113:20

**Witness** [3] - 57:16, 59:11, 69:10

**witnessed** [2] - 82:7, 82:11

**WITT** [1] - 1:15

**Wood** [1] - 8:23

**write** [1] - 6:3

**writing** [1] - 110:10

**written** [6] - 29:9, 32:19, 38:6, 40:25, 80:14, 97:7

**wrote** [1] - 53:22

**Wyatt** [3] - 13:22, 14:12, 24:8

## Y

**yard** [4] - 16:12, 27:15, 31:12, 105:15

**yards** [1] - 61:17

**year** [6] - 7:6, 8:18, 13:7, 38:21, 91:4, 95:6

**years** [3] - 27:5, 27:6, 91:25

**York** [1] - 11:20

**young** [2] - 77:12, 78:11

**younger** [1] - 81:16

**yourself** [3] - 20:14, 90:14, 92:9

## Z

**zone** [1] - 94:18

**zoom** [1] - 57:2

# APPLICATION FOR EMPLOYMENT

FARMERS COOPERATIVE — PILGER, WINSIDE, STANTON
PO BOX 326
PILGER, NE 68768

Position Applied For _____   Date of Application *April 4, 2013*

Name *Brieson Jensen*

Address *514 Avenue E   Wisner, NE 68791*

_____

Telephone *(402)-380-1237*

Social Security Number *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*

Have you ever filed an application with us before? _____ Yes __X__ No  If Yes, when _____

Have you ever been employed with us before? _____ Yes __X__ No  If Yes, when _____

Are you currently employed? _____ Yes _____ No   May we contact current employer? _____ Yes _____ No

Are you prevented from lawfully becoming employed in this country because of Visa or Immigration Status?
Proof of citizenship or immigration status will be required upon employment. _____ Yes __X__ No

On what date would you be available to start work? *4-10-13* __X__ Yes _____ No

Are you able to work: __X__ Full Time __X__ Part Time _____ Temporary _____ Shift Work

Are you currently on "lay-off" status and subject to recall? _____ Yes __X__ No

Can you travel if a job requires it? _____ Yes __X__ No

Have you been convicted of a felony within the last 7 years? _____ Yes __X__ No
Conviction will not necessarily disqualify an applicant from employment.
If Yes, please explain. _____

_____

EXHIBIT

/

PENGAD 800-631-6989

# EDUCATION

|  | Name & Address of School | Course of Study | Years Completed | Diploma Degree |
|---|---|---|---|---|
| Elementary School | Wisner, NE |  | 8 |  |
| High School | Wisner NE |  | 4 | High School Diploma |
| Undergraduate College |  |  |  |  |
| Graduate Professional |  |  |  |  |
| Other (Specify) |  |  |  |  |

| Indicate any foreign languages you can speak, read and/or write. | | | |
|---|---|---|---|
|  | FLUENT | GOOD | FAIR |
| SPEAK |  |  |  |
| READ |  |  |  |
| WRITE |  |  |  |

Describe any specialized training, apprenticeship, skills and extra-curricular activites.

_____

_____

_____

Describe any job-related training received in the United States military.

I drive truck for the National Guard once a month.

_____

_____

DEF000633

# EMPLOYMENT EXPERIENCE

Start with you present or last job.  Include any job-related military service assignments and volunteer activities.  You may exclude organizations which indicate race, color, religion, gender, national origin, disabilities or other protected status.

| Employer: Ruth Feed lots, Inc | Dates Employed | | Work Performed |
|---|---|---|---|
| Address: 470 S. Road   Wisner, NE  68791 | From | To | Lawn maintainence |
| Telephone: (402) 529-6608 | JUNE 08 | MAY 2012 | Fencing, Feeding Livestock, Cleaning |
| Job Title: Laborer | Hourly Rate/Salary | | Machinery |
| Supervisor: Paul Rabe | Starting | Final | |
| Reason For Leaving: College | $6.55/hr | $7.25/hr | |

| Employer: | Dates Employed | | Work Performed |
|---|---|---|---|
| Address: | From | To | |
| Telephone: | | | |
| Job Title: | Hourly Rate/Salary | | |
| Supervisor: | Starting | Final | |
| Reason For Leaving: | | | |

| Employer: | Dates Employed | | Work Performed |
|---|---|---|---|
| Address: | From | To | |
| Telephone: | | | |
| Job Title: | Hourly Rate/Salary | | |
| Supervisor: | Starting | Final | |
| Reason For Leaving: | | | |

| Employer: | Dates Employed | | Work Performed |
|---|---|---|---|
| Address: | From | To | |
| Telephone: | | | |
| Job Title: | Hourly Rate/Salary | | |
| Supervisor: | Starting | Final | |
| Reason For Leaving: | | | |

DEF000634

...ist professional, trade, business or civic activities and offices held. _____

_____

_____

Other Qualifications.  Summarize special job-related skills and qualifications acquired from employment or other experience.

_____

_____

_____

State any specialized skills or additional information that you feel may be helpful to us in considering your application for employment.

_____

_____

_____

_____

REFERENCES (Name, Address, Phone)

1. Greta Roth        440 S Road  Wisner NE 68791  (402)-529-6608

_____

2. ~~Greg McBride~~ Dale Alexander        ~~(402)-380-8093~~  (402)-369-1444

_____

3. ~~Brad Karsten~~ Carolyn Piper        ~~(402)-30~~  (402)-390-8887

_____

_____

DEF000635









# FARMERS COOPERATIVE

PO BOX 326, PILGER, NE  68768
PILGER 402-396-3414
FAX 402-396-3269
TOLL FREE 800-922-3414

STANTON 402-439-2430
WINSIDE 402-286-4277
SPURVILLE 402-841-8119

## COMPANY POLICY

### June 14, 2013

The Farmers Cooperative is a business created and owned by farmer members that it serves.

The Directors and Management are aware that in addition to their duties to the membership to adhere to sound business principles it also has an obligation to its employees.  Likewise, the employee also has a definite obligation to the Co-op and his employer.

The following policies are established to define as clearly as possible the nature and extent of the responsibilities on the part of the cooperative, the Directors, the Manager, and the employees.  These policies are intended to create a good employee and employer relationship which will in turn create good membership.

Suggestions and constructive criticism are welcome at all times.

1. The board has the duty to act as a unit and not as individuals or a part of the Board.  The Board shall at all times act in the best interest of the Co-op and the benefit of everyone in the community.
2. The Board shall select and employ a competent manager to conduct the business operation of the Co-op along sound business principles and in the best interest of its members.
3. The Manager shall at all times hire employees best qualified for the jobs they are to perform.  He/she shall have full authority to hire or dismiss employees.  It shall be his/her duty to supervise and direct all operation of the Co-op.
4. It shall be the duty of the Manager to hire employee capable of maintaining a bookkeeping department that will provide the Manager and the Board of Directors with the records and reports required to operate the cooperative.  The Manager and Board of Directors shall employ a competent outside auditing firm to report directly to them on an annual basis.
5. All department managers shall meet with the General Manager on such a regular basis as to insure that communications are maintained that allow for smooth operation of all phases of the cooperative.  It shall be the duty of the General Manager to see that such meetings and schedules are carried out as needed.
6. It shall be the duty of each department and Branch Manager to direct the routine, on the job activities of the employees working in his or her department.  It shall also be the responsibility of the department head to see to it that his or her department operates at as high a service and profitability level as possible.



EXHIBIT
3

DEF000678

7. All areas under the control of the Co-op will be kept in a neat orderly manner at all times, especially the area where patrons are being served. It shall be the duty of each employee, as well as management, to see that this is done.

8. All employees are expected to be neat, clean and to conduct themselves in a businesslike and courteous manner. He or she should be civic minded and work with the community whenever possible.

9. The Co-op random drug testing is to include all employees. Alcohol or drug abuse by any Co-op employee will be handled according to the terms of our Drug Free Work Place Policy. FIRST OFFENSE—If employee cooperates by completing a voluntary drug or alcohol treatment program and agrees to comply with random drug testing he/she, if proving negative, on such testing, may retain their position. SECOND OFFENSE—Immediate termination of employment.

10. The Co-op will strive to maintain a work environment in which employees can be free of any unintentional sexual harassment or discrimination. The General Manager will immediately move to stop any sexual harassment or discrimination as soon as the General Manager becomes aware of it and take appropriate action, including disciplinary action or termination. Employees are expected to immediately report any instances of sexual harassment or discrimination as soon as they become aware of such conduct.

11. Any employee who is released from the employment of the Co-op shall receive two weeks' severance pay. Any employee who resigns is asked to give two weeks' notice.

12. Any employee leaving the place of business for any length of time for other than company business shall do so only after he/she has received permission from the manager.

13. It shall be the policy of the Co-op to take part in any employee training programs deemed necessary by the manager.

14. Two regular breaks from work are allowed on a daily basis. These break periods should not exceed 15 minutes. Breaks should only be taken when and if work schedules allow time. Employees should be aware that breaks on company time are a privilege, not an inalienable right.

15. Any employee who has been away from his/her department should immediately upon returning report back to his/her area for further updates on his/her work schedule.

16. A majority of our employees work within multiple departments, so it is expected of each employee to help in any department when needed.

17. Only with the approval of the Manager may employees use the equipment or facilities of the Co-op for personal use.

18. Employees shall be allowed to purchase merchandise and accessories through the hardware and service station for 10% above cost. All other purchases of farm supplies, groceries and commodities will have to be at retail price.

19. All full time employees, whenever possible, are encouraged to wear neat, clean uniforms while on duty. Full time employees will be allowed $220.00 on an annual basis to purchase or rent company identified uniforms. Rental cost over the annual $220.00 will be deducted from the employee's bi-weekly paycheck. Purchased uniforms over the allowed amount will be charged to the employees account.

20. If it is necessary for any employee to use his/her personal vehicle for Co-op business, that employee will be reimbursed per mile at the current IRS approved rate.

21. Vacation time will be allowed for employees with continuous service as follows: One week after the first year; 2 weeks after the second year; and 3 weeks after the tenth year. Vacation schedules must be worked out in advance with the management. Vacation time can only be carried forward from year to year when arrangements are made in advance with

the General Manager. If arrangements to carry over unused vacation is not made prior to year end the carryover will be forfeited by the employee. For those employees who earn 3 weeks vacation, if circumstances arise which the employee is unable to use the entire 3 weeks within the calendar year, the employee is allowed to choose a payout of no less than 2 days and no more than one week, to be paid in the last pay of November.

22. Paid sick leave will be allowed to all full time employees who have had at least 90 days continuous employment. The paid sick leave will amount to one day for each month worked to an accumulation of 45 days maximum. Any employee proven to be taking advantage of sick leave for other than actual sickness is subject to dismissal.

23. Regular full time employees will be allowed up to 3 days for absence because of serious illness or death in the employee's immediate family. Time off for other funerals may be granted in special cases by the manager.

24. Regular work hours and work schedules may be different for various departments. However, when the seasonal demands of spring planting and fall harvest are upon us, all employees should understand that work schedules are regulated by whatever it takes to get the job accomplished.

25. The following Holidays will normally be observed: New Year's Day, Memorial Day, July 4th, Labor Day, Veterans Day, Thanksgiving Day, and Christmas Day.

26. Full time employees are defined as those employees that work a full time schedule of at least 36 hours per week.

27. Seasonal employees are those that work during the Spring and Fall season, as the work schedule demands. This is less than a three month period during either Spring or Fall and not more than a three month period during either Spring or Fall and not more than 5 months annually.

28. Part time employees are those that work less than 30 hours per week or 1560 hours annually on an on call or regular schedule.

29. All full time employees are entitled to participate in the company group health insurance plan and 401k retirement program.

30. If an employee chooses not to participate in the group health plan the Co-op agrees to compensate that employee on a basis comparable to the lowest rate paid for single coverage by any employee in the total work force.

31. No employee shall be engaged in any other occupation that will be detrimental to his/her work for the Co-op or to the Co-op.

32. This set of policies has been adopted by the Board of Directors and shall supersede any policies now practiced by the Co-op. Company policies will be reviewed as deemed necessary by the Board of Directors.

BOARD OF DIRECTORS
FARMERS COOPERATIVE
PILGER, NEBRASKA


_____, Secretary

DEF000680

148

Done — Scott Marotz 79A Hoffman Place 40# Nutri 87#
        Daniel 5082
Done — Scott Marotz 150A Carroll Pivot. 50# Nutri 109#
Done ✓ Kevin Marotz 80A Pivot 70# Nutri 152#
Done — "  "  425A 40# Nutri 120 home place 65A molach 87#
                                  162 wanbock 7PA south of home
Done — Kurt Marotz 85A Pivot 109# Nutri
Done — "  "  63A east of home place 105# Nutri
Done — "  "  60A south Place by old home south rd. 109# nutri
Done — Ken Wied Marotz 45A North of Place 1qt. C.S.P. 1qt. 2mB  30c callisto
Done — "  "  75A my Place same
Done — "  "  165A Home Place same
Done — "  "  144A Peters Place same
Done — Brian Recq 172A Beams 1qt. C.S.P. + 1qt. 2mB
Done — Scott Marotz 135A Nutri 87#
Done — "  "  140A Nutri 87# + 50# Ams ✗✗
Done — "  "  152A Nutri 87# + 30# Ams
Done — John Aylos 50A Shirly Meyer Plc call Jok 30# 260# Nutri 30# Ams
Done — "  "  West 80 77A
Done — "  "  137A east home

Done — Kyle Fredrick 90A corn 1qt. C.S.P. 30c Callisto

EXHIBIT
4

DEF000671

MIX SHEET                                                                    BATCH  1 OF  1

NAME                          FARMERS CO-OP                           ORDER # : 025186
KEVIN KAROTZ                  P.O. BOX 326                            PERMIT #:
                              PILGER, NE  68768                       CROP YR : 2013
FIELD HWY 35                  ALSO WINSIDE & STANTON, NE.             APPL. # : 9
                                                                     ACRES  :    .00
ASSIGN NO         NE 68740-4023                                       FIELD # : 1
                                                                     DATED  : 06/26/2013

APPLIED ACRES  :  80.00          MEMO :                    LAB  :
MATERIAL GROUP : DRYW            DRY FERTILIZER            UNITS : LB
INGREDIENT ID  DESCRIPTION       U/M    UNITS/ACRE   UNITS/BATCH   LBS/BATCH    SCALE LBS    MIX LBS  BIN#  RM
UREANUTRIW     UREANUTRIW        LB      152.000     12160.000     12160.000    12160.000    12160.000        [ ]
                                 TOTAL LBS/ACRE  :   152.000
REGISTRY      :  50.000          ACRES/BATCH   :     80.00      TOTAL LBS   :   12160.000

                     N      P      K      S      Z      B
GUARANTEED ANALYSIS : 46.0   .0     .0     .0     .0     .0        ****************************
NUTRIENTS/ACRE  :  69.9   .0     .0     .0     .0     .0          *              |           *
                                                                 *              |           *
DATE APPLIED       :                             TIME APPLIED   : __:__ AM __:__ PM *       *
APPLICATOR UNIT    :                             OPERATOR       :                 *         *
REMAINING CROPS    :                             LICENSE #      :                 *         *
WEED BED CONDITIONS : GOOD __  LUMPY __  TRASH __  CHECKSTRIP    : YES __   NO __   *        *
                      WET __   DRY __   ___ __   ORGANIC MATTER  : 1-3 __  3+ __   ****************************
HERBICIDE APPLICATION: PRE __   POST __          TEMPERATURE     : BELOW __
                      SURFACE__ EARLY __                          NORMAL__  NORMAL__   ABOVE
SOIL TEXTURE       : COARSE __ MEDIUM __ FINE __  CROP HEIGHT    :                 WEED HEIGHT : NORMAL__
% OF APPLICATION   :                             WIND DIRECTION :                 WIND VELOCITY: _____
PRESSURE & NOZZLES :                             TEMPERATURE    :
GENERAL COMMENTS   :

WEEDS          : COCKLEBUR, VELVETLEAF, PIGWEED, MORNINGGLORY, SUNFLOWER, FOXTAIL, CRABGRASS, SHATTERCANE, JOHNSONGRASS
TARGET CATEGORY : GRASS, BROADLEAVES, FUNGUS, INSECTS

CHEMICAL ID  LEGAL DESCRIPTION       POST INFORMATION       EPA #       U/M   UNITS/ACRE  LBS/BATCH  GAL/BATCH

Comments: PIVOT

EXHIBIT
5

DEF000672

```
                                              MIX SHEET                                    BATCH 1 OF 1
                                                                           ORDER # : 025177
SCOTT MAROTZ              FARMERS CO-OP                                     PERMIT #:
                         P.O. BOX 326                                       CROP YR : 2013
                         PILGER, NE 68768                                   APPL. # : 5
583 AVENUE               ALSO WINSIDE & STANTON, NE.                        ACRES   :    .00
                                                                           FIELD # : 1
HOSKINS         NE 68740-4073                                              DATED   : 06/25/2013

APPLIED ACRES :  79.00          MEMO :                       LAB  :
MATERIAL GROUP : DRYW          DRY FERTILIZER                UNITS : LB
INGREDIENT ID  DESCRIPTION      U/M   UNITS/ACRE  UNITS/BATCH  LBS/BATCH  SCALE LBS   MIX LBS BIN#  RM
UREANUTRIW     UREANUTRIW       LB      87.000     6873.000    6873.000   6873.000   6873.000      [ ]
                               TOTAL LBS/ACRE :     87.000
DENSITY       :   50.000       ACRES/BATCH    :     79.00    TOTAL LBS   :  6873.000

               N    P    K    S    Z    B                    *******************************
GUARANTEED ANALYSIS: 46.0  .0   .0   .0   .0   .0            *            |                *
NUTRIENTS/ACRE    :  40.0  .0   .0   .0   .0   .0            *            |                *

DATE APPLIED     : _____        TIME APPLIED  : __:__ AM __:__ PM  *--------|-----------*
APPLICATOR UNIT  : _____        OPERATOR      : _____  *            |                *
ADJOINING CROPS  : _____        LICENSE #     : _____  *            |                *
SEED BED CONDITIONS : GOOD __  LUMPY __ TRASH __  CHECKSTRIP  : YES ___   NO ___   *            |                *
                      WET  __  DRY __ _____ __    ORGANIC MATTER : 1-3 __     3+ __  *******************************
HERBICIDE APPLICATION: PRE __  POST __            TEMPERATURE   : BELOW              ABOVE
                      SURFACE__ EARLY __                         NORMAL__  NORMAL__  NORMAL__
SOIL TEXTURE     : COARSE __ MEDIUM__ FINE __    CROP HEIGHT   : _____  WEED HEIGHT  : _____
  OF APPLICATION  : _____          WIND DIRECTION : _____  WIND VELOCITY: _____
  URE & NOZZLES   : _____          TEMPERATURE   : _____
GENERAL COMMENTS  : _____
                   : _____
WEEDS            : COCKLEBUR, VELVETLEAF, PIGWEED, MORNINGGLORY, SUNFLOWER, FOXTAIL, CRABGRASS, SHATTERCANE, JOHNSONGRASS
TARGET CATEGORY  : GRASS, BROADLEAVES, FUNGUS, INSECTS

INGRED. ID  LEGAL DESCRIPTION      POST INFORMATION      EPA #        U/M   UNITS/ACRE  LBS/BATCH  GAL/BATCH

Comments: DOFFIN PLACE
```

DEF000673

```
VC3                                    MIX SHEET                              BATCH  1 OF  2
MA.SO                       FARMERS CO-OP                          ORDER # : 025187
SCOTT MAROTZ                P.O. BOX 326                           PERMIT #:
                            PILGER, NE 68768                       CROP YR : 2013
34819 563 AVENUE            ALSO WINSIDE & STANTON, NE.            APPL. # : 6
                                                                  ACRES   :     .00
WAYNE       NE 68740-4073                                          FIELD # : 1
                                                                  DATED   : 06/26/2013

APPLIED ACRES  : 150.00         MEMO :                     LAB   :
MATERIAL GROUP : DRYW          DRY FERTILIZER             UNITS : LB
INGREDIENT ID  DESCRIPTION      U/M   UNITS/ACRE   UNITS/BATCH   LBS/BATCH   SCALE LBS   MIX LBS  BIN#   RPM
UREANUTRIW     UREANUTRIW       LB    109.000      8175.000      8175.000    8175.000    16350.000       [ ]
                                TOTAL LBS/ACRE :   109.000
DENSITY        :   50.000       ACRES/BATCH    :   75.00    TOTAL LBS   :   8175.000

                    N     P     K     S     Z     B                  *******************************
GUARANTEED ANALYSIS: 46.0  .0    .0    .0    .0    .0                *                i              *
NUTRIENTS/ACRE    :  50.1  .0    .0    .0    .0    .0                *                i              *
                                                                    *                i              *
DATE APPLIED        :                               TIME APPLIED  : __:__ AM __:__ PM *---------------
APPLICATOR UNIT     :                               OPERATOR      :                  *                i     *
ADJOINING CROPS     :                               LICENSE #     :                  *                i     *
SEED BED CONDITIONS : GOOD __   LUMPY __  TRASH __  CHECKSTRIP   : YES ___   NO __   *                i     *
                      WET  __   DRY  __   _____   ORGANIC MATTER : 1-3 __    3+ __  ********************************
HERBICIDE APPLICATION: PRE __   POST __             TEMPERATURE   : BELOW              ABOVE
                      SURFACE__  EARLY __                          NORMAL__   NORMAL__   NORMAL__
     TEXTURE        : COARSE __  MEDIUM__  FINE __  CROP HEIGHT   : _____   WEED HEIGHT  : _____
     OF APPLICATION :                               WIND DIRECTION :          WIND VELOCITY: _____
PRESSURE & NOZZLES  :                               TEMPERATURE   :
GENERAL COMMENTS    :
                    :
WEEDS               : COCKLEBUR, VELVETLEAF, PIGWEED, MORNINGGLORY, SUNFLOWER, FOXTAIL, CRABGRASS, SHATTERCANE, JOHNSONGRASS
TARGET CATEGORY     : GRASS, BROADLEAVES, FUNGUS, INSECTS

INGRED. ID   LEGAL DESCRIPTION         POST INFORMATION        EPA #        U/M   UNITS/ACRE   LBS/BATCH   GAL/BATCH

Comments:
```

Carroll Pivot

DEF000674

```
  1 :3                                    MIX SHEET                              BATCH  2 OF  2
  :45                       FARMERS CO-OP                              ORDER # : 025187
 SCOTT MAROTZ                P.O. BOX 326                              PERMIT #:
                            PILGER, NE 68768                          CROP YR : 2013
 44814 563 AVENUE           ALSO WINSIDE & STANTON, NE.               APPL. # : 6
                                                                     ACRES   :    .00
 HOSKINS         NE 68740-4073                                        FIELD # : 1
                                                                     DATED   : 06/26/2013
```

APPLIED ACRES  : 150.00            MEMO :                      IAB   :
MATERIAL GROUP : DRYW              DRY FERTILIZER              UNITS : LB
INGREDIENT ID  DESCRIPTION         U/M    UNITS/ACRE   UNITS/BATCH   LBS/BATCH   SCALE LBS   MIX LBS   BIN#   RPM
UREANUTRIW     UREANUTRIW          LB      109.000      8175.000    8175.000    8175.000   16350.000        [ ]

| | | | TOTAL LBS/ACRE : | 109.000 | | | |
| DENSITY | : | 50.000 | ACRES/BATCH : | 75.00 | TOTAL LBS : | 8175.000 |

```
                    N      P      K      S      Z      B                    *****************************
GUARANTEED ANALYSIS: 46.0   .0     .0     .0     .0     .0                   *           |              *
NUTRIENTS/ACRE    :  50.1   .0     .0     .0     .0     .0                   *           |              *
                                                                           *           |              *
DATE APPLIED       :  _____          TIME APPLIED : __:__ AM __:__ PM *----------------------------*
APPLICATOR UNIT    :  _____          OPERATOR     : _____   *           |              *
ADJOINING CROPS    :  _____          LICENSE #    : _____   *           |              *
SEED BED CONDITIONS : GOOD __  LUMPY __ TRASH __  CHECKSTRIP  : YES ___  NO ___ *           |              *
                     WET __   DRY __  ___ __   ORGANIC MATTER : 1-3 __   3+ __  *****************************
HERBICIDE APPLICATION: PRE __   POST __        TEMPERATURE  : BELOW __              ABOVE
                      SURFACE__  EARLY __                      NORMAL__            NORMAL__
    TEXTURE        : COARSE __ MEDIUM __ FINE __  CROP HEIGHT  : _____  WEED HEIGHT : _____
    __ OF APPLICATION : _____          WIND DIRECTION : _____  WIND VELOCITY: _____
PRESSURE & NOZZLES  :  _____          TEMPERATURE  : _____
GENERAL COMMENTS    :  _____
                    :  _____
WEEDS       : COCKLEBUR, VELVETLEAF, PIGWEED, MORNINGGLORY, SUNFLOWER, FOXTAIL, CRABGRASS, SHATTERCANE, JOHNSONGRASS
TARGET CATEGORY  : GRASS, BROADLEAVES, FUNGUS, INSECTS
```

INGRED. ID   LEGAL DESCRIPTION        POST INFORMATION        EPA #         U/M   UNITS/ACRE   LBS/BATCH   GAL/BATCH

Comments:

DEF000675













GIBSON 002011



GIBSON 002020



GIBSON 002021



GIBSON 002029



GIBSON 002034



GIBSON 002060



DEF000388

GND SPD

DEF000393



DEF000394



GIBSON 001798

@Ron_SwansonSays
Be A Man

@Bowdw
I dont know where im goin' from here
but i promise it won't be boring  Carpe
Diem

**Brieson Jensen**  Brieson  24 Jun 2013
**#funfact** for those that are curious Wisner's
light does change... Who knew this?

**Brieson Jensen**  Brieson  13 Jun 2013
I just saw a 6 year old walking and texting. What..... The..... Fuck!

**Brieson Jensen**  Brieson  12 Jun 2013
Holy badger holes!

**Brieson Jensen**  Brieson  1 Jun 2013
Would you be my girlfriend and have sex
with me as soon as possible?
**#bestpickupline**

**Brieson Jensen**  Brieson  27 May 2013
Holy duckfarts batman that's a lot of lightning

Brieson Jensen Retweeted
**Tucker Max**  TuckerMax  24 May 2013
Paul George just broke Lebrons ankles, then dunked on Birdman. My
basketball fantasies aren't even that amazing

**Brieson Jensen**  Brieson  24 May 2013
Fuck you pheasants take my car seriously I don't like glueing my mirror
back on everytime

**Brieson Jensen**  Brieson  22 May 2013
You beat two people to a red light #goodjob

**Brieson Jensen**  Brieson  18 May 2013
What's the point of keeping the ponies in the stable #letemrun

**Brieson Jensen**  Brieson  14 May 2013
Good god it's #hotterthan a fresh fucked fox in a forest fire

GIBSON 001799


**Brieson Jensen**   Brieson.   27 Apr 2013
Go away winter #youblewit


**Brieson Jensen**   Brieson.   18 Apr 2013
Shrimp shouldn't be able to boil their own water #mindblown

> How Badass is That?
>
> In captivity, the shrimp have been known to punch through aquarium glass, totally fucking up people's rugs. In fact, the punch of the mantis shrimp is so fast, it actually lowers the pressure of the water in its path which--conveniently for a badass sea-ninja who fancies some pre-cooked crab--boils the water around the punch. Steven Seagal's probably only done that once or twice at best.


**Brieson Jensen**   Brieson.   18 Apr 2013
This shit is supposed to happen in December.


**Brieson Jensen**   Brieson.   10 Apr 2013
Dear N. Korea the 2 time world champs love to smack dictators down with their #ThrobbinCockOfJustice


Brieson Jensen Retweeted
**Men's Humor**   MensHumor   30 Mar 2013
Never do anything that you wouldn't want to explain to the paramedics.


Brieson Jensen Retweeted
**Because I'm a Guy**   CauseWereGuys   27 Mar 2013
RT if you want a 4th season of Blue Mountain State #BMS


**Brieson Jensen**   Brieson.   22 Mar 2013
Don't! Do the Harlem shake #perlsofknowledge


**Brieson Jensen**   Brieson.   21 Mar 2013
Here we go #MarchMATness



GIBSON 001800



**Brieson Jensen**  Briesand  16 Mar 2013
Humanity was born of conflict this is why we have a dark side some choose to embrace it while others fight it #TodaysQuote

**Brieson Jensen**  Briesanf  17 Mar 2013
Welcome to nowhere, otherwise known as Nebraska- Mike Rowe #TodaysQuote

**Brieson Jensen**  Briesanf  16 Mar 2013
You can be a badass bridge builder, build 10,000 bridges. You suck 1 dick and youll never be known as a bridge builder #TodaysQuote

**Brieson Jensen**  Briesand  1 Mar 2013
#sorry #forgiveme

Brieson Jensen Retweeted
**Pick Six Previews**  PickSixPreviews  27 Feb 2013
Greatest College Football Team of All-Time? ReTweet for 1995 NEBRASKA... Favorite for 2001 MIAMI.. Comment for OTHER

**Brieson Jensen**  Briesanf  25 Feb 2013
Thank you mom for my bitch veins... Love you

**Brieson Jensen**  Briesanf  22 Feb 2013
New goal: have a date for the next wedding I go to

**Brieson Jensen**  Briesanf  19 Feb 2013
I feel like #dancemoms would be more popular if these children were actually grown up

**Brieson Jensen**  Briesanf  19 Feb 2013
Theme song for dragon ball z>>>> #getsmeexcited #marathon

**Brieson Jensen**  Briesanf  16 Feb 2013
Spend your energy keeping up instead of wasting it on catching up #wordstoliveby

**Brieson Jensen**  Briesanf  14 Feb 2013
I would collect her tears and run #gypsysisters @AmericanDream81

**Brieson Jensen**  Briesanf  14 Feb 2013

GIBSON 001801



Congrats @LucasWiechman second is nothing to complain about unless you're Pender and it's a team title

**Brieson Jensen**   @brieson   15 Feb 2013
First time in my life been kicked out of 6 seats at state wrestling #wtf #nosebleedsproblems

Brieson Jensen followed UNLCRUSHES, Kyle Dake, Claire Phillips and 2 others

**UNLCRUSHES**
@UNLCrushes

anonymously direct message me the name of the guy or girl you have been wanting at UNL  NOT affiliated with the University of Nebraska  Just for

🗝 Follow

**Kyle Dake**
@kyledake444

Made History! But I still have a few things I want to do

🗝 Follow

Brieson Jensen Retweeted
**Lauren Burroughs**   Lolo_Nicole   13 Feb 2013
My take: Blow to Olympic wrestling hurts youth levels
blogs.buffalonews.com/preptalk/2013/…

**Brieson Jensen**   @brieson   14 Feb 2013
Hope you brushed your pubes today because we're about to go BALLS DEEP #lent

Brieson Jensen Retweeted
**SportsHumor**   SportsHumor   8 Feb 2013
Sandlot: Honest IMDb

**The Sandlot** (1993)
101 min   Comedy   Drama   Family   7 April 1993 (USA)

Your rating:
7.6   Ratings: 7.6   from 33,150 users
Reviews: 135 user   28 critic

A pitiful dweeb humiliates himself playing baseball in an attempt to make friends in his new hometown  Trying to carr...

GIBSON 001802





GIBSON 001804



**4.1** Ratings: 4.1   from 2,506 users
Reviews: 18 user  25 critic

A rescued dog is thrown back into an abusive situation when his owner, 12-year-old Josh, forces him to compete in a brutal blood sport against large humans despite his fragile canine frame and inability to understand the rules. Though there are hundreds of spectators, none are compassionate enough to call and report animal cruelty.

**Director:** Richard Martin

**Writers:** Kevin DiCicco (_____), Paul Tamasy (_____ ), and 3 more credits »

**Stars:** Kevin Zegers, Cynthia Stevenson and Tim Conway. See full cast and crew

+ **Watchlist** ▾   Watch Trailer   Share...

---

**Brieson Jensen**  Brieson   12 Feb 2013
Fuck the IOC for getting rid of wrestling they can take a dick #boycottheolympics

**Brieson Jensen**  Brieson   12 Feb 2013
Shame on these parents for just sitting back and letting their chilluns get verbally raped by this #bitch #dancemoms

**Brieson Jensen**  Brieson   12 Feb 2013
Watching #dancemoms and guessing who will kill themselves who will be a stripper and who will be a whore

**Brieson Jensen**  Brieson   12 Feb 2013
Don't stop don't stop we're in luck now don't stop don't stop there's so much to be found

**Brieson Jensen**  Brieson   11 Feb 2013
Krillin you pile of shit #dbz

**Brieson Jensen**  Brieson   11 Feb 2013
I get home to find out the tv doesn't work... #whyisthishappening #shouldvestayed

**Brieson Jensen**  Brieson   10 Feb 2013
"@SprtsHumor: Updated NCAA BBall Rankings:
116.Towson
117.Prairie View AM
118.Jacksonville State

GIBSON 001805

119.UNC" @_NiceGuyNate

**Brieson Jensen**  Brieson   9 Feb 2013
These shorts compliment my body well #shortshorts #likeaboss

**Brieson Jensen**  Brieson   8 Feb 2013
Crying women honestly my kryptonite

Brieson Jensen Retweeted
**SportsHumor**  SportsHumor   6 Feb 2013
Another National Daycare Signing Day - Barrett "Bear" Chester



Brieson Jensen Retweeted
**CA in CA**  getBMSback   3 Feb 2013
Retweet to get @spiketv to bring back BMS

Brieson Jensen Retweeted
**Jordan Burroughs**  alliwestwrald   2 Feb 2013
I just stopped by a basketball shoot around after wrestling practice and it took me 18 shots before I made a 3 pointer. #wrestlerproblems

Brieson Jensen followed ASMDSS, Nathan Brooks, Chett and 4 others

GIBSON 001806

**ASMDSS**
@asmdss

👤 Follow

Read about and share the crazy, off the wall, hilarious and just downright awesome shit your Drill Sergeants said

**Nathan Brooks**
@_NiceGuyNate

👤 Follow

Semi-profesional snuggler, attainer of awkward hellos

🔁 Brieson Jensen Retweeted

**Men's Humor**  Men's Humor · 7 Feb 2013
Be Fucking Awesome.

🔁 Brieson Jensen Retweeted

**Husker Wrestling**  HuskerWrestling · 30 Jan 2013
Coach Osborne will be the guest coach at the NU vs MSU dual Fri at 7 PM.  RT for a chance to win a T.O. signed @HuskerWrestling shirt.

🔁 Brieson Jensen Retweeted

**BigTenPartyStories**  BigTenPartyStories · 28 Jan 2013
Everyone who retweets this within the next hour will get a follow back !!! #letsgo

**Brieson Jensen**  Brieson · 28 Jan 2013
I'm not an alcoholic I'm an alcohol enthusiast... Alcoholic has such a negative connotation

🔁 Brieson Jensen Retweeted

**BigTenPartyStories**  BigTenPartyStories · 27 Jan 2013
Finalist #4 from Nebraska @hankersheets



GIBSON 001807



 **Brieson Jensen** Briesonb  26 Jan 2013
I feel like being young again #cartoonsaturday

 Brieson Jensen Retweeted

 **CatholicWonka** CatholicWonka  24 Jan 2013
Dear mainstream media. Half a million will #MarchForLife in DC this
morning.  And you're covering the on-line dating habits of athletes.

 **Brieson Jensen** Briesonb  25 Jan 2013
Dear espn, no one gives a shit about #te'o
stop fucking talking about him

 **Brieson Jensen** Briesonb  23 Jan 2013
#onlyinnebraska



 **Brieson Jensen** Briesonb  16 Jan 2013
'Just fuck her into a sex coma' #roomateconversations

GIBSON 001808

 **Brieson Jensen**
#goodthursday #anybetter?



 **Brieson Jensen**
"@TuckerMax: People super angry at Lance Armstrong Yes he cheated
& lied..about riding a bicycle in France. Get perspective"
@likeaHASS_21

Brieson Jensen followed Jordan Burroughs, BigTenPartyStones, Mark Manning and Husker
Wrestling



Follow

**Jordan Burroughs** ✓
@alliseeisgold
Wrestle . Win . Repeat  Husband  Dad
Husker  3x World Champion  2012
Olympic Champion  2016 Olympian
Fighting the good Fight



Follow

**BigTenPartyStories**
@B10PartyStones
Showing the world how the Big Ten
parties. Picture contest every Sunday
Winners recieve free tailgate tanks and
becomes our profile picture for a week

 **Brieson Jensen**
Go Atlanta! #itwasclose

GIBSON 001809



**Brieson Jensen**   Briesond  1  an 2013
shes holding that whip in a way that tells me shes into some kinky shit....

**Brieson Jensen**   Briesond  9 Jan 2013
What I just did in that bathroom is considered a war crime

Brieson Jensen Retweeted

**Men's Humor**   MensHumor  9 Jan 2013
Waking up was the second hardest thing this morning.

**Brieson Jensen**   Briesond  8 Jan 2013
Who would have thought home shopping could be so entertaining

Brieson Jensen Retweeted

**Tucker Max**   TuckerMax  7 Jan 2013
I thought Notre Dame boys would know how to fight back when someone is ramming it down their throat. Guess not.

**Brieson Jensen**   Briesond  6 Jan 2013
## My tummy is making noise an excorsist would run away from

**Brieson Jensen**   Briesond  6 Jan 2013
I saw Wilson's face on home improvement #hfs

**Brieson Jensen**   Briesond  5 Jan 2013
Macchiato the only coffee you should drink is black with possibly a little whiskey... Or a lot #damnfew

**Brieson Jensen**   Briesond  5 Jan 2013
Rodney #TVShowsThatNeedToComeBack

**Brieson Jensen**   Briesond  5 Jan 2013
If it takes 20 minutes for this oraquick to tell if you have HIV why does it take 5 days for the hospital #cantwork

Brieson Jensen Retweeted

**Men's Humor**   MensHumor  1 Jan 2013
When girls have a great night out, they talk about it for months. When guys have a great night out, that night will never be spoken of.

GIBSON 001810

Brieson Jensen Retweeted



**Fake Bo Pelini**  Fake Pelini
GO HOME CARL RT @ArizonaNewsnet: Fiesta Bowl: Section 404
women's restroom evacuated due to intoxicated male passed out on
the floor



**Brieson Jensen**  Brieson   3 Jan 2013
My grandpa's futon from before world war 2. #notverycomfy #itlldo



**Brieson Jensen**  Brieson   3 Jan 2013
#SexPositionOfTheWeek the spider



**Brieson Jensen**  Brieson   2 Jan 2013
#StoryBehindMyScar a crazy little girl cut
me @takeme2Court #waiting on the VIP
pass



**Brieson Jensen**  Brieson   2 Jan 2013
NOT THE BUGGY #amishmafia
#dontmesswithamansbuggy



**Brieson Jensen**  Brieson   1 Jan 2013
What happened to the original guy from dual survival #thisguysretarded



GIBSON 001811



**Brieson Jensen**  Brieson · 1 Jan 2013
Alright to get to know people rt if you know 5+ #eskimobrothers or #eskimosusters ?

**Brieson Jensen**  Brieson · 1 Jan 2013
As a plus our offense gonn rape next year #ihope

Brieson Jensen Retweeted
**Fake Bo Pelini**  FakeBoPelini · 1 Jan 2013
Look on the bright side, we missed ZERO tackles on that TD

**Brieson Jensen**  Brieson · 1 Jan 2013
Convincing your parents you weren't a booty call #hardestpartof2012

**Brieson Jensen**  Brieson · 31 Dec 2012
I'm a lil foggy but I'm pretty sure I did you fucksticks a favor #damnfew

**Brieson Jensen**  Brieson · 31 Dec 2012
Predator only hunts in tropical jungles.... I hope #archer #cantwait

**Brieson Jensen**  Brieson · 31 Dec 2012
Amish chick doing a keg stand #amishmafia #hfs #needtogotopennsylvania

**Brieson Jensen**  Brieson · 31 Dec 2012
No problem I just give up the comfortable part of my bed and my pillows for everyone #nothankyou?

**Brieson Jensen**  Brieson · 30 Dec 2012
Rectum? Damn near killed him #namethatmovie

**Brieson Jensen**  Brieson · 29 Dec 2012
Bloody Mary full of vodka  blessed are you among cocktails #archer

**Brieson Jensen**  Brieson · 29 Dec 2012
Shawshank redemption Morgan Freeman's best movie

GIBSON 001812

#narrateslikeaboss

**Brieson Jensen**  Brieson  23 Dec 2012
Watching new karate kid the mom stays in the stands when he breaks his leg #thatsbelievable #bullshit

**Brieson Jensen**  Brieson  28 Dec 2012
Not everything's a race but you can come first in a lot of things #philosophy

**Brieson Jensen**  Brieson  26 Dec 2012
This is not pop Warner they hit puberty before me

**Brieson Jensen**  Brieson  26 Dec 2012
I should not be this hung over

**Brieson Jensen**  Brieson  24 Dec 2012
At that age I was going to movies to see tits #shitmydadsays #christmaseve #lovewine

**Brieson Jensen**  Brieson  23 Dec 2012
guy with a good sense of humor...because thats not #objective as shit... be more specific

**Brieson Jensen**  Brieson  23 Dec 2012
There are legit dodgeball competitions on tv right now @McCainical_bull

**Brieson Jensen**  Brieson  23 Dec 2012
Watch #amishmafia saw John carrying 50+ solo cups in a scooter

**Brieson Jensen**  Brieson  22 Dec 2012
Thank god it's not gonna be a catholic wedding

**Brieson Jensen**  Brieson  22 Dec 2012
## This wedding is gonna #SUCK

**Brieson Jensen**  Brieson  21 Dec 2012
Mr. Chips/crackers I know your secretly a healthy Pringles pizza flavor



**Brieson Jensen**  Brieson  19 Dec 2012
Fuck my save file on Pokemon got distorted #pokeprobs

GIBSON 001813



Brieson Jensen Retweeted

**Earl Dibbles Jr.** ™  EarlDibbles Jr   1h Dec 2012
Dear Santa- I been good. Didn't pull out any stuck city boys, practiced my words, & course I worked hard.  I need: dip, cold ones, bucks.

**Brieson Jensen**  Brieson   19 Dec 2012
I need a Spanish speaking person asap #ifonlygoogletranslatedvideos

Brieson Jensen Retweeted

**Fake Bo Pelini**  FakeBoPelini   17 Dec 2012
@JManziel2 Hi FYI nobody has ever won a Heisman at two different schools, we could make history call me plz

**Brieson Jensen**  Brieson   17 Dec 2012
It's not gay if its Sean Connery #hecandoashepleases

**Brieson Jensen**  Brieson   16 Dec 2012
Best clothing commercial belongs to #deluthtradingco

Brieson Jensen followed KingCash, abby o, Whitney Layne Hansen and 14 others

**KingCash**
@CashTag12

Carpe Diem   out here grinding on the road to success.  #BossLife  Future Golf Pro

�ʟ Follow

**abby o** 🎀
@not__too_shABBY

eating food since 1994 **good vibes only

�ʟ Follow

Brieson Jensen Retweeted

**Men's Humor**  MensHumor   15 Dec 2012
That little gasp the beer makes when you open it. That's the sound of freedom!

**Brieson Jensen**  Brieson   15 Dec 2012
Downloaded snap chat just to send @AmericanDream81 #dicpics

**Brieson Jensen**  Brieson   14 Dec 2012

GIBSON 001814



The doctor said Santa needs healthier cookies... I say Santa has long overshot his life expectancy so give the fatty cookies #helpsanta

**Brieson Jensen**   Brieson   11 Dec 2012
Scientists in china have literally made a brain out of piss #wtf #whowakesupandthinksthat

**Brieson Jensen**   Brieson   10 Dec 2012
Is there actually a p Sherman at 42 wallaby way? #childhood #icanonlyhope

Brieson Jensen Retweeted
**Tucker Max**   TuckerMax   9 Dec 2012
Im starting a tampon company. The slogan, "We're not the greatest thing in the world, but we're up there. Strings attached."

**Brieson Jensen**   Brieson   9 Dec 2012
That's awesome! He looks so good, like...a rapist #shitmyroomatesays

**Brieson Jensen**   Brieson   8 Dec 2012
When the fuck will this year be over?!?

**Brieson Jensen**   Brieson   8 Dec 2012
Fuck yes #jonnyfootball

**Brieson Jensen**   Brieson   8 Dec 2012
#cbssports stop focussing on him he's already depressed

**Brieson Jensen**   Brieson   8 Dec 2012
Well thank you #Army for fucking up my second Saturday in a row

**Brieson Jensen**   Brieson   8 Dec 2012
Can't tackle the scrambling quarterback sounds like another football team I've been watching all season

Brieson Jensen followed UNLboobs, kyle boyle, Dalton Mohlfeld and Mason McCain

GIBSON 001815



**UNLboobs**
@UNLboobs

We don't want nudity  You can email
pics to nuboobs@gmail.com

2+ Follow

**kyle boyle**
@hankersheets

Slow  wide turns brotha

2+ Follow

**Brieson Jensen**   Brieson  9 Dec 2012
Fuck!

**Brieson Jensen**   Brieson  6 Dec 2012
Why the hell do I support teams that do this to my heart

**Brieson Jensen**   Brieson  7 Dec 2012
What the fuck #Army

**Brieson Jensen**   Brieson  8 Dec 2012
#Army is gonna ruin my weekend for the second week if they don't win

**Brieson Jensen**   Brieson  4 Dec 2012
Yeah she was definitely wearing a children's toy #giftforallages
#VSFashionShow

**Brieson Jensen**   Brieson  4 Dec 2012
#VSFashionShow makes my year

Brieson Jensen Retweeted

**The Struggle Bus**   FacisofBus  4 Nov 2012
Snow White and the seven dwarfs was actually based upon cocaine
and the seven dwarfs were each side effects from the drug.

**Brieson Jensen**   Brieson  1 Dec 2012
How some gets lost from Fremont to
Norfolk blows my mind #youdontturn

**Brieson Jensen**   Brieson  1 Dec 2012
Well today I have done nothing but make racial jokes thank you army
for wasting my #birthday

**Brieson Jensen**   Brieson  30 Nov 2012
I love when I'm on the army's for my birthday #shitnoonesays

GIBSON 001816



**Brieson Jensen**
#4WordsAfterSex told you I'm good

**Brieson Jensen**
You boys are gonna get hurt physically and... Metaphysically #si

**Brieson Jensen**
#4WordsAfterSex google didn't prepare me

**Brieson Jensen**
You're like a young coon what you can't destroy you poop on

**Brieson Jensen**
Dear science channel thank you for dragging an interesting 20 minute show into an upsetting hour with a commercial every 3 minutes #dicks

Brieson Jensen Retweeted
**Fake Bo Pelini**
And Rex Burkhead was named Big Ten First Team All-Awesome

**Brieson Jensen**
I hope thanksgiving falls on a Thursday again next year

**Brieson Jensen**
I know he's dead but evry time I watch #hatfields&mccoys I feel bad for cotton

**Brieson Jensen**
Thankful for #JamesBondmarathon and I guess I'm thankful I have lived through the last year #luckhasntrunoutyet

Brieson Jensen Retweeted
**Ramsey Jensen**
S/O to all the military men and women serving who can't be home with their family today! #imthankful #happythanksgiving

**Brieson Jensen**
Why can't all college tour guides be this #awesome #swappingdrinkingstories

GIBSON 001817

**Brieson Jensen**  @Brieson  15 Nov 2012
So #burnnotice #theleague #themenwhobuiltamerica and #spartacus .... #howmuchbettercanitget

**Brieson Jensen**  @Brieson  15 Nov 2012
Smile if you love #mensprostates

**Brieson Jensen**  @Brieson  14 Nov 2012
Loving the fact that I pay for satellite and I only get the most random group of #farmtv in my room #greatinvestment

👥 Brieson Jensen followed Duck Commander and Fake Bo Pelini



**Duck Commander** ✓
@Duck_Commander
Official Duck Commander® Twitter account. Reality TV series Duck Dynasty on A&E. #FaithFamilyDucks

👤 Follow

**Fake Bo Pelini**
@FauxPelini
Coach, yeller, philanthropist, anger manager. (Parody account) FauxPelini@gmail.com

👤 Follow

**Brieson Jensen**  @Brieson  10 Nov 2012
So that's what happens when maher doesn't shank a punt

**Brieson Jensen**  @Brieson  10 Nov 2012
Side effects of being a fan of the #huskers may include but are not limited to heart problems, lowered life expectancy, and alcohol abuse

**Brieson Jensen**  @Brieson  10 Nov 2012
Slowly losing faith in the huskers

**Brieson Jensen**  @Brieson  9 Nov 2012
Workout interrupted 3 times by people asking me to party #smalltownproblems

**Brieson Jensen**  @Brieson  8 Nov 2012
2 full hours of #burnnotice a full case of diesel and a bottle of windsor

GIBSON 001818

#greatthursdaynight



**Brieson Jensen**   Brieson   17 Oct 2012
Saw the Roomate throw up pure flem #heneedsadoctor



Brieson Jensen Retweeted


**Tucker Max**   TuckerMax   29 Oct 2012
Not a lot of sympathy for you, New York. You can expect more plagues and disasters as long as you refuse to start Tebow

**Brieson Jensen**   Brieson   24 Oct 2012
Went for a run came back found out there was a shooting in the neighborhood #safehood



**Brieson Jensen**   Brieson   19 Oct 2012
well my liver has wrote its congressman my head feels like an obese elephant has stomped on it my colon is disappointed in me #hungover



**Brieson Jensen**   Brieson   9 Oct 2012
I miss Jamal Lord!



Brieson Jensen Retweeted


**Eric Shoemaker**   EricShoe   9 Oct 2012
I'm too drunk to even know what's going on in this husker game. Proof? It took me 10 minutes to tweet this.

**Brieson Jensen**   Brieson   4 Oct 2012
If your crotch could sing one song, what song would it be? #philosophy mine would be good morning beautiful



Brieson Jensen Retweeted


**The Struggle Bus**   FactsOfbu   22 Sep 2012
Clomipramine is a drug that causes certain people to orgasm whenever they yawn.



**Brieson Jensen**   Brieson   1 Oct 2012
I wanna find that type of girl that doesn't have emotions #breakingamish #amishlife



**Brieson Jensen**   Brieson   1 Oct 2012
Are king size blankets called presidential size



**Brieson Jensen**   Brieson   30 Sep 2012
Got tangled in a race fight last night



GIBSON 001819



Brieson Jensen followed Makenzie Kalkowski, Prudence Biermann, Jon Gunderson and 10 others

**Makenzie Kalkowski**
@KenzieKalkowski

Small town girl  Big city dreams  UNL
THETA

2+ Follow

**Prudence Biermann**
@PrudenceBierma1

2+ Follow

Back to top

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

## You may also like ·

Refresh


**Ben Huber**
Benni Hube


**Ramsey Jensen**
ramseyjensen


**Travis Oligmu**
TravisOgie


**Spencer Scha**
Schautis S


**Derick Hass**
DerickHass

## Trends

**#RNCinCLE**
304K Tweets

**#TheInternetIn4Words**
12.7K Tweets

**#SHAREGIRLSTALKBOY
S**
317K Tweets

#Eden

GIBSON 001820

weben
Started trending in the last
hour

#NashsNewVideo
40K Tweets

Arian Foster
20.4K Tweets

WE LOVE YOU SELENA
51.1K Tweets

Mike Lee
Started trending in the last
hour

Never Trump
15.4K Tweets

Tila Tequila
Trending for 2 hours now

GIBSON 001821

## 60-6,111. Persons riding animals or driving animal-drawn vehicles; farm implements; duties.

(1) Any person who rides an animal or drives an animal-drawn vehicle, a farm tractor, or an implement of husbandry upon a roadway shall be granted all of the rights and shall be subject to all of the duties made applicable to the driver of a vehicle by the Nebraska Rules of the Road except those provisions of the rules which by their very nature can have no application.

(2) Whenever the slowness of such animal, animal-drawn vehicle, farm tractor, or implement of husbandry is obstructing the normal flow of traffic, the rider or driver shall drive to the nearest available shoulder of the highway and allow traffic to pass.

**Source:** Laws 1973, LB 45, § 5; R.S.1943, (1988), § 39-605; Laws 1993, LB 370, § 207.

EXHIBIT

10

PENGAD 800-631-6989