IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| GARY GIBSON, JR. and SHAWNA GIBSON, | |
|---|---|
| Plaintiffs, | 8:16-CV-296 |
| vs. | JUDGMENT |
| BRIESON JENSEN and FARMERS CO-OPERATIVE, | |
| Defendants. | |

On the parties' Joint Stipulation and Motion for Dismissal (filing 77), this action is dismissed with prejudice, complete record waived, and with costs taxed to the parties incurring the same.

Dated this 25th day of September, 2017.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge